IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2011 JAN 20 A 11: 06

UNITED STATES OF AMERICA

v.

SEAN D. MURPHY
 aka Brian Heatherman
JOSEPH M. MORGAN
ROBERT DOUCETTE

: CASE NO. 2:11-cr-10
: 18 U.S.C. §2314
: 18 U.S.C. §1952
: 18 U.S.C. §371
: 18 U.S.C. §2

JUDGE HOLSCHUH

**INDICTMENT**

THE GRAND JURY CHARGES:

### COUNT 1

Beginning on or about December, 2008 and continuing through on or about May, 2009, the exact dates being unknown, in the Southern District of Ohio and elsewhere, the defendants, SEAN D. MURPHY, aka Brian Heatherman (hereinafter SEAN D. MURPHY), JOSEPH M. MORGAN, ROBERT DOUCETTE and at least one other person, whose identity is known to the grand jury, did knowingly, wilfully and unlawfully combine, conspire, confederate, and agree with each other to transport, transmit and transfer in interstate commerce any merchandise and money of a value of $5,000.00 or more, knowing that the said merchandise and money had been stolen, in violation of 18 U.S.C. § 2314 and §2.

It was part of this conspiracy that on or about December 2, 2008, SEAN D. MURPHY caused a radio frequency jamming device to be shipped in foreign and interstate commerce from the

United Kingdom to the State of Tennessee in order to achieve the objectives of this conspiracy.

It was further a part of this conspiracy that a person known to the grand jury traveled from the State of Massachusetts to the State of Tennessee in order to obtain the aforementioned radio frequency jamming device for use during the course of this conspiracy.

It was further a part of this conspiracy that SEAN D. MURPHY utilized an alias and one or more false identification documents in order to rent trucks and storage facilities to assist in carrying out the objectives of this conspiracy and to avoid detection.

It was further a part of this conspiracy that sometime in early January 2009, the exact date being unknown to the grand jury, a person known to the grand jury traveled from the State of Massachusetts to Columbus, Ohio in order to survey and "case" the Brinks Warehouse facility located at 1362 Essex Avenue, Columbus, Ohio.

It was further a part of this conspiracy that on or about January 17, 2009, SEAN D. MURPHY, JOSEPH M. MORGAN and ROBERT DOUCETTE used a variety of tools to gain entry into the Brinks Warehouse facility located at 1362 Essex Avenue, Columbus, Ohio.

**OVERT ACTS**

In furtherance of the conspiracy and in order to effect its objectives, in the Southern District of Ohio and elsewhere, the defendants, SEAN D. MURPHY, JOSEPH M. MORGAN and ROBERT DOUCETTE, and another person known to the grand jury, did commit at least one of the following overt acts, among others:

1. On or about December 1, 2008, a person known to the grand jury drove from the greater Boston, Massachusetts metropolitan area to Memphis, Tennessee.

2. During the month of January, 2009, a person known to the grand jury drove from the greater Boston, Massachusetts metropolitan area to Columbus, Ohio.

3. On January 3, 2009, SEAN D. MURPHY, using the alias Brian Heatherman, rented a storage facility from The Lock Up Storage Centers, 922 Brush Creek Road, Warrendale, Pennsylvania.

4. On or about January 15, 2009, SEAN D. MURPHY rented a Dodge Sedan from DTG Operations dba Thrifty Car Rental, 40 Lee Burbank Highway, Revere, Massachusetts.

5. On January 16, 2009, SEAN D. MURPHY, using the alias Brian Heatherman, rented a truck from Newmarket Storage, 133 Exeter Road, Newmarket, New Hampshire.

6.  On or about January 16, 2009, SEAN D. MURPHY, JOSEPH M. MORGAN and ROBERT DOUCETTE, drove from the greater Boston, Massachusetts metropolitan area to Warrendale, Pennsylvania.

7.  On or about January 17, 2009, SEAN D. MURPHY, JOSEPH M. MORGAN and ROBERT DOUCETTE, drove from Warrendale, Pennsylvania to Columbus, Ohio.

8.  On or about January 17, 2009, SEAN D. MURPHY and JOSEPH M. MORGAN entered the Brinks Warehouse facility located at 1362 Essex Avenue, Columbus, Ohio.

9.  On or about January 18, 2009, SEAN D. MURPHY, JOSEPH M. MORGAN and ROBERT DOUCETTE drove from Columbus, Ohio to Warrendale, Pennsylvania.

10. On or about January 18, 2009, SEAN D. MURPHY, JOSEPH M. MORGAN and ROBERT DOUCETTE, drove from Warrendale, Pennsylvania to the greater Boston, Massachusetts metropolitan area.

All in violation of 18 U.S.C. § 371.

## COUNT 2

On or about the month of January, 2009, the exact date being unknown to the grand jury, SEAN D. MURPHY did knowingly, willfully and unlawfully aid, abet and cause an individual known to the grand jury, to travel in interstate commerce from the State of Massachusetts to the Southern District of Ohio, with the intent to further promote, manage, establish, carry on, and to

4

facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that being the theft of merchandise and money for the purpose of taking the stolen merchandise and money in interstate commerce from the Southern District of Ohio to locations outside of the State of Ohio, in violation of the laws of the United States, specifically, 18 U.S.C. §2314, and thereafter SEAN D. MURPHY did cause the performance and the attempted performance of acts to further promote, manage, establish, and carry on and facilitate the promotion, management, establishment and carrying on of said unlawful activity.

In violation of 18 U.S.C. §§1952 and 2.

### COUNT 3

On or about January 16, 2009, SEAN D. MURPHY, JOSEPH M. MORGAN and ROBERT DOUCETTE did knowingly, willfully and unlawfully travel in interstate commerce from the State of Massachusetts to the Southern District of Ohio with the intent to further promote, manage, establish, carry on, and to facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that being the theft of merchandise and money for the purpose of taking the stolen merchandise and money in interstate commerce from the Southern District to locations outside of the State of Ohio in violation of the laws of the United States, specifically, 18 U.S.C. §2314, and thereafter SEAN

5

D. MURPHY, JOSEPH M. MORGAN and ROBERT DOUCETTE did perform and attempt to perform acts to further promote, manage, establish and carry on, and facilitate the promotion, management, establishment and carrying on of said unlawful activity.

In violation of 18 U.S.C. §§1952 and 2.

### COUNT 4

On or about January 18, 2009, in the Southern District of Ohio, the defendants, SEAN D. MURPHY, JOSEPH M. MORGAN and ROBERT DOUCETTE, did unlawfully transport stolen merchandise and money in interstate commerce, that is, miscellaneous items of some value and more than $5,000.00 in U.S. currency, from Columbus, Ohio to locations outside of the State of Ohio, knowing that the merchandise and money had been stolen.

In violation of Title 18 U.S.C. §§2314 and 2.

A True Bill.

s/
FOREPERSON

CARTER M. STEWART
UNITED STATES ATTORNEY

GARY L. SPARTIS
Columbus Branch Chief
Assistant United States Attorney