IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA          :

       PLAINTIFF,          :

VS.                                :     CASE NO. 2:11-CR-10 (1)

SEAN MURPHY                        :     JUDGE SMITH

       DEFENDANT.          :

## MOTION FOR CONTINUANCE

    The Defendant, through counsel, moves the Court for a continuance of the jury trial scheduled on April 4, 2011, on the grounds that undersigned counsel needs additional time to investigate and prepare for trial. Counsel requests at least a 60 day continuance. Counsel asserts that failure to grant said motion for continuance will likely result in a miscarriage of justice as counsel will be unable to provide the effective assistance of counsel to the Defendant.

    Counsel submits a memorandum in support of this motion.

```
                                  /s/ George C. Luther_____
                                  GEORGE C. LUTHER 0031940)
                                  536 SOUTH HIGH STREET
                                  COLUMBUS, OHIO  43215
                                  TELEPHONE:  614/224-7210
                                  ATTORNEY FOR DEFENDANT
```

-1-

PDF created with pdfFactory trial version www.pdffactory.com

## MEMORANDUM

The events of this indictment over a year ago.

Discovery is extensive and witnesses are difficult to locate.

Counsel needs additional time to investigate, research issues of law and otherwise prepare for trial.

The Defendant waives his right to a trial in the time provided by law to allow for this continuance.

Counsel submits that this Motion is not made for the purpose of needlessly delaying the resolution of this case. Rather, pursuant to 18 U.SC. 3161(h)(8), "the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial." Failure to grant said motion for continuance will likely result in the miscarriage of justice as counsel for the Defendant will not be able to provide the effective assistance of counsel to the Defendant.

For these reasons, counsel requests the Court for a continuance of the pretrial and jury trial scheduled herein.

Respectfully submitted,

/s/ George C. Luther
GEORGE C. LUTHER (0031940)
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

PDF created with pdfFactory trial version www.pdffactory.com

I hereby certify that a copy of the foregoing motion for continuance was served on Sal Dominguez , Assistant United States Attorney, and other counsel of record by electronic filing this 28th[th] day of March, 2011.

/s/ George C. Luther_____
GEORGE C. LUTHER 0031940)
ATTORNEY FOR DEFENDANT

PDF created with pdfFactory trial version www.pdffactory.com