IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.     :    CASE NO. 2:11-CR-010
            JUDGE SMITH

SEAN MURPHY
    Defendant.

## **GOVERNMENT'S NOTICE TO THE COURT**

Now comes the United States by its counsel Assistant United States Attorney Salvador A. Dominguez, and we hereby provide this Court and counsel with notice as set forth in the following memorandum.

                Respectfully submitted,

                CARTER M. STEWART
                United States Attorney

                s/Salvador A. Dominguez
                SALVADOR A. DOMINGUEZ (0056232)
                Assistant United States Attorney
                303 Marconi Boulevard
                Suite 200
                Columbus, Ohio 43215
                (614) 469-5715
                Fax: (614) 469-5653
                Sal.Dominguez @usdoj.gov

## **MEMORANDUM**

On May 2, 2011, the government responded, in a consolidated fashion, to Defendant's pretrial motions. (R. 60) In that response, the government provided this Court with notice that all items within the government's possession, which are

discoverable under Rule 16(a) of the Federal Rules of Criminal Procedure, had been provided to Defendant Murphy.  In that regard, undersigned counsel for the government sent cover letters documenting the items tendered to counsel for Mr. Murphy.  Those letters, dated March 4, 2011 and March 8, 2011, are attached hereto and labeled Exhibits 1 and 2, respectively.

On June 8, 2011, this Court granted Attorney George Luther's motion to withdraw as counsel for Defendant Murphy. Undersigned counsel for the government has been informed by both Mr. Luther and Defendant's newly appointed counsel, David Graeff, that Mr. Luther has provided Mr. Greaff with discovery previously provided to Defendant Murphy, as reflected in Exhibits 1 and 2. As other discoverable items come into the government's possession the same will be made available to Defendant Murphy through Mr. Graeff.

On behalf of the United States, and pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure, we again request reciprocal discovery from Defendant Murphy.

        Respectfully submitted,

        CARTER M. STEWART
        United States Attorney

        s/Salvador A. Dominguez
        SALVADOR A. DOMINGUEZ (0056232)
        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served electronically this 14th day of June, 2011, upon David Graeff, Esquire, P.O. Box 1948, Westerville, OH, 43086, counsel for defendant Sean Murphy.

<pre>
                              s/Salvador A. Dominguez
                              SALVADOR A. DOMINGUEZ
                              Assistant United States Attorney
</pre>