U.S. Department of Justice

United States Attorney
Southern District of Ohio

**Exhibit 1**

303 Marconi Boulevard  
Suite 200  
Columbus, Ohio 43215

(614) 469-5715  
(614) 469-5653

March 4, 2011

George C. Luther, Esq.  
536 S. High Street  
Columbus, OH 43215

*COPY*

Re: United States v. Sean Murphy

Dear Mr. Luther:

Per our telephone conversation yesterday, enclosed please find four diskettes which contain the following:

(a) Photographs following the January 2009 Brinks burglary;
(b) Photograph taken during the seizure of items from a storage facility in New Hampshire;
(c) Sean Murphy proffer (diskette 1); and
(d) Sean Murphy proffer (diskette 2).

Per your request I have also enclosed a copy of the indictment in this matter. There are several original items of evidence which are available for your review. Please contact the case agent, Special Agent Harry Trombitas at (614) 865-2543 to arrange a mutually convenient time to review and inspect those items.

Please contact me if you have any questions.

Very truly yours,

CARTER M. STEWART  
United States Attorney

SALVADOR A. DOMINGUEZ  
Assistant United States Attorney

Enclosures  
cc: S.A. Harry Trombitas, FBI (w/o enclosures)