U.S. Department of Justice

United States Attorney
Southern District of Ohio

**Exhibit 2**

303 Marconi Boulevard  
Suite 200  
Columbus, Ohio 43215

(614) 469-5715  
(614) 469-5653

March 8, 2011



George C. Luther, Esquire  
536 S High Street  
Columbus, OH 43215

*Via hand-delivery at arraignment*

United States v. Murphy, et al

Dear Mr. Luther:

Per the Court's order which will issue tomorrow or sometime relatively soon in the above-referenced case, enclosed please find copies of the items below for your review and file. These items are forwarded pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure:

1. Search Warrant and Return: Allegheny, Pennsylvania, dated January 29, 2009;
2. Photograph: Sean Murphy, also known as Brian Heatherman;
3. Receipt: Newmarket Storage, dated June 12, 2008 and January 9, 2009;
4. Budget Rental Receipt, dated June 10, 2008;
5. Letter from Sean Murphy to Newmarket Storage, dated April 17, 2008;
6. FBI 302 re: Michael Buckley of Brinks, Inc., dated June 15, 2009;
7. FBI 302 re: Juan Carlos Cordobar, Thrifty Rental Car, dated May 28, 2009;
8. FBI 302 re: Sue Rabshaw, Newmarket Storage, dated May 13, 2009;
9. FBI 302 re: Theresa Bador-Peake, Newmarket Storage, dated July 6, 2009;
10. FBI 302 re: Lt. Allen Zani, Massachusetts state Police, dated June 7, 2009;
11. FBI 302 re: Det. Timothy Ferrari, Lynn Police Department, dated June 24, 2009;
12. Rental Agreement, Thrifty Car Rental, dated June 15, 2009;
13. Rental Agreement, Budget Car Rental, dated June 16, 2009;
14. Rental Agreement, Budget Car Rental, dated January 2, 2009;
15. Lease Agreement, The Lock Up, Warrendale, Pennsylvania, dated January 3, 2009, Purchased utilizing Massachusetts Drivers License (with picture) of Sean Murphy, identified as Brian Heatherman;
16. Search Warrant, Commonwealth of Pennsylvania, dated January 29, 2009;
17. Consent to Search Form, June 4, 2009;

George C. Luther, Esquire
March 8, 2011
Page 2

18. Miscellaneous photographs of search scene results, New Hampshire, with accompanying photographic log;
19. CD containing Sprint Records;
20. CD containing photos of items seized;
21. CD containing photographs of items destroyed;
22. CD containing Brinks processing/search, January 18, 2009;
23. CPD lab report, date completed November 18, 2009;
24. CPD lab report, date completed December 1, 2009;
25. Sprint Phone records, dated September 10, 2009;
26. Comcast Phone records, dated September 4, 2009, including a compact disk;
27. FedEx records, dated August 2, 2010 - Global Gadget;
28. Residence Inn receipt, David Nassor, dated December 1, 2008;
29. Telephone records for 781-623-8946;
30. Evidence obtained from Brinks burglary and processing procedures, to include a compact disk and evidence collection log;
31. CPD lab request, latent print lift logs;
32. FBI request for examination by shoe print and tire tread unit, dated February 5, 2009;
33. Photograph, Sean Murphy, Massachusetts Registry of Motor Vehicles;
34. FBI 302, dated January 23, 2009 re: Carnival Cruise "Freedom" Guest Card, dated March 14, 2007;
35. Carnival Cruise guest profile, dated July 14, 2009; and
36. Compact disk containing photographs of loose cash and coins.
37. Letter from Sean Murphy to SA Costello, not dated;
38. Letter from Sean Murphy to Brian Stevens, dated August 19, 2009;
39. Letter from Sean Murphy to SA Costello, dated September 21, 2009;
40. Letter from Sean Murphy to SA Costello, dated October 5, 2009;
41. Letter from Sean Murphy to SA Costello, dated October 26, 2009, which enclosed Federal Sentencing Guidelines §2B2.1 and the Sentencing Table;
42. Letter from Sean Murphy to AUSA Dominguez, dated July 1, 2010; and
43. Letter from Sean Murphy to AUSA Dominguez, dated on or about January 20, 2011.

George C. Luther, Esquire
March 8, 2011
Page 3

    If you would like to review original items of evidence please contact the case agent, S.A. Harry Trombitas, FBI at (614) 865-2543. On behalf of the United States, and pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure, I hereby request reciprocal discovery from Defendant Murphy.

    If you have any questions please do not hesitate to contact me.

                                    Very truly yours,

                                    CARTER M. STEWART
                                    United States Attorney

                                    SALVADOR A. DOMINGUEZ
                                    Assistant United States Attorney

cc: S.A. Harry Trombitas, FBI (w/o enclosures)