IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| -vs- | : | CASE NO. 2:11-CR-010(1) |
| SEAN D. MURPHY, | : | JUDGE SMITH |
| Defendant. | : | |

## MOTION IN LIMINE

Now comes Defendant, Sean D. Murphy, by and through his attorney, David J. Graeff and respectfully moves for the following to occur in Limine:

1. Exclude any reference to Sean Murphy being placed under arrest on January 23, 2009.

2. Exclude any reference to Sean Murphy being in jail since January 23, 2009.

3. Exclude any letters Sean Murphy wrote to any law enforcement official dealing with proffer issues.

4. Exclude any letters not relating to the instant offense that contain prejudicial information.

5. Exclude any information obtained or evidence seized from the execution of the 1-23-2009 Search Warrant. (Carnival Folio, Brian Hetherman ID, William Palavacini ID, PA Storage Bin Key)

-1-

6. Exclude any information not provided in discovery.

7. Make no reference to Sean Murphy's criminal records, prior bad acts and/or offenses.

8. Make no reference to Sean Murphy as a Ring Leader or Mastermind.

9. Prevent the Government from coaching witnesses about the case before or during trial.

Respectfully submitted,

  s/David J. Graeff
David J. Graeff   #0020647
P.O. Box 1948
Westerville, Ohio  43086
Phone:  (614) 226-5991
Trial Counsel for Defendant
Sean Murphy

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered to Salvador A. Dominguez, Assistant United States Attorney. 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215, this   5th   day of    September   , 2011.

  s/David J. Graeff
David J. Graeff   #0020647
Trial Counsel for Defendant
Sean Murphy