IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

    vs.     :    CASE NO. 2:11-CR-010(1)
                                          JUDGE SMITH

SEAN D. MURPHY,

    Defendant.

## GOVERNMENT'S REQUEST FOR NOTICE OF AN INTENT TO RELY UPON ANY ALIBI DEFENSE

Now comes the United States, by its counsel Assistant United States Attorney Salvador A. Dominguez, and pursuant to Rule 12(a)(1) of the Federal Rules of Criminal Procedure, we hereby request that the defendant provide written notice to the undersigned of any intended alibi defense relative to the allegation contained in Count 4 of the Indictment. We specifically request any alibi defense relative to the hours between 5:00 p.m. on January 17, 2009 and 6:00 a.m. on January 18, 2009 in Columbus, Ohio, and within the Southern District of Ohio.

                        Respectfully submitted,

                        CARTER M. STEWART
                        United States Attorney

                        s/Salvador A. Dominguez
                        SALVADOR A. DOMINGUEZ (0056232)
                        Assistant United States Attorney
                        303 Marconi Boulevard
                        Suite 200
                        Columbus, Ohio 43215
                        (614) 469-5715
                        Fax: (614) 469-5653
                        Sal.Dominguez @usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served electronically this 19th day of September, 2011, upon David J. Graeff, Esquire, P.O. Box 1948, Westerville, OH 43086, counsel for defendant Sean Murphy.

s/Salvador A. Dominguez
SALVADOR A. DOMINGUEZ
Assistant United States Attorney
