CJISWeb Version 2

Page 1 of 1

| [F2] | [F3] | [F4] | [F5] | [F6] | [F7] | [F8] | [F9] | [F10] |
|---|---|---|---|---|---|---|---|---|
| PERSON | VEHICLE | GUN | BOAT | ARTICLE | ALL QUERIES | CJIS RESULTS | CUSTOM QUERIES | MORE OPTIONS |

| Back to: Summary of Inquiries (1 Record) | Add a New Record | Save Records | Delete Record(s) |
|---|---|---|---|

## MA Drivers License (R1)

[ Print Data ]  [ Send to RAMS ]  [ Re-Run

NAME: MURPHY, SEAN     DOB: 07/19/1964     OLN:
S37571614, MA
SSN: 027548106

[Data From: 01/19/2009 10:38AM

STATUS: ACTIVE

**License No.:** S37571614     **Status:** ACT

**State:** MA     **SSN:** 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

Person Information

**Last:** MURPHY     **First:** SEAN     **Middle:** D

**DOB:** 07/19/1964     **Sex:** M     **Height:** 5' 11"

**Organ Donor:** R


Click To Enlarge

Address Information

**Mailing:** 407 WALNUT STREET

**City:** LYNN     **State:** MA     **Zip:** 01905-1058

**Residential:**

**City:**     **State:**     **Zip:**

Previous Names

Additional Data

**Driver's Ed.:** N     **Military:** N

**Mab:**     **Cdl:**

**Type:** L     **Class:** DM

**Issue Date:** 09/15/1988     **Exp. Date:** 07/19/2013

**Restrictions:**     **Start Time:**     **End Time:**

Exhibit 1
1/19/2009

https://170.154.224.35/cjisweb/action/login?appContext=login&appAction=presentEntryL...

CJISWeb Version 2

Page 1 of 1

| [F2]<br>PERSON | [F3]<br>VEHICLE | [F4]<br>GUN | [F5]<br>BOAT | [F6]<br>ARTICLE | [F7]<br>ALL QUERIES | [F8]<br>CJIS RESULTS | [F9]<br>CUSTOM QUERIES | [F10]<br>MORE OPTIONS |
|---|---|---|---|---|---|---|---|---|

| Back to: Summary of Inquiries (1 Record) | Add a New Record | Save Records | Delete Record(s) |
|---|---|---|---|

OLN: S37571614

## MA Drivers License (                                    [ Send to RAMS ]   [ Re-Run

**NAME:** MURPHY, SEAN   DO                                ata From: 01/19/2009 10:38AM
S37571614, MA
**SSN:** 027548106



Click Image to Close

Click To Enlarge

**License No.:** S37571614
**State:** MA

Person Information
**Last:** MURPHY          **First**
**DOB:** 07/19/1964      **Sex:**
**Organ Donor:** R

Address Information
**Mailing:** 407 WALNUT STREET
**City:** LYNN          **State:** MA          **Zip:** 01905-1058
**Residential:**
**City:**          **State:**          **Zip:**

Previous Names

Additional Data
**Driver's Ed.:** N          **Military:** N
**Mab:**          **Cdl:**
**Type:** L          **Class:** DM
**Issue Date:** 09/15/1988          **Exp. Date:** 07/19/2013
**Restrictions:**          **Start Time:**          **End Time:**



ATTACHMENTS

## MA Criminal History (BOP2)

Full Name: **MURPHY, SEAN**

Date of Birth: **07191964**

SSN: **027548106**

OLN: **S37571614**

Dest. State: **MA**

```
           *** C I V I L   R E S T R A I N I N G   O R D E R   ***
-------------------------------------------------------------------
Defendant: MURPHY, SEAN D              DOB: 07/19/64 PCF: 00042147
-------------------------------------------------------------------
Plaint: RIKKILE BROWN
Street: 285 LYNN SHORE DRIVE           City: LYNN
-------------------------------------------------------------------
Docket:    0713RO1158   Court:  13  Order: M.G.L. Chapter 209A Secti
Order Date: 12/04/07  Expiration Date: 06/16/08  Status:*** CLOSE *
           *** *** ***  Court Orders  *** *** ***
  1.X Refrain from abuse          2.  No contact stay at least
  3.  Vacate/stay away resd   Bld 4.  Address Impounded
  5.  Stay away workplace         6.  Custody of following to


  7.  No contact with any child named in 6 or listed below: Stay at le


      Stay away from school,daycare,other: (see order)
  8.  Visitation rights: See Order     9.  Support payment ordered
 10.  Personal belongings pickup w/PD 11.  Compensation ordered
 12.X Surrender guns,ammo,LIC,FID     13.  Other: See order
-------------------------------------------------------------------
*****************************************************************
*
*            ****** WARNING ******* WARNING ********
*
*    THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS
*PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DAT
*OF THE PERSON REQUESTED.
*
*****************************************************************


          *********   COMMONWEALTH OF MASSACHUSETTS   *********
                     CRIMINAL HISTORY SYSTEMS BOARD

                  *** PERSONS COURT SUMMARY ***

NAM: MURPHY, SEAN D            FORMAL-NAM: JOHN        PCF:
```

DOB: 07/19/64    SEX: M  RAC: W       POB: MA                 SSN:
MOM:SYLVIA                  POP:EDWARD       HGT: 510 WGT: 170 HAI: BR
ADDRESS: 407  WALNUT  STREET, LYNN, MA


ALIAS:
      NAM: KING, JAMES
      FORMAL-NAM: JAMES
      DOB: 07/19/64  SEX: M  RAC:
ALIAS:
      NAM: LAKE, JEFF
      FORMAL-NAM: JEFFERY
      DOB: 07/19/64  SEX: M  RAC:


COMMENTS:


***** ***** ***** ***** ADULT APPEARANCES ***** ***** ***** *****


ARRAIGNMENT: (0001)
   ARG-DATE: 10/21/08 PD: LYN COURT: LYNN DISTRICT         DKT#:   08
   OFF:  ASSAULT AND BATTERY                               A&B
   DISP: C 1/28/09                                         STATUS: O


ARRAIGNMENT: (0002)
   ARG-DATE: 10/21/08 PD: LYN COURT: LYNN DISTRICT         DKT#:   08
   OFF:  DISTRIBUTE/DISPENSE CLASS D                       CSA DIST D
   DISP: C 1/28/09                                         STATUS: O


ARRAIGNMENT: (0003)
   ARG-DATE: 03/20/08 PD: LYN COURT: LYNN DISTRICT         DKT#:   08
   OFF:  FUGITIVE FROM JUSTICE        COURT WARRANT         FUG JUS
   DISP: % 4/4/08 DISM                                     STATUS: C


ARRAIGNMENT: (0004)
   ARG-DATE: 11/28/03 PD: PEA COURT: PEABODY DISTRICT      DKT#:   03
   OFF:  ATTEMPT TO COMMIT CRIME      DISABLE MOTION DETE   ATT COM CR
   DISP: WAR 5/25/06 WAR/WD 5/30/07 DISM                   STATUS: C


ARRAIGNMENT: (0005)
   ARG-DATE: 08/19/03 PD: LYN COURT: LYNN DISTRICT         DKT#:
   OFF:  POSS CLASS D CONT SUB        MJ                    CSA POSS D
   DISP: C 12/11/03 WAR 5/25/06 W/R 8/22/06 CWOF SP 2/22/08 STATUS: C
         10/11/07 TERM


ARRAIGNMENT: (0006)
   ARG-DATE: 08/19/03 PD: LYN COURT: LYNN DISTRICT         DKT#:

```
    OFF:  OPER UND INFL OF DRUG                              111B
    DISP: C 12/11/03 WAR 5/25/06 W/R 8/22/06 DISM           STATUS: C


ARRAIGNMENT: (0007)
    ARG-DATE: 03/08/00 PD: AG1 COURT: SUFFOLK SUPERIOR       DKT#:
    OFF:  ATTEMPT TO COMMIT CRIME      LAR OVER $250(2CTS) ATT COM CR
    DISP: G C 11/16/01 FILE                                 STATUS: C


ARRAIGNMENT: (0008)
    ARG-DATE: 03/08/00 PD: AG1 COURT: SUFFOLK SUPERIOR       DKT#:
    OFF:  CONSPIRACY                   TO CMT LAR OVER $25 CONSP
    DISP: G C 11/16/01  23MO HC CMTD                        STATUS: C


ARRAIGNMENT: (0009)
    ARG-DATE: 03/08/00 PD: AG1 COURT: SUFFOLK SUPERIOR       DKT#:
    OFF:  SOLICITING                   ANOTHER TO CMT LAR( SOLICIT
    DISP: G C 11/16/01 PROB 3YR F&A(@77)VN 12/24/03 DF      STATUS: C
          5/26/06DR C 6/9/06 VOP 6 MOS COM


ARRAIGNMENT: (0010)
    ARG-DATE: 10/01/93 PD:      COURT: BOSTON FEDERAL        DKT#:
    OFF:  FIREARM VIOLATION(SPECIFY)   POSS STLN            FIR
    DISP: C 3/16/94 80MO CMTD (36MO SUPV REL) 4/20/03 TERM  STATUS: C


ARRAIGNMENT: (0011)
    ARG-DATE: 01/05/93 PD:      COURT: NORFOLK SUPERIOR      DKT#:
    OFF:  B&E NIGHT                                         B&E NT
    DISP: C 1/18/94 FILE                                    STATUS: C


ARRAIGNMENT: (0012)
    ARG-DATE: 01/05/93 PD:      COURT: NORFOLK SUPERIOR      DKT#:
    OFF:  LARCENY MORE                                      LAR MORE
    DISP: C 1/18/94 FILE                                    STATUS: C


ARRAIGNMENT: (0013)
    ARG-DATE: 01/05/93 PD:      COURT: NORFOLK SUPERIOR      DKT#:
    OFF:  POSS BURGLARIOUS TOOLS                            PBT
    DISP: C 1/18/94 FILE                                    STATUS: C


ARRAIGNMENT: (0014)
    ARG-DATE: 11/23/92 PD:      COURT: BERKSHIRE SUPERIOR    DKT#:
    OFF:  B&E NT W/I COM FEL                                B&E NT W/I
    DISP: C 1-18-94 @82 1/18/94 9-10 YRS CMTD               STATUS: C
```

ARRAIGNMENT: (0015)
   ARG-DATE: 11/23/92 PD:    COURT: BERKSHIRE SUPERIOR   DKT#:
   OFF:  LARCENY MORE             OVER $250      LAR MORE
   DISP: C 1-18-94 @82 1/18/94 4-5 YRS CMTD      STATUS: C

ARRAIGNMENT: (0016)
   ARG-DATE: 09/18/92 PD:    COURT: ESSEX SUPERIOR    DKT#:
   OFF:  KNOWINGLY REC STOLEN PROP    (2CTS)      RSG
   DISP: C (@82) 1/18/94 4-5YRS CMTD VWF      STATUS: C

ARRAIGNMENT: (0017)
   ARG-DATE: 09/18/92 PD:    COURT: ESSEX SUPERIOR    DKT#:
   OFF:  KNOWINGLY REC STOLEN PROP    (2CTS)      RSG
   DISP: C (@82) 1/18/94 FILE      STATUS: C

ARRAIGNMENT: (0018)
   ARG-DATE: 09/18/92 PD:    COURT: ESSEX SUPERIOR    DKT#:
   OFF:  KNOWINGLY REC STOLEN PROP    (2CTS)      RSG
   DISP: C (@82) 1/18/94 FILE      STATUS: C

ARRAIGNMENT: (0019)
   ARG-DATE: 09/18/92 PD:    COURT: ESSEX SUPERIOR    DKT#:
   OFF:  KNOWINGLY REC STOLEN PROP    (2CTS)      RSG
   DISP: C (@82) 1/18/94 FILE      STATUS: C

ARRAIGNMENT: (0020)
   ARG-DATE: 09/18/92 PD:    COURT: ESSEX SUPERIOR    DKT#:
   OFF:  POSS BURGLARIOUS TOOLS    (2CTS)      PBT
   DISP: C (@82) 1/18/94 FILE      STATUS: C

ARRAIGNMENT: (0021)
   ARG-DATE: 09/18/92 PD:    COURT: ESSEX SUPERIOR    DKT#:
   OFF:  KNOWINGLY REC STOLEN PROP    (2CTS)      RSG
   DISP: C (@82) 1/18/94 FILE      STATUS: C

ARRAIGNMENT: (0022)
   ARG-DATE: 09/18/92 PD:    COURT: ESSEX SUPERIOR    DKT#:
   OFF:  KNOWINGLY REC STOLEN PROP      RSG
   DISP: C (@82) 1/18/94 FILE      STATUS: C

ARRAIGNMENT: (0023)
   ARG-DATE: 09/18/92 PD:      COURT: ESSEX SUPERIOR     DKT#:
   OFF:  KNOWINGLY REC STOLEN PROP            RSG
   DISP: C (@82) 1/18/94 9-10 YRS CMTD VWF PD 5/5/99 R/R  STATUS: C
       9-9YRS + 5 MONTHS (CREDIT 1935 DAYS)

ARRAIGNMENT: (0024)
   ARG-DATE: 09/16/92 PD:      COURT: BOSTON MUNICIPAL JURY OFDKT#:
   OFF:  POSS TO DISTRIBUTE CLASS E        CSA POSS D
   DISP: WAR WAR/WD 2/12/93 9MO CMTD 2/3/93 REVISE 3MO CMTD STATUS: C
       (5)

ARRAIGNMENT: (0025)
   ARG-DATE: 09/16/92 PD:      COURT: BOSTON MUNICIPAL JURY OFDKT#:
   OFF:  POSS TO DISTRIBUTE CLASS E        CSA POSS D
   DISP: DF D/R 2/12/93 9MO CMTD 2/3/93 REVISE 3MO CMTD (5) STATUS: C

ARRAIGNMENT: (0026)
   ARG-DATE: 09/16/92 PD:      COURT: BOSTON MUNICIPAL JURY OFDKT#:
   OFF:  POSS CLASS D CONT SUB          CSA POSS D
   DISP: DF D/R 2/12/93 6MO CMTD 2/3/93 REVIVE 3MO CMTD (5) STATUS: C

ARRAIGNMENT: (0027)
   ARG-DATE: 09/16/92 PD:      COURT: BOSTON MUNICIPAL JURY OFDKT#:
   OFF:  POSS TO DISTRIBUTE CLASS C        CSA POSS D
   DISP: DF D/R 2/12/93 1YR CMTD 2/3/93 REVISE 3MO CMTD (5) STATUS: C

ARRAIGNMENT: (0028)
   ARG-DATE: 09/16/92 PD:      COURT: BOSTON MUNICIPAL JURY OFDKT#:
   OFF:  POSS TO DISTRIBUTE CLASS C        CSA POSS D
   DISP: DF D/R 2/12/93 1YR CMTD 2/3/93 REVISE 3MO CMTD (5) STATUS: C

ARRAIGNMENT: (0029)
   ARG-DATE: 09/16/92 PD:      COURT: BOSTON MUNICIPAL JURY OFDKT#:
   OFF:  POSS TO DISTRIBUTE CLASS B        CSA POSS D
   DISP: DF D/R 2/12/93 1YR CMTD 2/3/93 REVISE 3MO CMTD (5) STATUS: C

ARRAIGNMENT: (0030)
   ARG-DATE: 07/17/92 PD:      COURT: LYNN DISTRICT     DKT#:
   OFF:  COUNTERFEITING MV DOCUMENT        114N
   DISP: DF 5/25/99 D/R DISM INDICT          STATUS: C

ARRAIGNMENT: (0031)
   ARG-DATE: 07/17/92 PD:      COURT: LYNN DISTRICT     DKT#:

```
    OFF:   KNOWINGLY REC STOLEN PROP        $250 OR LESS        RSG
    DISP: DF 5/25/99 D/R DISM INDICT                            STATUS: C


ARRAIGNMENT: (0032)
    ARG-DATE: 07/17/92 PD:      COURT: LYNN DISTRICT            DKT#:
    OFF:   KNOWINGLY REC STOLEN PROP        OVER $250           RSG
    DISP: DF 5/25/99 D/R DISM INDICT                            STATUS: C


ARRAIGNMENT: (0033)
    ARG-DATE: 07/17/92 PD:      COURT: LYNN DISTRICT            DKT#:
    OFF:   KNOWINGLY REC STOLEN PROP        OVER $250           RSG
    DISP: DF 5/25/99 D/R DISM INDICT                            STATUS: C


ARRAIGNMENT: (0034)
    ARG-DATE: 07/17/92 PD:      COURT: LYNN DISTRICT            DKT#:
    OFF:   KNOWINGLY REC STOLEN PROP        $250 OR LESS        RSG
    DISP: DF 5/25/99 D/R DISM INDICT                            STATUS: C


ARRAIGNMENT: (0035)
    ARG-DATE: 07/17/92 PD:      COURT: LYNN DISTRICT            DKT#:
    OFF:   KNOWINGLY REC STOLEN PROP        OVER $250           RSG
    DISP: DF 5/25/99 D/R DISM INDICT                            STATUS: C


ARRAIGNMENT: (0036)
    ARG-DATE: 07/17/92 PD:      COURT: LYNN DISTRICT            DKT#:
    OFF:   KNOWINGLY REC STOLEN PROP        OVER $250           RSG
    DISP: DF 5/25/99 D/R DISM INDICT                            STATUS: C


ARRAIGNMENT: (0037)
    ARG-DATE: 06/22/92 PD:      COURT: EAST BOSTON DISTRICT     DKT#:
    OFF:   POSS TO DISTRIBUTE CLASS E                           CSA POSS D
    DISP: 7/14/92 DF 8/26/92 D/R FJ                             STATUS: C


ARRAIGNMENT: (0038)
    ARG-DATE: 06/22/92 PD:      COURT: EAST BOSTON DISTRICT     DKT#:
    OFF:   POSS TO DISTRIBUTE CLASS E                           CSA POSS D
    DISP: 7/14/92 DF 8/26/92 D/R FJ                             STATUS: C


ARRAIGNMENT: (0039)
    ARG-DATE: 06/22/92 PD:      COURT: EAST BOSTON DISTRICT     DKT#:
    OFF:   POSS CLASS D CONT SUB                                CSA POSS D
    DISP: 7/14/92 DF 8/26/92 D/R FJ                             STATUS: C
```

```
ARRAIGNMENT: (0040)
  ARG-DATE: 06/22/92 PD:      COURT: EAST BOSTON DISTRICT    DKT#:
  OFF:  POSS TO DISTRIBUTE CLASS C                           CSA POSS D
  DISP: 7/14/92 DF 8/26/92 D/R FJ                            STATUS: C


ARRAIGNMENT: (0041)
  ARG-DATE: 06/22/92 PD:      COURT: EAST BOSTON DISTRICT    DKT#:
  OFF:  POSS TO DISTRIBUTE CLASS C                           CSA POSS D
  DISP: 7/14/92 DF 8/26/92 D/R FJ                            STATUS: C


ARRAIGNMENT: (0042)
  ARG-DATE: 06/22/92 PD:      COURT: EAST BOSTON DISTRICT    DKT#:
  OFF:  POSS TO DISTRIBUTE CLASS B                           CSA POSS D
  DISP: 7/14/92 DF 8/26/92 D/R FJ                            STATUS: C


ARRAIGNMENT: (0043)
  ARG-DATE: 02/13/91 PD:      COURT: GARDNER DISTRICT        DKT#:
  OFF:  POSS CLASS B CONT SUB          MORPHINE SULFATE      CSA POSS B
  DISP: C 3/20/91 DISM                                       STATUS: C


ARRAIGNMENT: (0044)
  ARG-DATE: 02/13/91 PD:      COURT: GARDNER DISTRICT        DKT#:
  OFF:  CONSPIRACY                                           CONSP
  DISP: C 3/20/91 DISM                                       STATUS: C


ARRAIGNMENT: (0045)
  ARG-DATE: 02/13/91 PD:      COURT: GARDNER DISTRICT        DKT#:
  OFF:  GIVING PRISONER CONT SUB                             CSA GIV PR
  DISP: C 3/20/91 DISM                                       STATUS: C


ARRAIGNMENT: (0046)
  ARG-DATE: 08/02/89 PD:      COURT: ESSEX SUPERIOR          DKT#:
  OFF:  KNOWINGLY REC STOLEN PROP      MORE                  RSG
  DISP: C 12/11/89 FILE                                      STATUS: C


ARRAIGNMENT: (0047)
  ARG-DATE: 08/02/89 PD:      COURT: ESSEX SUPERIOR          DKT#:
  OFF:  DISTRIBUTE/DISPENSE CLASS B                          CSA DIST B
  DISP: C 12/11/89 FILE                                      STATUS: C
```

ARRAIGNMENT: (0048)
  ARG-DATE: 08/02/89 PD:      COURT: ESSEX SUPERIOR            DKT#:
  OFF:  DISTRIBUTE/DISPENSE CLASS C                           CSA DIST C
  DISP: C 12/11/89 NP                                         STATUS: C

ARRAIGNMENT: (0049)
  ARG-DATE: 08/02/89 PD:      COURT: ESSEX SUPERIOR            DKT#:
  OFF:  DISTRIBUTE/DISPENSE CLASS D                           CSA DIST D
  DISP: C 12/11/89 NP                                         STATUS: C

ARRAIGNMENT: (0050)
  ARG-DATE: 05/03/89 PD:      COURT: PITTSFIELD DISTRICT       DKT#:
  OFF:  B&E NT W/I COM FEL                                     B&E NT W/I
  DISP: DISM                                                  STATUS: C

ARRAIGNMENT: (0051)
  ARG-DATE: 05/03/89 PD:      COURT: PITTSFIELD DISTRICT       DKT#:
  OFF:  LARCENY FROM A BUILDING                               LAR BLDG
  DISP: DISM                                                  STATUS: C

ARRAIGNMENT: (0052)
  ARG-DATE: 05/03/89 PD:      COURT: PITTSFIELD DISTRICT       DKT#:
  OFF:  LARCENY CONT SUB                                      CSA LAR
  DISP: DISM                                                  STATUS: C

ARRAIGNMENT: (0053)
  ARG-DATE: 05/03/89 PD:      COURT: PITTSFIELD DISTRICT       DKT#:
  OFF:  DESTRUCTION OF PROPERTY           WANT MORE           PROP DES
  DISP: DISM                                                  STATUS: C

ARRAIGNMENT: (0054)
  ARG-DATE: 11/17/88 PD:      COURT: BERKSHIRE SUPERIOR        DKT#:
  OFF:  B&E NT W/I COM FEL                                     B&E NT W/I
  DISP: C 11/14/89 NG                                         STATUS: C

ARRAIGNMENT: (0055)
  ARG-DATE: 11/17/88 PD:      COURT: BERKSHIRE SUPERIOR        DKT#:
  OFF:  LARCENY FROM A BUILDING                               LAR BLDG
  DISP: C 11/14/89 NG                                         STATUS: C

ARRAIGNMENT: (0056)
  ARG-DATE: 11/17/88 PD:      COURT: BERKSHIRE SUPERIOR        DKT#:

OFF: LARCENY CONT SUB                                                  CSA LAR
DISP: C 11/14/89 NG                                                    STATUS: C


ARRAIGNMENT: (0057)
  ARG-DATE: 11/17/88 PD:        COURT: BERKSHIRE SUPERIOR        DKT#:
  OFF: LARCENY CONT SUB                                          CSA LAR
  DISP: C 11/14/89 NG                                            STATUS: C


ARRAIGNMENT: (0058)
  ARG-DATE: 11/17/88 PD:        COURT: BERKSHIRE SUPERIOR        DKT#:
  OFF: LARCENY CONT SUB                                          CSA LAR
  DISP: C 11/14/89 NG                                            STATUS: C


ARRAIGNMENT: (0059)
  ARG-DATE: 11/17/88 PD:        COURT: BERKSHIRE SUPERIOR        DKT#:
  OFF: LARCENY CONT SUB                                          CSA LAR
  DISP: C 11/14/89 NG                                            STATUS: C


ARRAIGNMENT: (0060)
  ARG-DATE: 11/17/88 PD:        COURT: BERKSHIRE SUPERIOR        DKT#:
  OFF: LARCENY CONT SUB                                          CSA LAR
  DISP: C 11/14/89 NG                                            STATUS: C


ARRAIGNMENT: (0061)
  ARG-DATE: 11/17/88 PD:        COURT: BERKSHIRE SUPERIOR        DKT#:
  OFF: LARCENY CONT SUB                                          CSA LAR
  DISP: C 11/14/89 NG                                            STATUS: C


ARRAIGNMENT: (0062)
  ARG-DATE: 11/17/88 PD:        COURT: BERKSHIRE SUPERIOR        DKT#:
  OFF: LARCENY CONT SUB                                          CSA LAR
  DISP: C 11/14/89 NG                                            STATUS: C


ARRAIGNMENT: (0063)
  ARG-DATE: 11/17/88 PD:        COURT: BERKSHIRE SUPERIOR        DKT#:
  OFF: LARCENY CONT SUB                                          CSA LAR
  DISP: C 11/14/89 NG                                            STATUS: C


ARRAIGNMENT: (0064)
  ARG-DATE: 11/17/88 PD:        COURT: BERKSHIRE SUPERIOR        DKT#:
  OFF: LARCENY CONT SUB                                          CSA LAR
  DISP: C 11/14/89 NG                                            STATUS: C

ARRAIGNMENT: (0065)
  ARG-DATE: 11/17/88 PD:    COURT: BERKSHIRE SUPERIOR    DKT#:
  OFF:  LARCENY CONT SUB                                  CSA LAR
  DISP: C 11/14/89 NG                              STATUS: C

ARRAIGNMENT: (0066)
  ARG-DATE: 11/17/88 PD:    COURT: BERKSHIRE SUPERIOR    DKT#:
  OFF:  LARCENY CONT SUB                                  CSA LAR
  DISP: C 11/14/89 NG                              STATUS: C

ARRAIGNMENT: (0067)
  ARG-DATE: 11/17/88 PD:    COURT: BERKSHIRE SUPERIOR    DKT#:
  OFF:  LARCENY CONT SUB                                  CSA LAR
  DISP: C 11/14/89 NG                              STATUS: C

ARRAIGNMENT: (0068)
  ARG-DATE: 11/17/88 PD:    COURT: BERKSHIRE SUPERIOR    DKT#:
  OFF:  LARCENY CONT SUB                                  CSA LAR
  DISP: C 11/14/89 NG                              STATUS: C

ARRAIGNMENT: (0069)
  ARG-DATE: 11/17/88 PD:    COURT: BERKSHIRE SUPERIOR    DKT#:
  OFF:  LARCENY CONT SUB                                  CSA LAR
  DISP: C 11/14/89 NG                              STATUS: C

ARRAIGNMENT: (0070)
  ARG-DATE: 11/17/88 PD:    COURT: BERKSHIRE SUPERIOR    DKT#:
  OFF:  LARCENY CONT SUB                                  CSA LAR
  DISP: C 11/14/89 NG                              STATUS: C

ARRAIGNMENT: (0071)
  ARG-DATE: 11/17/88 PD:    COURT: BERKSHIRE SUPERIOR    DKT#:
  OFF:  LARCENY CONT SUB                                  CSA LAR
  DISP: 11/14/89 NG                                STATUS: C

ARRAIGNMENT: (0072)
  ARG-DATE: 11/17/88 PD:    COURT: BERKSHIRE SUPERIOR    DKT#:
  OFF:  LARCENY CONT SUB                                  CSA LAR
  DISP: C 11/14/89 NG                              STATUS: C

ARRAIGNMENT: (0073)
  ARG-DATE: 11/17/88 PD:      COURT: BERKSHIRE SUPERIOR      DKT#:
  OFF:  DESTRUCTION OF PROPERTY                              PROP DES
  DISP: C 11/14/89 NG                                        STATUS: C


ARRAIGNMENT: (0074)
  ARG-DATE: 10/20/88 PD:      COURT: LYNN DISTRICT           DKT#:
  OFF:  KNOWINGLY REC STOLEN PROP                            RSG
  DISP: C 12/30/88 DISM INDICT                               STATUS: C


ARRAIGNMENT: (0075)
  ARG-DATE: 10/20/88 PD:      COURT: LYNN DISTRICT           DKT#:
  OFF:  POSS TO DISTRIBUTE CLASS B                           CSA POSS D
  DISP: C 12/30/88 DISM INDICT                               STATUS: C


ARRAIGNMENT: (0076)
  ARG-DATE: 10/20/88 PD:      COURT: LYNN DISTRICT           DKT#:
  OFF:  POSS TO DISTRIBUTE CLASS C                           CSA POSS D
  DISP: C 12/30/88 DISM INDICT                               STATUS: C


ARRAIGNMENT: (0077)
  ARG-DATE: 10/20/88 PD:      COURT: LYNN DISTRICT           DKT#:
  OFF:  POSS TO DISTRIBUTE CLASS D                           CSA POSS D
  DISP: C 12/30/88 DISM INDICT                               STATUS: C


ARRAIGNMENT: (0078)
  ARG-DATE: 01/11/85 PD:      COURT: ESSEX SUPERIOR          DKT#:
  OFF:  POSS TO DISTRIBUTE CLASS B                           CSA POSS D
  DISP: C 6/5/85 6-10YR CMTD                                 STATUS: C


ARRAIGNMENT: (0079)
  ARG-DATE: 01/11/85 PD:      COURT: ESSEX SUPERIOR          DKT#:
  OFF:  POSS CLASS D CONT SUB                                CSA POSS D
  DISP: C 6/5/85 FILE                                        STATUS: C


ARRAIGNMENT: (0080)
  ARG-DATE: 01/11/85 PD:      COURT: ESSEX SUPERIOR          DKT#:
  OFF:  KNOWINGLY REC STOLEN PROP                            RSG
  DISP: C 6/5/85 VWF PD FILE                                 STATUS: C


ARRAIGNMENT: (0081)
  ARG-DATE: 01/11/85 PD:      COURT: ESSEX SUPERIOR          DKT#:

CJISWeb Version 2

OFF:   POSS TO DISTRIBUTE CLASS B
DISP: C 6/5/85 6-10YR CMTD

CSA POSS D
STATUS: C

ARRAIGNMENT: (0082)
  ARG-DATE: 01/11/85 PD:      COURT: ESSEX SUPERIOR
  OFF:  POSS TO DISTRIBUTE CLASS B
  DISP: 5-6YR CMTD

DKT#:
CSA POSS D
STATUS: C

ARRAIGNMENT: (0083)
  ARG-DATE: 01/11/85 PD:      COURT: ESSEX SUPERIOR
  OFF:  POSS TO DISTRIBUTE CLASS B
  DISP: 5-6YR CMTD

DKT#:
CSA POSS D
STATUS: C

ARRAIGNMENT: (0084)
  ARG-DATE: 01/11/85 PD:      COURT: ESSEX SUPERIOR
  OFF:  POSS TO DISTRIBUTE CLASS B
  DISP: 5-6YR CMTD

DKT#:
CSA POSS D
STATUS: C

ARRAIGNMENT: (0085)
  ARG-DATE: 01/11/85 PD:      COURT: ESSEX SUPERIOR
  OFF:  POSS TO DISTRIBUTE CLASS B
  DISP: 5-6YR CMTD

DKT#:
CSA POSS D
STATUS: C

ARRAIGNMENT: (0086)
  ARG-DATE: 01/09/85 PD:      COURT: ESSEX SUPERIOR
  OFF:  ARMED ROBBERY
  DISP: C 6/5/85 6-15YR CMTD

DKT#:
ROB ARM
STATUS: C

ARRAIGNMENT: (0087)
  ARG-DATE: 01/09/85 PD:      COURT: ESSEX SUPERIOR
  OFF:  ARMED ROBBERY
  DISP: C 6/5/85 6-15YR CMTD

DKT#:
ROB ARM
STATUS: C

ARRAIGNMENT: (0088)
  ARG-DATE: 11/28/84 PD:      COURT: LYNN DISTRICT
  OFF:  FUGITIVE FROM JUSTICE
  DISP: C 1/8/85 2/14/85 DISM

DKT#:
FUG JUS
STATUS: C

ARRAIGNMENT: (0089)
  ARG-DATE: 11/28/84 PD:      COURT: LYNN DISTRICT
  OFF:  FUGITIVE FROM JUSTICE          FROM JUSTICE
  DISP: C 2/14/84 DISM

DKT#:
FUG JUS
STATUS: C

ARRAIGNMENT: (0090)
ARG-DATE: 10/04/84 PD:      COURT: PEABODY DISTRICT
OFF:  DISGUISING                         RESIST LAW
DISP: C 12/6/84 BO

DKT#:
DISGUISE
STATUS: C

ARRAIGNMENT: (0091)
ARG-DATE: 10/04/84 PD:      COURT: PEABODY DISTRICT
OFF:  POSS CLASS D CONT SUB
DISP: C 12/6/84 BO

DKT#:
CSA POSS D
STATUS: C

ARRAIGNMENT: (0092)
ARG-DATE: 10/04/84 PD:      COURT: PEABODY DISTRICT
OFF:  POSS TO DISTRIBUTE CLASS B
DISP: C 12/6/84 BO

DKT#:
CSA POSS D
STATUS: C

ARRAIGNMENT: (0093)
ARG-DATE: 09/18/84 PD:      COURT: PEABODY DISTRICT
OFF:  ARMED ROBBERY
DISP: C 12/6/84 BO

DKT#:
ROB ARM
STATUS: C

ARRAIGNMENT: (0094)
ARG-DATE: 09/18/84 PD:      COURT: PEABODY DISTRICT
OFF:  ARMED ROBBERY
DISP: C 12/6/85 BO

DKT#:
ROB ARM
STATUS: C

ARRAIGNMENT: (0095)
ARG-DATE: 09/18/84 PD:      COURT: PEABODY DISTRICT
OFF: POSS TO DISTRIBUTE CLASS B       COKE
DISP: C 12/6/84 BO

DKT#:
CSA POSS D
STATUS: C

ARRAIGNMENT: (0096)
ARG-DATE: 09/18/84 PD:      COURT: PEABODY DISTRICT
OFF:  FALSE STATEMENT ON APPLICATION
DISP: C 12/6/84 BO

DKT#:
114G
STATUS: C

ARRAIGNMENT: (0097)
ARG-DATE: 09/18/84 PD:      COURT: PEABODY DISTRICT
OFF:  ALT MV LICENSE/REGISTRATION
DISP: C 12/6/84 BO

DKT#:
114M
STATUS: C

CJISWeb Version 2

ARRAIGNMENT: (0098)
  ARG-DATE: 09/18/84 PD:     COURT: PEABODY DISTRICT
  OFF:  RECEIVING STOLEN PROPERTY
  DISP: C 12/6/84 BO

DKT#:
PROP RCV S
STATUS: C

ARRAIGNMENT: (0099)
  ARG-DATE: 03/05/84 PD:     COURT: LYNN DISTRICT
  OFF:  COMPULSORY INSURANCE VIOLATION
  DISP: NP

DKT#:
118A
STATUS: C

ARRAIGNMENT: (0100)
  ARG-DATE: 03/05/84 PD:     COURT: LYNN DISTRICT
  OFF:  ATTACHING WRONG MV PLATES
  DISP: NP

DKT#:
124P
STATUS: C

ARRAIGNMENT: (0101)
  ARG-DATE: 01/21/83 PD:     COURT: SALEM DISTRICT
  OFF:  RECEIVING STOLEN PROPERTY
  DISP: C 3/4/83 G PROB 3/4/88 6/23/86 TERM

DKT#:
PROP RCV S
STATUS: C

ARRAIGNMENT: (0102)
  ARG-DATE: 01/21/83 PD:     COURT: SALEM DISTRICT
  OFF:  LARCENY OF A MV
  DISP: C 3/4/83 G PROB 3/4/88 6/23/86 TERM

DKT#:
LAR MV
STATUS: C

ARRAIGNMENT: (0103)
  ARG-DATE: 01/21/83 PD:     COURT: SALEM DISTRICT
  OFF:  BREAKING AND ENTERING
  DISP: C 3/4/83 G PROB 3/4/88  6/23/86 TERM

DKT#:
B&E
STATUS: C

ARRAIGNMENT: (0104)
  ARG-DATE: 01/21/83 PD:     COURT: SALEM DISTRICT
  OFF:  LARCENY MORE
  DISP: C 3/4/83 G PROB 3/4/88 6/23/86 TERM

DKT#:
LAR MORE
STATUS: C

ARRAIGNMENT: (0105)
  ARG-DATE: 01/07/83 PD:     COURT: ESSEX SUPERIOR
  OFF:  B&E NIGHT
  DISP: 7YR CMTD

DKT#:
B&E NT
STATUS: C

ARRAIGNMENT: (0106)
  ARG-DATE: 01/07/83 PD:     COURT: ESSEX SUPERIOR

DKT#:

CJISWeb Version 2

OFF:  LARCENY CONT SUB                                          CSA LAR
DISP: 7YR CMTD                                                  STATUS: C


ARRAIGNMENT: (0107)
   ARG-DATE: 01/07/83 PD:        COURT: ESSEX SUPERIOR          DKT#:
   OFF:  LARCENY OF A MV                                        LAR MV
   DISP: FILE                                                   STATUS: C


ARRAIGNMENT: (0108)
   ARG-DATE: 01/07/83 PD:        COURT: ESSEX SUPERIOR          DKT#:
   OFF:  POSS BURGLARIOUS TOOLS                                 PBT
   DISP: G FILE                                                 STATUS: C


ARRAIGNMENT: (0109)
   ARG-DATE: 01/07/83 PD:        COURT: ESSEX SUPERIOR          DKT#:
   OFF:  ATTEMPT BREAKING & ENTERING    BLDG                    ATT B&E
   DISP: 7YR CMTD                                               STATUS: C


ARRAIGNMENT: (0110)
   ARG-DATE: 09/02/82 PD:        COURT: SALEM JURY OF SIX       DKT#:
   OFF:  LARCENY OF A MV                                        LAR MV
   DISP: C 9/30/82 DISM                                         STATUS: C


ARRAIGNMENT: (0111)
   ARG-DATE: 09/02/82 PD:        COURT: SALEM JURY OF SIX       DKT#:
   OFF:  POSS BURGLARIOUS TOOLS                                 PBT
   DISP: C 9/30/82 DISM                                         STATUS: C


ARRAIGNMENT: (0112)
   ARG-DATE: 09/02/82 PD:        COURT: SALEM JURY OF SIX       DKT#:
   OFF:  POSS CLASS D CONT SUB                                  CSA POSS D
   DISP: C 9/30/82 DISM                                         STATUS: C


ARRAIGNMENT: (0113)
   ARG-DATE: 09/02/82 PD:        COURT: SALEM JURY OF SIX       DKT#:
   OFF:  ATT TO COM CRIME (SPICIFY)    COM CRIME                ATT
   DISP: C 9/30/82 DISM                                         STATUS: C


ARRAIGNMENT: (0114)
   ARG-DATE: 08/20/82 PD:        COURT: GLOUCESTER DISTRICT     DKT#:
   OFF:  LARCENY OF A MV                                        LAR MV
   DISP: C 8/30/82 APP                                          STATUS: C

ARRAIGNMENT: (0115)
  ARG-DATE: 08/20/82 PD:    COURT: GLOUCESTER DISTRICT
  OFF:  POSS CLASS D CONT SUB
  DISP: C 8/30/82 APP

DKT#:
CSA POSS D
STATUS: C


ARRAIGNMENT: (0116)
  ARG-DATE: 08/20/82 PD:    COURT: GLOUCESTER DISTRICT
  OFF:  POSS BURGLARIOUS TOOLS
  DISP: C 8/30/82 APP

DKT#:
PBT
STATUS: C


ARRAIGNMENT: (0117)
  ARG-DATE: 08/20/82 PD:    COURT: GLOUCESTER DISTRICT
  OFF:  ATTEMPT TO COMMIT CRIME
  DISP: C 8/30/82 APP

DKT#:
ATT COM CR
STATUS: C


ARRAIGNMENT: (0118)
  ARG-DATE: 06/01/82 PD:    COURT: LYNN DISTRICT
  OFF:  COMPULSORY INSURANCE VIOLATION
  DISP: 12/27/82 D/R C 2/15/83 3MO CMTD

DKT#:
118A
STATUS: C


ARRAIGNMENT: (0119)
  ARG-DATE: 06/01/82 PD:    COURT: LYNN DISTRICT
  OFF:  ATTACHING WRONG MV PLATES
  DISP: 12/27/82 D/R C 2/15/83 G FILE

DKT#:
124P
STATUS: C


ARRAIGNMENT: (0120)
  ARG-DATE: 06/01/82 PD:    COURT: LYNN DISTRICT
  OFF:  POSS DANGEROUS WEAPON     KNIFE MORE 2 1/2"
  DISP: 12/27/82 D/R C 2/15/83 G FILE

DKT#:
POSS DW
STATUS: C


ARRAIGNMENT: (0121)
  ARG-DATE: 06/01/82 PD:    COURT: LYNN DISTRICT
  OFF:  POSS BURGLARIOUS TOOLS
  DISP: 12/27/82 D/R C 2/15/83 3MO CMTD

DKT#:
PBT
STATUS: C


ARRAIGNMENT: (0122)
  ARG-DATE: 06/01/82 PD:    COURT: LYNN DISTRICT
  OFF:  B&E AND LARCENY
  DISP: DF 12/27/82 D/R C 2/15/83 3MO CMTD

DKT#:
B&E&L
STATUS: C

CJISWeb Version 2

ARRAIGNMENT: (0123)
   ARG-DATE: 05/14/82 PD:     COURT: GLOUCESTER DISTRICT     DKT#:
   OFF:  B&E NIGHT                                          B&E NT
   DISP: C 7/7/82 7/30/82 D/R 8/30/82 DISM                  STATUS: C


ARRAIGNMENT: (0124)
   ARG-DATE: 05/14/82 PD:     COURT: GLOUCESTER DISTRICT     DKT#:
   OFF:  LARCENY CONT SUB                                   CSA LAR
   DISP: C 7/7/82 7/30/82 D/R 8/30/82 DISM                  STATUS: C


ARRAIGNMENT: (0125)
   ARG-DATE: 04/05/82 PD:     COURT: WORCESTER DISTRICT      DKT#:
   OFF:  B&E AND LARCENY                                    B&E&L
   DISP: C 4/21/82 PROB 4/25/84 2/9/83 TERM                 STATUS: C


ARRAIGNMENT: (0126)
   ARG-DATE: 01/11/82 PD:     COURT: WORCESTER JURY OF SIX   DKT#:
   OFF:  B&E NIGHT                         W/I FEL          B&E NT
   DISP: 3MO CMTD (64 5722)                                 STATUS: C


ARRAIGNMENT: (0127)
   ARG-DATE: 01/11/82 PD:     COURT: WORCESTER JURY OF SIX   DKT#:
   OFF:  B&E NIGHT                         W/I FEL          B&E NT
   DISP: SPS 1/10/84 (64 5723)                              STATUS: C


ARRAIGNMENT: (0128)
   ARG-DATE: 01/11/82 PD:     COURT: WORCESTER JURY OF SIX   DKT#:
   OFF:  LARCENY MORE                                       LAR MORE
   DISP: FILE (64 5724)                                     STATUS: C


ARRAIGNMENT: (0129)
   ARG-DATE: 01/11/82 PD:     COURT: WORCESTER JURY OF SIX   DKT#:
   OFF:  POSS BURGLARIOUS TOOLS                             PBT
   DISP: FILE (64 5725)                                     STATUS: C


ARRAIGNMENT: (0130)
   ARG-DATE: 01/11/82 PD:     COURT: WORCESTER JURY OF SIX   DKT#:
   OFF:  USE WITHOUT AUTHORITY                              114A
   DISP: FILE                                               STATUS: C


ARRAIGNMENT: (0131)
   ARG-DATE: 01/11/82 PD:     COURT: WORCESTER JURY OF SIX   DKT#:

CJISWeb Version 2

```
 OFF:  PROPERTY VIOLATION            WANT DES MV          PROP VIOL
 DISP: FILE (64 5727)                                     STATUS: C


ARRAIGNMENT: (0132)                                          DKT#:
  ARG-DATE: 11/06/81 PD:      COURT: SALEM JURY OF SIX       FIR
  OFF:  FIREARM VIOLATION(SPECIFY)     POSS F/A             STATUS: C
  DISP: NG (13 817148)


ARRAIGNMENT: (0133)                                          DKT#:
  ARG-DATE: 11/06/81 PD:      COURT: SALEM JURY OF SIX       FIR
  OFF:  FIREARM VIOLATION(SPECIFY)     POSS                 STATUS: C
  DISP: NG (13 817148)


ARRAIGNMENT: (0134)                                          DKT#:
  ARG-DATE: 11/06/81 PD:      COURT: SALEM JURY OF SIX       RSG
  OFF:  KNOWINGLY REC STOLEN PROP                           STATUS: C
  DISP: SPS 9MO CMTD 11/4/83 (13 817143)


ARRAIGNMENT: (0135)                                          DKT#:
  ARG-DATE: 11/06/81 PD:      COURT: SALEM JURY OF SIX       LAR LESS
  OFF:  LARCENY LESS                                        STATUS: C
  DISP: 6MO CMTD (13 7144)


ARRAIGNMENT: (0136)                                          DKT#:
  ARG-DATE: 11/06/81 PD:      COURT: PEABODY JURY OF SIX     RSG
  OFF:  KNOWINGLY REC STOLEN PROP                           STATUS: C
  DISP: SPS 11/4/83 (@13) TERM


ARRAIGNMENT: (0137)                                          DKT#:
  ARG-DATE: 11/06/81 PD:      COURT: PEABODY JURY OF SIX     RSG
  OFF:  KNOWINGLY REC STOLEN PROP                           STATUS: C
  DISP: SPS 11/4/83 (@13) TERM


ARRAIGNMENT: (0138)                                          DKT#:
  ARG-DATE: 11/06/81 PD:      COURT: PEABODY JURY OF SIX     CSA POSS D
  OFF:  POSS CONTROLLED SUBS W/I DIST                       STATUS: C
  DISP: SPS 11/14/83 (@13) TERM


ARRAIGNMENT: (0139)                                          DKT#:
  ARG-DATE: 10/27/81 PD:      COURT: LYNN DISTRICT           LAR MV
  OFF:  LARCENY OF A MV                                     STATUS: C
  DISP: C 12/14/81 SPS 12/4/83  TERM
```

CJISWeb Version 2

```
ARRAIGNMENT: (0140)
   ARG-DATE: 09/30/81 PD:      COURT: LYNN DISTRICT          DKT#:
   OFF:  KNOWINGLY REC STOLEN PROP                          RSG
   DISP: C 10/27/81 6MO CMTD APP                            STATUS: C


ARRAIGNMENT: (0141)
   ARG-DATE: 09/30/81 PD:      COURT: LYNN DISTRICT          DKT#:
   OFF:  LARCENY LESS                                       LAR LESS
   DISP: C 10/27/81 6MO CMTD APP                            STATUS: C


ARRAIGNMENT: (0142)
   ARG-DATE: 09/30/81 PD:      COURT: LYNN DISTRICT          DKT#:
   OFF:  KNOWINGLY REC STOLEN PROP                          RSG
   DISP: C 10/27/81 6MO CMTD APP                            STATUS: C


ARRAIGNMENT: (0143)
   ARG-DATE: 09/30/81 PD:      COURT: LYNN DISTRICT          DKT#:
   OFF:  POSS CONTROLLED SUBS W/I DIST                       CSA POSS D
   DISP: C 10/27/81 SPS 1YR SS 11/26/82 APP                 STATUS: C


ARRAIGNMENT: (0144)
   ARG-DATE: 09/28/81 PD:      COURT: DUDLEY DISTRICT        DKT#:
   OFF:  B&E NIGHT                         W/I              B&E NT
   DISP: C 12/15/81 DISM                                    STATUS: C


ARRAIGNMENT: (0145)
   ARG-DATE: 09/28/81 PD:      COURT: DUDLEY DISTRICT        DKT#:
   OFF:  B&E NIGHT                         W/I              B&E NT
   DISP: C 12/15/81 1YR CMTD APP                            STATUS: C


ARRAIGNMENT: (0146)
   ARG-DATE: 09/28/81 PD:      COURT: DUDLEY DISTRICT        DKT#:
   OFF:  B&E NIGHT                         W/I              B&E NT
   DISP: C 12/15/81 1YR CMTD APP                            STATUS: C


ARRAIGNMENT: (0147)
   ARG-DATE: 09/28/81 PD:      COURT: DUDLEY DISTRICT        DKT#:
   OFF:  LARCENY MORE                                       LAR MORE
   DISP: C 12/15/81 G 6MO CMTD APP                          STATUS: C
```



CJISWeb Version 2

```
ARRAIGNMENT: (0148)
    ARG-DATE: 09/28/81 PD:        COURT: DUDLEY DISTRICT          DKT#:
    OFF:  POSS BURGLARIOUS TOOLS                                  PBT
    DISP: C 12/15/81 G 6MO CMTD APP                               STATUS: C


ARRAIGNMENT: (0149)
    ARG-DATE: 09/28/81 PD:        COURT: DUDLEY DISTRICT          DKT#:
    OFF:  USE WITHOUT AUTHORITY                                   114A
    DISP: C 12/15/81 G 3MO CMTD APP                               STATUS: C


ARRAIGNMENT: (0150)
    ARG-DATE: 09/28/81 PD:        COURT: DUDLEY DISTRICT          DKT#:
    OFF:  PROPERTY VIOLATION              WANT DEST MV            PROP VIOL
    DISP: C 12/15/81 G 3MO CMTD APP                               STATUS: C


***** ***** ***** **** END OF ADULT APPEARANCES ***** ***** ***** ***


NAM: MURPHY, SEAN D                  PCF: 00000421470 DOB: 07/19/64
*************************************************************************
*** THE FOLLOWING ARRAIGNMENTS ARE JUVENILE APPEARANCES ***
*** PLEASE CHECK THE NEWS FILE FOR DISSEMINATION GUIDELINES ***
*************************************************************************


ARRAIGNMENT: (0001)
    ARG-DATE: 06/22/81 PD:        COURT: PEABODY JUVENILE         DKT#:
    OFF:  KNOWINGLY REC STOLEN PROP        MV                     RSG
    DISP: DF D/R DF 12/7/81 D/R FILE                              STATUS: C


ARRAIGNMENT: (0002)
    ARG-DATE: 01/16/81 PD:        COURT: HAVERHILL JUVENILE       DKT#:
    OFF:  B&E NIGHT                                               B&E NT
    DISP: DYS CMTD                                                STATUS: C


ARRAIGNMENT: (0003)
    ARG-DATE: 01/16/81 PD:        COURT: HAVERHILL JUVENILE       DKT#:
    OFF:  LARCENY MORE                                            LAR MORE
    DISP: DYS CMTD                                                STATUS: C


ARRAIGNMENT: (0004)
    ARG-DATE: 01/16/81 PD:        COURT: HAVERHILL JUVENILE       DKT#:
    OFF:  POSS CLASS D CONT SUB                                   CSA POSS D
    DISP: DISM                                                    STATUS: C
```

CJISWeb Version 2

ARRAIGNMENT: (0005)
  ARG-DATE: 01/16/81 PD:    COURT: HAVERHILL JUVENILE    DKT#:
  OFF: POSS BURGLARIOUS TOOLS    PBT
  DISP: DYS CMTD    STATUS: C

ARRAIGNMENT: (0006)
  ARG-DATE: 12/02/80 PD:    COURT: SALEM JUVENILE    DKT#:
  OFF: PROPERTY VIOLATION    MAL DAM    PROP VIOL
  DISP: C 12/11/80 DYS CMTD    STATUS: C

ARRAIGNMENT: (0007)
  ARG-DATE: 12/02/80 PD:    COURT: SALEM JUVENILE    DKT#:
  OFF: USE WITHOUT AUTHORITY    114A
  DISP: C 12/11/80 DISM    STATUS: C

ARRAIGNMENT: (0008)
  ARG-DATE: 07/22/80 PD:    COURT: BROCKTON JUVENILE    DKT#:
  OFF: B&E NIGHT    B&E NT
  DISP: C 9/30/80 DYS SS 9/30/81 TERM    STATUS: C

ARRAIGNMENT: (0009)
  ARG-DATE: 07/22/80 PD:    COURT: BROCKTON JUVENILE    DKT#:
  OFF: POSS CLASS D CONT SUB    CSA POSS D
  DISP: C 9/30/80 DYS SS 9/30/81 TERM    STATUS: C

ARRAIGNMENT: (0010)
  ARG-DATE: 07/22/80 PD:    COURT: BROCKTON JUVENILE    DKT#:
  OFF: MAL DESTRUCTION OF PROPERTY    REAL    PROP MAL D
  DISP: C 9/30/80 DYS SS 9/30/81 TERM    STATUS: C

ARRAIGNMENT: (0011)
  ARG-DATE: 06/18/80 PD:    COURT: LYNN JUVENILE    DKT#:
  OFF: LARCENY LESS    LAR LESS
  DISP: C 11/12/80 DYS CMTD APP 2/4/81 APP WD DYS CMTD    STATUS: C

ARRAIGNMENT: (0012)
  ARG-DATE: 02/02/80 PD:    COURT: LYNN JUVENILE    DKT#:
  OFF: B&E NIGHT    B&E NT
  DISP: C 4/23/80 DYS SS 4/22/81 2/4/81 CMTD    STATUS: C

ARRAIGNMENT: (0013)

```
ARG-DATE: 02/02/80 PD:      COURT: LYNN JUVENILE          DKT#:
OFF:  POSS DANGEROUS WEAPON          KNF W/BLADE OV 2 1/  POSS DW
DISP: C 3/19/80 DYS SS 4/22/81 2/4/81 CMTD               STATUS: C


ARRAIGNMENT: (0014)
  ARG-DATE: 02/02/80 PD:      COURT: LYNN JUVENILE        DKT#:
  OFF:  POSS BURGLARIOUS TOOLS                            PBT
  DISP: C 3/19/80 DYS SS 4/22/81 2/4/81 CMTD              STATUS: C


ARRAIGNMENT: (0015)
  ARG-DATE: 01/07/80 PD:      COURT: CHELSEA JUVENILE     DKT#:
  OFF:  ARSON                          MV                 ARSON
  DISP: DF 1/8/80 D/R C 1/31/80 NDEL                      STATUS: C


ARRAIGNMENT: (0016)
  ARG-DATE: 08/13/79 PD:      COURT: CHELSEA JUVENILE     DKT#:
  OFF:  BREAKING AND ENTERING          W/I FEL            B&E
  DISP: C 9/13/79 CWOF 9/11/80 DF 9/18/80 D/R DISM        STATUS: C


ARRAIGNMENT: (0017)
  ARG-DATE: 08/13/79 PD:      COURT: CHELSEA JUVENILE     DKT#:
  OFF:  POSS BURGLARIOUS TOOLS                            PBT
  DISP: C 9/13/79 NDEL                                    STATUS: C


ARRAIGNMENT: (0018)
  ARG-DATE: 08/13/79 PD:      COURT: CHELSEA JUVENILE     DKT#:
  OFF:  KNOWINGLY REC STOLEN PROP                         RSG
  DISP: C 9/13/79 NDEL                                    STATUS: C


***** ***** ***** **** END OF JUVENILE APPEARANCES ***** ***** *****

REQUESTED BY: MSP2092              WM03SEQHWS
COMPLETED BY: MSP2092
        AGENCY: MASSACHUSETTS STATE POLICE - FRAMINGHAM
```



CJIS 746884  01/19/09 1045 000.

```
        ****  INTERSTATE IDENTIFICATION INDEX QH QUERY  ****
  PUR/    C    ATN/    ZANI
               AUTH/   BAMFORD
               OPR/    BANNISH


  SUBJECT INFORMATION:
  NAM/   MURPHY,SEAN                     SOC/    027548106

  RAC/   U    SEX/    M    DOB/   19640719
                                             MNU/
  FBI/           SID/
```


```
  ********************************************************************
                                                                ***
    ***              **************************                 ***
    ***   DATE  011909     EST  1045     DEA  MAFBIBS20          ***
    ***              QH  COMPLETED                               ***
  ********************************************************************
```

                                                                    > <


CJIS 746884   01/19/2009 1045    S0751/6817.
UN.
   2L01III QUERY
MAFBIBS20
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/MURPHY,SEAN SEX/M RAC/U DOB/19640719 SOC/027548106
  PUR/C
NAME                      FBI NO.        INQUIRY DATE
LAKE,JEFFREY              162359AA1       2009/01/19

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
M   W    1960/11/25  509    155    BRO  BRO  Y

BIRTH PLACE
MASSACHUSETTS

FINGERPRINT CLASS     PATTERN CLASS
CO CO 04 01 CO        RS WU RS AU RS LS LS AU AU LS
17 09 AA AA 16        WU RS AU RS WU AU WU LS LS WU

```
ALIAS NAMES
EMMONS,PAUL                    EMMONS,PAUL E
EMMONS,SEAN                    KANG,JAMES
KING,JAMES                     LAKE,JEFF
LAKE,JEFFERY                   MORAN,MARK
MURPHY,JOHN D                  MURPHY,SEAN
MURPHY,SEAN D                  MURPHY,SEAN DAVID
SEAN,MURPHY                    SHOUR,MURPHY


OTHER
BIRTH DATES SOCIAL SECURITY
1964/07/19  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
            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
            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
            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


IDENTIFICATION DATA UPDATED 2008/11/25

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  PENNSYLVANIA    - STATE ID/PA32105866
  FBI             - FBI/162359AA1

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END.>-<
```



CJIS 746482   01/19/09 1043 000.

```
        * * * *   INTERSTATE IDENTIFICATION INDEX QH QUERY   * * * *
  PUR/     C      ATN/    ZANI
                  AUTH/   BAMFORD
                  OPR/    BANNISH

  SUBJECT INFORMATION:
  NAM/     MURPHY,SEAN D                    SOC/

  RAC/    U      SEX/    M      DOB/   19640719

  FBI/            SID/                   MNU/




  * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                                              * * *
   * * *                * * * * * * * * * * * * * * * * * * * * * * *          * * *

   * * *   DATE  011909      EST  1043      DEA  MAFBIBS20                     * * *

   * * *                QH  COMPLETED                                          * * *

  * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```




                                                                            >  <




```
CJIS 746482   01/19/2009 1043    S0751/6817.
UN.
  2L01III QUERY
MAFBIBS20
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/MURPHY,SEAN D SEX/M RAC/U DOB/19640719 PUR/C
NAME                            FBI NO.         INQUIRY DATE
LAKE,JEFFREY                    162359AA1       2009/01/19

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO
M   W   1960/11/25   509    155    BRO  BRO  Y

BIRTH PLACE
MASSACHUSETTS

FINGERPRINT CLASS         PATTERN CLASS
CO CO 04 01 CO            RS WU RS AU RS LS LS AU AU LS
17 09 AA AA 16            WU RS AU RS WU AU WU LS LS WU
```



```
ALIAS NAMES
EMMONS,PAUL                        EMMONS,PAUL E
EMMONS,SEAN                        KANG,JAMES
KING,JAMES                         LAKE,JEFF
LAKE,JEFFERY                       MORAN,MARK
MURPHY,JOHN D                      MURPHY,SEAN
MURPHY,SEAN D                      MURPHY,SEAN DAVID
SEAN,MURPHY                        SHOUR,MURPHY


OTHER
BIRTH DATES SOCIAL SECURITY
1964/07/19  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
            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
            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
            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

IDENTIFICATION DATA UPDATED 2008/11/25

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  PENNSYLVANIA    - STATE ID/PA32105866
  FBI             - FBI/162359AA1

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END.>-<
```



```
CJIS 746967  01/19/09 1046 000.


              **** INTERSTATE IDENTIFICATION INDEX QR QUERY
         PUR/  C    ATN/   ZANI
                    AUTH/  BAMFORD
                    OPR/   BANNISH
SUBJECT INFORMATION:
NAM/
      FBI/   162359AA1       SID/

      MAILING ADDRESS:
      DPT/
      BLD/
      ADR/
      CIS/
      ZIP/




    *****************************************************************

     ***                ***********************               ***

     *** DATE  011909      EST  1046      DEA  MAFBIBS20       ***

     ***                QR  COMPLETED                         ***


    *****************************************************************


                                                    >  <



CJIS 746967   01/19/2009 1046    S0751/6817.
UN.
    2L01III QUERY
MAFBIBS20
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FB1/162359AA1. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 FBI          - FBI/162359AA1
 PENNSYLVANIA - STATE ID/PA32105866
END.>-<
       CJIS 746971   01/19/2009 1046    S0753/6817.
UL.
CR.WVFBINF00
08:48 01/19/2009 07425
08:48 01/19/2009 87333 MAFBIBS20
TXT
```

```
HDR/2LO16YI602P8RUTR
ATN/ZANI
********************* CRIMINAL HISTORY RECORD ***********************
Data As Of               2009-01-19
************************ Introduction ***************************
This rap sheet was produced in response to the following request:
FBI Number               162359AA1
Request Id
Purpose Code             C
Attention                ZANI
The information in this rap sheet is subject to the following caveats:
This record is based only on the FBI number in your request-162359AA1.
Because additions or deletions may be made at any time, a new copy
should be requested when needed for subsequent use. (US; 2009-01-19)
All arrest entries contained in this FBI record are based on
fingerprint comparisons and pertain to the same individual. (US;
2009-01-19)
The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested. (US;
2009-01-19)
*********************** IDENTIFICATION ***********************
Subject Name(s)
LAKE, JEFFREY
SEAN, MURPHY  (AKA)
KANG, JAMES  (AKA)
KING, JAMES  (AKA)
MURPHY, SEAN  (AKA)
MURPHY, SEAN D  (AKA)
SHOUR, MURPHY  (AKA)
MURPHY, SEAN DAVID  (AKA)
LAKE, JEFFERY  (AKA)
MORAN, MARK  (AKA)
MURPHY, JOHN D  (AKA)
LAKE, JEFF  (AKA)
EMMONS, SEAN  (AKA)
EMMONS, PAUL E  (AKA)
EMMONS, PAUL  (AKA)
Subject Description
FBI Number               State Id Number
162359AA1                PA32105866 (PA)
Social Security Number
029547725
027548104
027548106
025564036
Sex                      Race
Male                     White
Height                   Weight               Date of Birth
5'09"                    155                  1960-11-25
                                              1
                                              964-07-19
                                              Fingerprint Pattern
Hair Color               Eye Color            COCO0401CO1709AAAA16 (FPC)
Brown                    Brown
          COCO0401CO1709AAAA16 (FPC)

Place of Birth           Citizenship
MA                       US
Fingerprint Images
Photo Images
Photo Image Available         FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
```

```
Available Image                    Other
(No Photo Image Transmitted
Comment:FBI has three photos associated with
                      arrest date of 2008/03/20)
Photo Image Available              POLICE DEPARTMENT LYNN MA0051400
Available Image                    Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                      with arrest date of 2003/08/19)
Photo Image Available              ATF DISTRICT OFFICE BOSTON MAATFBS00
Available Image                    Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                      with arrest date of 1993/10/01)
Photo Image Available              USM BOSTON MAUSM0100
Available Image                    Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                      with arrest date of 1993/10/01)
Photo Image Available              DOC-CEDAR JUNCTION SOUTH WALPOLE MA011015C
Available Image                    Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
                      with arrest date of 1985/06/07)
************************* CRIMINAL HISTORY  *************************
============================== Cycle 001 ==============================
Earliest Event Date        1982-07-04
---------------------------------------------------------------------
Arrest Date                1982-07-04
Arrest Case Number         014222
Arresting Agency           NH0071600 POLICE DEPARTMENT CONCORD
Charge                     01

        Charge Literal     BURGLARY
             Severity      Unknown
Charge                     02
        Charge Literal     RESISTING ARREST
             Severity      Unknown
Charge                     03
        Charge Literal     POSSESSION OF CONTROLLED DRUG
             Severity      Unknown
============================== Cycle 002 ==============================
Earliest Event Date        1983-01-07
---------------------------------------------------------------------
Arrest Date                1983-01-07
Arrest Case Number         49325
Arresting Agency           MA009015C MA CORR INST WEST CONCORD
Subject's Name             MURPHY,SEAN D
Charge                     01
        Charge Literal     B&E-NT
             Severity      Unknown
---------------------------------------------------------------------
Court Disposition          (Cycle 002)
Court Agency                Unknown
Charge                     01
        Charge Literal     B&E-NT
             Severity      Unknown
             Disposition   (Convicted 1984-01-26; CONVICTED- 7Y
                            CONFINEMENT)
============================== Cycle 003 ==============================
```

```
Earliest Event Date      1985-06-07
------------------------------------------------------------------
Arrest Date              1985-06-07
Arrest Case Number       W-41491
Arresting Agency         MA011015C DOC--CEDAR JUNCTION SOUTH WALPOLE
Subject's Name           MURPHY,SEAN
Charge                   01
        Charge Literal   ARMED ROBBERY 2COUNTS
             Severity    Unknown
------------------------------------------------------------------
Court Disposition        (Cycle 003)
Court Agency               Unknown
Charge                   01
        Charge Literal   ARMED ROBBERY 2COUNTS
             Severity    Unknown
          Disposition    (Other 1985-07-03;   6-15YRS F/W)
========================= Cycle 004 =========================
Earliest Event Date      1993-10-01


------------------------------------------------------------------
Arrest Date              1993-10-01
Arrest Case Number       19757038
Arresting Agency         MAUSM0100 USM BOSTON
Subject's Name           MURPHY,SEAN DAVID
Charge                   01
        Charge Literal   FELON IN POSS OF FIREARM
             Severity    Unknown
------------------------------------------------------------------
Court Disposition        (Cycle 004)
Court Agency               Unknown
Charge                   01
        Charge Literal   WEAPON OFFENSE
             Severity    Unknown
          Disposition    (Unknown 1999-06-08; GUILTY PLEA 3-16-94 SENT
                         80 MOS JL TIME TO SERVE CONC TO STATE 3 YRS
                         SUPRV-REL)
------------------------------------------------------------------
Corrections              (Cycle 004)
Corrections Agency         US PROBATION BOSTON
     Correction Action   STATUS--SUPERVISED RELEASE
========================= Cycle 005 =========================
Earliest Event Date      1993-10-01
------------------------------------------------------------------
Arrest Date              1993-10-01
Arrest Case Number       632139325
Arresting Agency         MAATFBS00 ATF DISTRICT OFFICE BOSTON
Subject's Name           MURPHY,SEAN DAVID
Charge                   01
        Charge Literal   5299-FELON IN RECEIPT OF FIREARMS
             Severity    Unknown
========================= Cycle 006 =========================
Earliest Event Date      2003-08-19
------------------------------------------------------------------
Arrest Date              2003-08-19
Arrest Case Number
Arresting Agency         MA0051400 POLICE DEPARTMENT LYNN
Subject's Name           SEAN,MURPHY
Charge                   01
        Charge Literal   DRUG, POSSESS CLASS D C94C S34
```

```
                    Severity  Unknown
===============================  Cy
                           cle 007  ===============================
Earliest Event Date       2008-03-19
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Arrest Date               2008-03-19
Arrest Case Number
Arresting Agency          MA0051400 POLICE DEPARTMENT LYNN
Subject's Name            MURPHY,SEAN
Charge                    01
        Charge Literal    STRAIGHT WARRANT
            Severity      Unknown
===============================  Cycle 008  ===============================
Earliest Event Date       2008-03-20
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Arrest Date               2008-03-20
Arrest Case Number        P221248
Arresting Agency          MA0050000 SHERIFF'S OFFICE MIDDLETON
Subject's Name            MURPHY,SEAN
Charge                    01
        Charge Literal    FUGITIVE FROM JUSTICE ON COURT WARRANT C276 S20A
            Severity      Unknown
************************  INDEX OF AGENCIES  ************************
Agency                    FBI-CJIS DIV-CLRKSBG CLARKSBURG; WVFBINF00;
Address
                           1000 CUSTER HOLLOW RD
                          CLARKSBURG, WV 26306
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Agency                    POLICE DEPARTMENT CONCORD; NH0071600;
Address
                          35 GREEN ST
                          CONCORD, NH 033014253
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Agency                    MA CORR INST WEST CONCORD; MA009015C;
Address
                          965 ELM STREET PO BOX 9106
                          WEST CONCORD, MA 017429106
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Agency                    DOC-CEDAR JUNCTION SOUTH WALPOLE; MA011015C;
Address
                           INSTITUTE TERMINAL I BOX 100
                          SOUTH WALPOLE, MA 020710100
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Agency                    USM BOSTON; MAUSM0100;
Address
                          STE 500 1 COURTHOUSE WAY
                          BOSTON, MA 022103002
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Agency                    US PROBATION BOSTON; MA013017G;
Address
                          ROOM 434 408 ATLANTIC AVE
                          BOSTON, MA 021103349
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Agency                    ATF DISTRICT OFFICE BOSTON; MAATFBS00;
Address
                          ROOM 701 10 CAUSEWAY ST
                          BOSTON, MA 022221081
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Agency                    POLICE DEPARTMENT LYNN; MA0051400;
```

```
Address
                          18 SUTTON ST
                          LYNN, MA 019011009
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Agency                    SHERIFF'S OFFICE MIDDLETON; MA0050000;
Address
                          20 MANNING AVE PO BOX 807
                          MIDDLETON, MA 019492807
* * * END OF RECORD * * *
```

```
CJIS 746990   01/19/2009 1046   S0753/6817.
UL.
CR.PAIII0000
08:48 01/19/2009 47259
08:48 01/19/2009 87338 MAFBIBS20
TXT

HDR/2L016YI602P8RUTR
ATN/ZANI
*********************** CRIMINAL HISTORY RECORD ***********************
Data As Of                2009-01-19
************************* Introduction ****************************
This rap sheet was produced in response to the following request:
State Id Number           321-05-86-6 (PA)
Purpose Code              C
Attention                 ZANI
The information in this rap sheet is subject to the following caveats:
USE OF THE FOLLOWING CRIMINAL HISTORY RECORD *** SID 321-05-86-6 ***
REGULATED BY ACT 47, AS AMENDED. (PA)
************************* IDENTIFICATION **************************
Subject Name(s)
MURPHY, SEAN DAVID
EMMONS, PAUL E  (AKA)
EMMONS, PAUL    (AKA)
MURPHY, SEAN D  (AKA)
MURPHY, SEAN DAVID  (AKA)
Subject Description
FBI Number                State Id Number
162359AA1                 321-05-86-6 (PA)
Social Security Number
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
Sex                       Race
Male                      White
Height                    Weight              Date of Birth
5'09" (2004-10-21)        175 (2004-10-21)    1964-07-19
Hair Color                Eye Color
Brown (2004-10-21)        Brown (2004-10-21)
                          Citizenship
                          US

Employment
Employment as of          2008-03-31
Occupation
Employer                  NORTH SHORE MOVERS OF LYNN, 407 WALNUT ST,
                          LYNN, MA, 01905

Residence
Residence as of           2008-03-31
                          407 WALNUT ST, LYNN, MA, 01905
Fingerprint Images
Palmprint Images
(No Palmprint Image Transmitted  )
Photo Images
Capture Date              2007-09-03
(No Photo Image Transmitted  )
*********************** CRIMINAL HISTORY *********************

=========================== Cycle 001 ============================
Tracking Number           K551805-2
Earliest Event Date       2004-10-17
-----------------------------------------------------------------
Arrest Date               2004-10-17
```

```
Arrest Case Number        08-0250
Arresting Agency          PA0461800 MONTGOMERY TWP
Subject's Name            MURPHY, SEAN DAVID
Charge                    1
          Charge Number   1
Charge Tracking Number    K551805-2
          Charge Literal  BURGLARY
              Statute     BURGLARY (CC3502A; Pennsylvania)
     State Offense Code    CC3502A
              Counts       1
              Severity     Felony
              Disposition  (Convicted 2008-10-20; PLEAD GUILTY/ FINES AND
                           COSTS/ COUNTY PRISON/ 001 YRS 09 MOS 10 DYS -
                           001 YRS 11 MOS)
Charge                    2
          Charge Number   2
Charge Tracking Number    K551805-2
          Charge Literal  THEFT BY UNLWF TAKING OR DISPO
              Statute     THEFT BY UNLWF TAKING OR DISPO (CC3921A;
                          Pennsylvania)
     State Offense Code    CC3921A
              Counts       1
              Severity     Felony
              Disposition  (Acquitted 2008-10-20; NOLLE PROSSED/WITHDRAWN)
Charge                    3
          Charge Number   3
Charge Tracking Number    K551805-2
          Charge Literal  RECEIVING STOLEN PROPERTY
              Statute     RECEIVING STOLEN PROPERTY (CC3925A;
                          Pennsylvania)
     State Offense Code    CC3925A
              Counts       1
              Severity     Felony
              Disposition  (Acquitted 2008-10-20; NOLLE PROSSED/WITHDRAWN)
Charge                    4
          Charge Number   4
Charge Tracking Number    K551805-2
          Charge Literal  VIO CS/DRUG/DEV AND COSMETIC ACT
              Statute     VIO CS/DRUG/DEV AND COSMETIC ACT (CS13A16;
                          Pennsylvania)
     State Offense Code    CS13A16
              Counts       1
              Severity     Felony
              Disposition  (Acquitted 2008-10-20; NOLLE PROSSED/WITHDRAWN)
Charge                    5
          Charge Number   5
Charge Tracking Number    K551805-2
          Charge Literal  VIO CS/DRUG/DEV AND COSMETIC ACT
              Statute     VIO CS/DRUG/DEV AND COSMETIC ACT (CS13A30;
                          Pennsylvania)
     State Offense Code    CS13A30
              Counts       1
              Severity     Felony
              Disposition  (Acquitted 2008-10-20; NOLLE PROSSED/WITHDRAWN)
Charge                    6
          Charge Number   6
Charge Tracking Number    K551805-2
          Charge Literal  BURGLARY
              Statute     BURGLARY (CC3502A; Pennsylvania)
```

```
           State Offense Code  CC3502A
                      Counts  1
                    Severity  Felony
                 Disposition  (Acquitted 2008-10-20; NOLLE PROSSED/WITHDRAWN)
Charge                        7
              Charge Number   7
Charge Tracking Number        K551805-2
              Charge Literal  CRIMINAL TRESPASS-BLDG AND OCCUP
                    Statute   CRIMINAL TRESPASS-BLDG AND OCCUP (CC3503A1II;
                              Pennsylvania)
           State Offense Code  CC3503A1II
                      Counts  1
                    Severity  Felony
                 Disposition  (Acquitted 2008-10-20; NOLLE PROSSED/WITHDRAWN)
============================ Cycle 002 ============================
Tracking Number               H912609-5
Earliest Event Date           2004-10-18
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Arrest Date                   2004-10-18
Arrest Case Number            04-0859
Arresting Agency              PA0461800 MONTGOMERY TWP
Subject's Name                MURPHY, SEAN DAVID
Charge                        1
              Charge Number   1
Charge Tracking Number        H912609-5
              Charge Literal  BURGLARY
                    Statute   BURGLARY (CC3502A; Pennsylvania)
           State Offense Code  CC3502A

                      Counts  1
                    Severity  Felony
                 Disposition  (Acquitted 2006-05-16; NOLLE PROSSED/WITHDRAWN)
Charge                        2
              Charge Number   2
Charge Tracking Number        H912609-5
              Charge Literal  CRIMINAL TRESPASS-BLDG AND OCCUP
                    Statute   CRIMINAL TRESPASS-BLDG AND OCCUP (CC3503A1;
                              Pennsylvania)
           State Offense Code  CC3503A1
                      Counts  1
                    Severity  Felony
                 Disposition  (Acquitted 2006-05-16; NOLLE PROSSED/WITHDRAWN)
Charge                        3
              Charge Number   3
Charge Tracking Number        H912609-5
              Charge Literal  THEFT BY UNLWF TAKING OR DISPO
                    Statute   THEFT BY UNLWF TAKING OR DISPO (CC3921A;
                              Pennsylvania)
           State Offense Code  CC3921A
                      Counts  1
                    Severity  Felony
                 Disposition  (Acquitted 2006-05-16; NOLLE PROSSED/WITHDRAWN)
Charge                        4
              Charge Number   4
Charge Tracking Number        H912609-5
              Charge Literal  RECEIVING STOLEN PROPERTY
                    Statute   RECEIVING STOLEN PROPERTY (CC3925A;
                              Pennsylvania)
           State Offense Code  CC3925A
                      Counts  1
```

```
              Severity    Felony
           Disposition    (Acquitted 2006-05-16; NOLLE PROSSED/WITHDRAWN)
Charge                    5
         Charge Number    5
Charge Tracking Number    H912609-5
        Charge Literal    FALSE IDENT TO LAW ENFORCEMENT
              Statute     FALSE IDENT TO LAW ENFORCEMENT (CC4914;
                          Pennsylvania)
    State Offense Code    CC4914
               Counts     1
              Severity    Misdemeanor
           Disposition    (Acquitted 2006-05-16; NOLLE PROSSED/WITHDRAWN)
Charge                    6
         Charge Number    6
Charge Tracking Number    H912609-5
        Charge Literal    TAMPERING REC/IDENTIFICATION

              Statute     TAMPERING REC/IDENTIFICATION (CC4104A;
                          Pennsylvania)
    State Offense Code    CC4104A
               Counts     1
              Severity    Misdemeanor
           Disposition    (Acquitted 2006-05-16; NOLLE PROSSED/WITHDRAWN)
Charge                    7
         Charge Number    7
Charge Tracking Number    H912609-5
        Charge Literal    CRIMINAL CONSPIRACY
              Statute     CRIMINAL CONSPIRACY (CC903; Pennsylvania)
    State Offense Code    CC903
               Counts     1
              Severity    Felony
           Disposition    (Acquitted 2006-05-16; NOLLE PROSSED/WITHDRAWN)
Charge                    8
         Charge Number    8
Charge Tracking Number    H912609-5
        Charge Literal    POSSESSING INSTRUMENT OF CRIME
              Statute     POSSESSING INSTRUMENT OF CRIME (CC907A;
                          Pennsylvania)
    State Offense Code    CC907A
               Counts     12
              Severity    Misdemeanor
           Disposition    (Acquitted 2006-05-16; NOLLE PROSSED/WITHDRAWN)
Charge                    20
         Charge Number    20
Charge Tracking Number    H912609-5
        Charge Literal    UNSWORN FALSIFICATION TO AUTH
              Statute     UNSWORN FALSIFICATION TO AUTH (CC4904A2;
                          Pennsylvania)
    State Offense Code    CC4904A2
               Counts     1
              Severity    Misdemeanor
           Disposition    (Acquitted 2006-05-16; NOLLE PROSSED/WITHDRAWN)
Charge                    21
         Charge Number    21
Charge Tracking Number    H912609-5
        Charge Literal    INTERC/DISC/USE ETC OF COMM
              Statute     INTERC/DISC/USE ETC OF COMM (CC5703-1;
                          Pennsylvania)
    State Offense Code    CC5703-1
               Counts     1
```

```
                    Severity  Felony
                 Disposition  (Acquitted 2006-05-16; NOLLE PROSSED/WITHDRAWN)
Charge                        22
             Charge Number    22
Charge Track
             ing Number       H912609-5
             Charge Literal   VIO CS/DRUG/DEV AND COSMETIC ACT
                    Statute   VIO CS/DRUG/DEV AND COSMETIC ACT (CS13A16;
                              Pennsylvania)
          State Offense Code  CS13A16
                     Counts   1
                    Severity  Misdemeanor
                 Disposition  (Acquitted 2006-05-16; NOLLE PROSSED/WITHDRAWN)
Charge                        23
             Charge Number    23
Charge Tracking Number        H912609-5
             Charge Literal   VIO CS/DRUG/DEV AND COSMETIC ACT
                    Statute   VIO CS/DRUG/DEV AND COSMETIC ACT (CS13A30;
                              Pennsylvania)
          State Offense Code  CS13A30
                     Counts   1
                    Severity  Felony
                 Disposition  (Acquitted 2006-05-16; NOLLE PROSSED/WITHDRAWN)
================================ Cycle 003 ================================
Tracking Number               L212089-3
Earliest Event Date           2004-10-21
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Arrest Date                   2004-10-21
Arrest Case Number            04-0860
Arresting Agency              PA0461800 MONTGOMERY TWP
Subject's Name                MURPHY, SEAN DAVID
Charge                        1
             Charge Number    1
Charge Tracking Number        L212089-3
             Charge Literal   ARREST PRIOR TO REQUISITION
                    Statute   ARREST PRIOR TO REQUISITION (JC9134;
                              Pennsylvania)
          State Offense Code  JC9134
                     Counts   1
                    Severity  Unknown
                 Disposition  (Unknown ; DISPOSITION UNREPORTED)
================================ Cycle 004 ================================
Earliest Event Date           2006-12-30
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Corrections                   (Cycle 004)
Corrections Agency            PA046023G MONTGOMERY COUNTY
Subject's Name                MURPHY, SEAN D
      Correction Action       PAROLE
Release Date                  2008-11-30
********
           ***************  INDEX OF AGENCIES  *************************
Agency                        MONTGOMERY TWP; PA0461800;
Agency Telephone              2153622300
Address
                              POLICE DEPARTMENT,1001 STUMP ROAD,P O BOX 68
                              MONTGOMERYVILLE, PA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Agency                        MONTGOMERY COUNTY; PA046023G;
Agency Telephone              6102751222
Address
```

```
                    PROBATION AND PAROLE,100 ROSS ROAD,SUITE 120
                    KING OF PRUSSIA, PA
* * * END OF RECORD * * *
```



FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    01/16/2009

On Wednesday, 01/14/09, at approximately 3:15 PM, New
Hampshire Parole Officer Chris Regan, FBI S/A Jason Costello and
this writer met with (parolee) Thomas ENQUIST (04/01/68 date of
birth).

At the interview's onset, we identified ourselves and
the nature of our inquiry. We also advised ENQUIST that the
interview was to be audio taped. This writer further advised
ENQUIST that, although he was not under arrest, this writer
would read a Miranda warning and then request ENQUIST do so.
ENQUIST confirmed he could read, and this procedure took place,
with ENQUIST signing the warning (Included in the 1A portion of
this file). ENQUIST expressed a willingness to speak with us.

When confronted with information relating him to
committing commercial breaks with Sean MURPHY and John FLEURY,
ENQUIST denied this. When asked, ENQUIST stated that the last
time he had observed MURPHY was in 1984, in Curwin Circle in
Lynn. At that time, according to ENQUIST, MURPHY had just
broken into a bicycle shop in Saugus and was selling the stolen
bicycles. ENQUIST stated that he had written (prison to prison)
correspondence with MURPHY in 1996, but did not have personal
contact with him. When asked if he had contact with MURPHY
within the past three years, ENQUIST repeatedly denied he had
such contact with MURPHY.

When asked about contact with FLEURY, ENQUIST stated
that FLEURY's girlfriend, Melissa (FALASCA) had at some point
come with her child to live at his (ENQUIST's) New Hampshire
residence. FLEURY had once called the residence from the
Middleton Jail/House of Correction and came up to retrieve
FALASCA and their child after he got out. When asked, ENQUIST
estimated that this happened in December (of 2007). Referring
to FLEURY's visit as being "a year and a half ago," ENQUIST
repeatedly stated that this was the last contact he had with
FLEURY.

ENQUIST repeatedly denied having committed commercial
breaks with Sean MURPHY and/or John FLEURY. We spoke further
and ended the interview.

| | | |
|---|---|---|
| Investigation on | 01/14/09 | at Derry, NH Police Dept. |

File # 92T-BS-100698                                    Date dictated    01/16/09
         MSP Lt. Alan C. Zani, # 2092
by   FBI S/A Jason Costello

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

ATTACHMENT B

12/18/08

To: Lt Alan Zani Mass State Police

From: Sgt Timothy P Cassidy

RE: Interview

Lt.Zani today 12/18/08 I spoke to a party that wished to remain anonymous, this party told me that Shawn Murphy of Lynn a known pharmacy breaker was very active in breaking into ATM's and pharmacies in the area by using alarm jamming devices he purchased from Russia. This party said that Murphy has been training all of the breakers in Lynn on how to use these jamming devices. This party told me that Ernie Rogers another known pharmacy breaker had called him in the past and asked him if he wanted to help with some pharmacy breaks. This party states, that he was not involved in any recent breaks. This party did appear very nervous while speaking to him about the recent break in at the Walgreens in Swampscott on November 9th 2008

Respectfully

Sgt. Timothy P Cassidy

ATTACHMENT F

*Warning !!! Security Alert !!! You can prevent major
burglaries of COSTCO Wholesale Warehouses while
upgrading COSTCO's security as a whole.*

James D. Sinegal                    September 25, 2006
President/CEO
COSTCO Wholesale Warehouse
999 Lake Drive
Issaquah, WA 98027

RE:    *Security Consulting & Contracting*

Dear President Sinegal:

    Our elite team of experts have been the only group of professionals who
have successfully burglarized a number of COSTCO Wholesale Warehouses and
taken multiple high ticket items during the high-tech heists. You can now hire my
Security Consulting firm to utilize our expertise in analyzing COSTCO's security as
a whole. We will recommend simple cost effective upgrades to COSTCO's
security alarm system and building(s) that would prevent even someone of my caliber
from successfully burglarizing [any] COSTCO Wholesale Warehouse.

*    The total cost savings to COSTCO in averting just one major burglary
     substantially outweighs the capital applied to our consulting fee and
     implementing the recommended changes.

*    We will enable COSTCO to take the required precision measurements
     necessary for implementing our recommended security upgrades. We will then
     assess each site according to its individual security needs. All measurements
     will be documented on custom forms to properly prepare the stock.

*    My private security contracting company is also readily available to
     implement and install any or all security upgrade recommendations, if COSTCO
     so chooses. In addition to myself, we have licensed electricians, master
     carpenters and an ex-HONEYWELL supervisor on staff.

    COSTCO's current security alarm system (as presently installed) is simply
insufficient to prevent a high-tech burglary team from defeating the system.

    We would like to enter into a mutually beneficial business relationship with
COSTCO to upgrade COSTCO's security alarm system and building(s) to prevent
expert criminals from successfully burglarizing any COSTCO Wholesale Warehouse
nationwide.

    I would first like to touch bases with you via telephone. Then I would request a
follow up face-to-face meeting where I could further expand on the cost effective unique
services we are willing to provide to COSTCO.

Very truly yours,

Sean D. Murphy
Angel One Security Consulting
407 Walnut Street
Lynn, MA 01905
(781)599-0036

P.S.

I will call your office at 9:00am PST on Monday October 2, 2006. If you will not be in,or if I have chosen an inconvenient time, please have Karen tell me when I should return the call.

cc: Larry Montague, Dir. of Sec.

CJISWeb Version 2

Page 1 of 2

## ATTACHMENT G

| [F2] PERSON | [F3] VEHICLE | [F4] GUN | [F5] BOAT | [F6] ARTICLE | [F7] ALL QUERIES | [F8] CJIS RESULTS | [F9] CUSTOM QUERIES | [F10] MORE OPTIONS |
|---|---|---|---|---|---|---|---|---|

| Back to: Summary of Inquiries (2 Records) | Add a New Record | Save Records | Delete Record(s) |
|---|---|---|---|

| RECORD 1 | RECORD 2 |
|---|---|
| NO ALERTS | VIEW ALERTS |

### RECORD 1

Top of Page
Show/Hide Summary

PLATE: **43VK43, MA, PC**   VIN: **1J8HR78317C508799**   PLATE COLOR: **R**   PLATE TYPE: **PAN**
REG. STATUS: **ACTV**

| Q2 RMV Reg. Status | Q2 NCIC Vehicle | Q2 CJIS Rec | Q2 Recent Inquiries | Q2 Out/State Reg. |
|---|---|---|---|---|
| ACTV | RESPONSE RETURNED | RESPONSE RETURNED | 8 | NOT RUN |
| **R5** | | | | |
| ACTV | | | | |

```
                      MASSACHUSETTS REGISTRY OF MOTOR VEHICLES
                         REGISTRATION / TITLE  INQUIRY
                     .                                STATUS DATE: 04/01/2008
      STATUS: ACTV/
      REG#: 43VK43   TYPE: PAN   PLATE-COLOR: R   VIN#: 1J8HR78317C508799
      2007 JEEP  GRCHER UTIL  BLACK /       4DR 05PASS  5CYL WT: 0000000 MDL#: NKJX74
      EFF DT: 04/01/2008  EXP DT: 03/31/2010  ORI-ISS-DT: 06/06/2006  BUS:
                              --------OWNERS--------
      1: MURPHY, SEAN D                   2:
      LIC1: S37571614       DOB: 07/19/1964  LIC2:              DOB:
      CORP/CO NAME:
      MAIL ADD: 407 WALNUT STREET, LYNN, MA 01905-1058
      RES  ADD:
                     --------TITLE --------
      TITLE#: BE014177   STATUS,DATE: ACTV,01/05/2007   PURCH DT: 12/17/2006
      TITLE-DT: 12/18/2006                               PREV-TITLE-ST:
      INS-CO: 279   NAME: COMMERCE INSURANCE
                              --------LESSEE--------
      LESSEE NAME 1:                     LESSEE DOB 1:
      LESSEE NAME 2:                     LESSEE DOB 2:
      LESSEE ADDR:
      LESSEE LIC# 1:                     LESSEE STATE 1:
      LESSEE LIC# 2:                     LESSEE STATE 2:
      LESSEE-CORP:
      Stkr#-dt: 070604842  - 01/03/2008  Insp rslt: P
```

### RECORD 2

Top of Page
Show/Hide Summary

NAME: **MURPHY, SEAN**   DOB: **07/19/1964**   OLN: **S37571614, MA**
SSN: **027548106**   SEX: **M**

| R1 | Q2 NCIC Person | Q2 CJIS Cands | Q2 NCIC Vehicle | Q2 CJIS Rec |
|---|---|---|---|---|

1/19/2009

CJISWeb Version 2

| ACT | WANTED PERSON SEXUAL OFFENDER | Waiting for response... | NOT RUN | RESPONSE RETURNED |
|---|---|---|---|---|
| **KQ** | **BOP** | **WMS** | **SX** | **QH** |
| Waiting for response... | POSSIBLE MATCH | POSSIBLE MATCH | NO RECS. AVAILABLE | Waiting for response... |

Name: MURPHY, SEAN D
DOB: 07/19/1964
SSN: 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
Address: 407 WALNUT STREET
LYNN, MA 01905 1058

Sex: M

OLN: S37571614
Lic. Status: **ACT**
Lic Issue Date: 09/15/1988
Lic Expire Date: 07/19/2013
Class: DM
Type: L
CDL:
MAB:
Rest.:



Massachusetts Criminal Justice Information Systems (CJISWeb Version 2)

CJISWeb Version 2

**ATTACHMENT H**

Page 1 of 1

| [F2]<br>**PERSON** | [F3]<br>**VEHICLE** | [F4]<br>**GUN** | [F5]<br>**BOAT** | [F6]<br>**ARTICLE** | [F7]<br>**ALL QUERIES** | [F8]<br>**CJIS RESULTS** | [F9]<br>**CUSTOM QUERIES** | [F10]<br>**MORE OPTIONS** |
|---|---|---|---|---|---|---|---|---|

| Back to: Summary of Inquiries (1 Record) | Add a New Record | Save Records | Delete Record(s) |
|---|---|---|---|

| RECORD 1 |
|---|
| VIEW ALERTS |

---

**RECORD 1**

Top of Page
Show/Hide Summary

**NAME: BROWN, RIKKILE**  DOB: **04/22/1987**  OLN: **S98581792, MA**

SSN: **016683686**  SEX: **F**

| R1 | Q2 NCIC Person | Q2 CJIS Cands | Q2 NCIC Vehicle | Q2 CJIS Rec |
|---|---|---|---|---|
| ACT | RESPONSE RETURNED | RESPONSE RETURNED | NOT RUN | RESPONSE RETURNED |

| KQ | BOP | WMS | SX | QH |
|---|---|---|---|---|
| RESPONSE RETURNED | POSSIBLE MATCH | RECS. AVAILABLE (NO MATCHES) | NO RECS. AVAILABLE | RESPONSE RETURNED |

Name: BROWN, RIKKILE M

DOB: 04/22/1987

SSN: 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

Address: 48 CANNON ROCK RD
LYNN, MA 01904 1563

Sex: F

OLN: S98581792

Lic. Status: **ACT**

Lic Issue Date: 02/02/2004

Lic Expire Date: 04/22/2013

Class: D

Type: L

CDL:

MAB: N

Rest.: B



CJISWeb Version 2



[F2] PERSON  [F3] VEHICLE  [F4] GUN  [F5] BOAT  [F6] ARTICLE  [F7] ALL QUERIES  [F8] CJIS RESULTS  [F9] CUSTOM QUERIES  [F10] MORE OPTIONS

Back to: Summary of Inquiries (1 Record) | Add a New Record | Save Records | Delete Record(s)

## MA Drivers License (F

NAME: **BROWN, RIKKILE** D(
S98581792, MA
SSN: **016683686**

[ Send to RAMS ] [ Re-Run

Data From: 01/12/2009 1:45PM



OLN: S98581792

Click Image to Close

Click To Enlarge

**License No.:** S98581792

**State:** MA

### Person Information
**Last:** BROWN          **First**

**DOB:** 04/22/1987    **Sex:**

**Organ Donor:** N

### Address Information
**Mailing:** 48 CANNON ROCK RD

**City:** LYNN      **State:** MA      **Zip:** 01904-1563

**Residential:**

**City:**          **State:**          **Zip:**

### Previous Names

### Additional Data
**Driver's Ed.:** Y          **Military:** N

**Mab:** N                  **Cdl:**

**Type:** L                 **Class:** D

**Issue Date:** 02/02/2004      **Exp. Date:** 04/22/2013

**Restrictions:** B      **Start Time:**      **End Time:**

Generated On: 01/1
By User

## MA Criminal History (BOP2)

Full Name: **BROWN, RIKKILE**

Date of Birth: **04221987**

SSN: **016683686**

OLN: **S98581792**

Dest. State: **MA**

Commonwealth of Massachusetts
Criminal History Systems Board

Adult record not found in Board of Probation File on CJIS for:

Name: BROWN, RIKKILE
DOB:  04/22/87
Todays date: 01/12/09
Todays time: 1346

This indicates that there have been no adult court appearances
recorded in the Massachusetts Probation Central File Automated Databa
for this name and date of birth.

Please check that the name referenced above matches the name and date
of the person whose record you requested.  IT IS YOUR RESPONSIBILITY
THAT THE RESPONSE CORRESPONDS WITH THE REQUEST.  If there is a discre
please contact the CORI Unit at (617)660-4640.


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
\*             \* \* \* \* \* \* WARNING \* \* \* \* \* \* \* WARNING \* \* \* \* \* \* \* \*
\*
\*     THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS
\*PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DAT
\*OF THE PERSON REQUESTED.
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

          \* \* \* \* \* \* \* \* \*   COMMONWEALTH OF MASSACHUSETTS   \* \* \* \* \* \* \* \* \*
                          CRIMINAL HISTORY SYSTEMS BOARD

                    \* \* \* PERSONS COURT SUMMARY \* \* \*

NAM: BROWN, RIKKILE           FORMAL-NAM: RIKKILE          PCF:
DOB: 04/22/87   SEX: F  RAC: W        POB:                 SSN:
MOM:VALERIE WELCH       POP:DENNIS BROWN    HGT:    WGT:   HAI:
ADDRESS: 48 CANNON ROCK RD. LYNN, MA

CJISWeb Version 2

COMMENTS:

NAM: BROWN, RIKKILE                    PCF: 00002955610 DOB: 04/22/87
*****************************************************************
*** THE FOLLOWING ARRAIGNMENTS ARE JUVENILE APPEARANCES ***
*** PLEASE CHECK THE NEWS FILE FOR DISSEMINATION GUIDELINES ***
*****************************************************************

ARRAIGNMENT: (0001)
   ARG-DATE: 10/29/04 PD: SAU COURT: LYNN JUVENILE        DKT#:
   OFF:  LARCENY                       UNDER              LAR
   DISP: C 1/14/05 CWOOF SP 4/22/05 DISM                  STATUS: C


***** ***** ***** **** END OF JUVENILE APPEARANCES ***** ***** *****

REQUESTED BY: MSP2092              WM03SFMLG0
COMPLETED BY: MSP2092
       AGENCY: MASSACHUSETTS STATE POLICE - FRAMINGHAM

Massachusetts Criminal Justice Information Systems (CJISWeb Version 2)

Generated On: 01/1
By User



CJISWeb Version 2

ATTACHMENT 1

| [F2] PERSON | [F3] VEHICLE | [F4] GUN | [F5] BOAT | [F6] ARTICLE | [F7] ALL QUERIES | [F8] CJIS RESULTS | [F9] CUSTOM QUERIES | [F10] MORE OPTIONS |
|---|---|---|---|---|---|---|---|---|

| Back to: Summary of Inquiries (2 Records) | Add a New Record | Save Records | Delete Record(s) |
|---|---|---|---|

| RECORD 1 | RECORD 2 |
|---|---|
| NO ALERTS | VIEW ALERTS |

## RECORD 1

Top of Page
Show/Hide Summary

PLATE: NE67DT, MA, PC     VIN: 4JGAB54E02A309316     PLATE COLOR: R     PLATE TYPE:
PAS     REG. STATUS: ACTV

| Q2 RMV Reg. Status | Q2 NCIC Vehicle | Q2 CJIS Rec | Q2 Recent Inquiries | Q2 Out/State Reg. |
|---|---|---|---|---|
| ACTV | RESPONSE RETURNED | RESPONSE RETURNED | 2 | NOT RUN |
| R5 | | | | |
| ACTV | | | | |

```
                   MASSACHUSETTS REGISTRY OF MOTOR VEHICLES
                        REGISTRATION / TITLE  INQUIRY

        STATUS: ACTV/                              STATUS DATE: 08/01/2008
        REG#: NE67DT   TYPE: PAS   PLATE-COLOR: R    VIN#: 4JGAB54E02A309316
        2002 MERZ  ML320 UTIL BLACK /      4DR 05PASS  6CYL WT: 0000000 HDL#:
        EFF DT: 08/01/2008  EXP DT: 07/31/2010  ORI-ISS-DT: 11/14/2006  BUS:
                               --------OWNERS--------
        1: BROWN, RIKKILE M                  2:
        LIC1: S98581792      DOB: 04/22/1987  LIC2:              DOB:
        CORP/CO NAME:
        MAIL ADD: 48 CANNON ROCK RD, LYNN, MA 01904-1563
        RES  ADD:
                               --------TITLE --------
        TITLE#: BD923025   STATUS,DATE: ACTV,12/01/2006     PURCH DT: 11/13/2006
        TITLE-DT: 11/14/2006                              PREV-TITLE-ST: VA
        INS-CO: 279   NAME: COMMERCE INSURANCE
                               --------LESSEE--------
        LESSEE NAME 1:                      LESSEE DOB 1:
        LESSEE NAME 2:                      LESSEE DOB 2:
        LESSEE ADDR:
        LESSEE LIC# 1:                      LESSEE STATE 1:
        LESSEE LIC# 2:                      LESSEE STATE 2:
        LESSEE-CORP:
        Stkr#-dt: 071927543  - 05/20/2008  Insp rslt: P
```

## RECORD 2

Top of Page
Show/Hide Summary

NAME: BROWN, RIKKILE     DOB: 04/22/1987     OLN: S98581792, MA
SSN: 016683686     SEX: F

| R1 | Q2 NCIC Person | Q2 CJIS Cands | Q2 NCIC Vehicle | Q2 CJIS Rec |
|---|---|---|---|---|

| ACT | RESPONSE RETURNED | RESPONSE RETURNED | NOT RUN | Waiting for response... |
|---|---|---|---|---|
| **KQ** | **BOP** | **WMS** | **SX** | **QH** |
| Waiting for response... | POSSIBLE MATCH | RECS. AVAILABLE (NO MATCHES) | NO RECS. AVAILABLE | Waiting for response... |

Name: BROWN, RIKKILE M

DOB: 04/22/1987

SSN: 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

Address: 48 CANNON ROCK RD
LYNN, MA 01904 1563

Sex: F

OLN: S98581792

Lic. Status: **ACT**

Lic Issue Date: 02/02/2004

Lic Expire Date: 04/22/2013

Class: D

Type: L

CDL:

MAB: N

Rest.: B

Image Not Available

Massachusetts Criminal Justice Information Systems (CJISWeb Version 2)



501550
11/06/2008



## SUBSCRIBER INFORMATION

| 647032917 | C/T |
|---|---|

### Financially Liable Party

Name:     RIKKILE M BROWN
Credit Address: 1 SILVER LEAF WAY APT 127, PEABODY, MA 01960

Customer Since: 09/24/2008
Photo ID Type:                Photo ID State:
Photo ID Number:
DOB:                        SSN:

Contact Name:
Contact Home Phone:(781) 608-5573      Contact Work Phone:(781) 608-5573
Contact Home Email:                  Contact Work Email:

### Billing Party

Account Number:    647032917
Name:              RIKKILE M BROWN
Billing Address:   1 SILVER LEAF WAY APT 127, PEABODY, MA 01960

Account Status:   Active              Billing Cycle: 2

### User Information

MSISDN:       (781) 608-5573        IMSI:     310410229076264
MSISDN Active: 09/24/2008 – Current     IMEI/ESN:011673000303918/

Name:     RIKKILE M BROWN
User Address:    1 SILVER LEAF WAY APT 127, PEABODY, MA 01960

Service Start Date: 09/24/2008    Dealer Info: JSBVB JSBVB
Payment Type:      Postpaid
Contact Name:
Contact Home Phone:            Contact Work Phone:
Contact Home Email:            Contact Work Email:

### Status Change History

| Status Change Reason: | Status Change Date: |
|---|---|
| Portin | 09/24/2008 |

The information contained here is for use by authorized person only and is not for general distribution.



| CRIMINAL COMPLAINT PROSECUTOR COPY | DOCKET NUMBER 0813CR006159 | NO. OF COUNTS 2 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

| DEFENDANT NAME & ADDRESS<br>Sean D Murphy<br>407 Walnut Street<br>Lynn, MA 01901 | COURT NAME & ADDRESS<br>Lynn District Court<br>580 Essex Street<br>Lynn, MA 01901<br>(781)596-5200 |
|---|---|

APR 10-21-08
ATH 12-3-08

& Conlon
J. Lawanian

DSD

| DEFENDANT DOB 07/18/1964 | COMPLAINT ISSUED 10/20/2008 | DATE OF OFFENSE 10/18/2008 | ARREST DATE | NEXT EVENT DATE & TIME 10/30/2008 9:00 AM |
|---|---|---|---|---|
| OFFENSE CITY / TOWN Lynn | OFFENSE ADDRESS 407 Walnut Street | | | NEXT SCHEDULED EVENT Arraignment |
| POLICE DEPARTMENT Lynn PD | POLICE INCIDENT NUMBER 08/064436 | | | ROOM / SESSION Arraignment Session |
| OBTN | | | | |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date(s) indicated below the defendant committed the offense(s) listed below and on any attached pages.

| COUNT | CODE | DESCRIPTION |
|---|---|---|
| 1 | 265/13A/B | A&B c265 §13A(a) |

On 10/18/2008 did assault and beat Rikkile Brown (domestic), in violation of G.L. c.265, §13A(a).

PENALTY: house of correction not more than 2½ years; or not more than $1000 fine.

| 2 | 94C/32C/A | DRUG, DISTRIBUTE CLASS D c94C §32C(a) |

On 10/18/2008, not being authorized by law, did knowingly or intentionally manufacture, distribute, dispense or cultivate a controlled substance in Class D of G.L. c.94C, §31, to wit: marijuana, in violation of G.L. c.94C, §32C(a)

PENALTY: imprisonment not more than 2 years; or not less than $500, not more than $5000; or both: G.L. c.280, §6B, plus Drug Analysis Fee of not less than $35, not more than $100, with maximum fee of $500 for multiple offenses from single incident

Arr. Brought Forward

RJG
BW

| SIGNATURE OF COMPLAINANT<br>X | SWORN TO BEFORE CLERK-MAGISTRATE/ASST.CLERK/DEP. ASST. CLERK<br>X | DATE |
|---|---|---|
| NAME OF COMPLAINANT | A TRUE COPY ATTEST | CLERK-MAGISTRATE/ASST. CLERK<br>X | DATE |

Notice to Defendant: 42 U.S.C. § 3796gg-4(e) requires this notice: If you are convicted of a misdemeanor crime of domestic violence you may be prohibited permanently from purchasing and/or possessing a firearm and/or ammunition pursuant to 18 U.S.C. § 922 (g) (9) and other applicable related Federal, State, or local laws.

Main Form

 LYNN POLICE DEPT
*LYNN, MA*

# Incident Summary #8064436

| Case Title | Location | Apt/Unit # |
|---|---|---|
| **RIKKI LE** | **407 WALNUT ST** | |
| Date/Time Reported | Date/Time Occurred | |
| 10/18/2008 09:27:03 | 10/18/2008 09:00:00 to 10/18/2008 10:00:00 | |
| Incident Type/Offense | | |
| **A&B DOMESTIC NO 209A IN EFFECT** | | |

## Persons

| Role | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|
| VICTIM | BROWN, RIKKILE | FEMALE | WHITE | 21 | 04/22/1987 | (home) (cell) 781-608-5573 | 1 SILVER LEAF WAY SALEM, MA |
| INVOLVED PARTY | HARTMAN, JORDAYNE | FEMALE | WHITE | 23 | 09/22/1985 | (home) 781-595-0036 (cell) | 407 WALNUT ST LYNN, MA |

## Offenders

| Status | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|
| SUSPECT | MURPHY, SEAN DAVID | MALE | WHITE | 44 | 07/19/1964 | (home) 592-1536 (cell) 781-443-3303 | 407 WALNUT ST LYNN, MA |

## Vehicles

## Property

| Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|
| | | | | | |

## Officer Report

| Report Type | Report # | Officer | Report Date |
|---|---|---|---|
| INCIDENT | 1 | MACKIN J | 10/18/2008 12:09:40 |

## Narrative

ON THE ABOVE DATE AND TIME CAR 17 ( MACKIN-THERRIEN ) WAS DISPATCHED AND RESPONDED TO 407 WALNUT ST, ALONG WITH CAR 15 ( AYLWARD-MORLEY ), ON A REPORT OF A DOMESTIC A&B. UPON ARRIVAL WE WERE MET OUTSIDE BY THE VICTIM ( RIKKI ) WHO SAID SHE WAS JUST BEATEN UP BY HER BOYFRIEND SEAN MURPHY WHO LIVES AT 407 WALNUT ST. RIKKI SAID SHE CAME TO THIS ADDRESS TO PICK UP A CHECK FROM SEAN. RIKKI SAID WHILE IN THE DOORWAY SHE SAW A BLONDE GIRL ( JORDAYNE ) WALK BY INSIDE THE HOME. RIKKI SAID SHE BECAME UPSET AND STARTED YELLING AT SEAN ABOUT " FUCKING ANOTHER CHICK". SHE SAID SEAN THEN STEPPED OUT ONTO THE DECK AND STARTED PUCHING HER IN THE FACE CAUSING HER GLASSES TO BE

KNOCKED OFF. RIKKI HAD NOTICEABLE SCRAPES ON HER CHEEKS AND UNDER HER LEFT
EYE. RIKKI SAID SHE THEN TRIED TO GET AWAY BY GOING TO HER CAR BUT SEAN
FOLLOWED HER AND CONTINUED TO HIT HER IN THE BACK. RIKKI DROPPED HER
POCKETBOOK AND RAN TO THE CAR. SHE SAID WHEN SHE ARRIVED AT THE CAR SEAN THREW
HER POCKETBOOK DOWN THE STAIRS IN HER DIRECTION CAUSING THE CONTENTS TO SPILL
ONTO THE STREET. SEAN THEN CAME DOWN THE STAIRS PICKED UP HER PHONE AND THREW
IT INTO THE WOODS. RIKKI SAID HE THEN WENT BACK INTO THE HOUSE AND SHE WAITED
IN HER CAR FOR OUR ARRIVAL.

OFFICERS MORLEY, AYLWARD AND MYSELF WENT TO THE DOOR AS OFFICER
THERRIEN STAYED OUTSIDE WITH THE VICTIM. WE KNOCKED ON THE DOOR AND IT WAS
ANSWERED BY A W/F WHO IDENTIFIED HERSELF AS JORDAYNE HARTMAN AND SAID SHE
RESIDED AT THIS RESIDENCE WITH SEAN. WE ASKED JORDAYNE IF WE COULD SPEAK WITH
SEAN. SHE SAID THAT HE TOOK HIS KEYS AND LEFT ABOUT 10 MINUTES AGO. WE ASKED
WHY HIS CAR WAS STILL OUTSIDE IF HE JUST LEFT AND SHE SAID "I GUESS HE
WALKED". OFFICER MORLEY ASKED JORDAYNE IF IT WOULD BE OK FOR US TO COME INSIDE
AND SEE IF SEAN WERE HOME. SHE SAID THAT WOULD BE OK WITH HER BECAUSE SEAN
WASN'T THERE. OFFICERS MORLEY, AYLWARD AND MYSELF CHECKED THE HOME BUT FOUND
NO ONE INSIDE OTHER THAN JORDAYNE. WE ASKED JORDAYNE IF WHEN SHE SPOKE WITH
SEAN SHE COULD TELL HIM TO COME DOWN TO THE LPD AND SHE SAID THAT SHE WOULD
GIVE HIM THE MESSAGE.

WE RETURNED OUTSIDE AND SPOKE WITH RIKKI. WE INFORMED HER THAT WE
CHECKED THE HOME AND SEAN WAS NOT THERE. WE ALSO TOLD HER THAT JORDAYNE SAID
THAT HE HAD LEFT. RIKKI SAID SHE NEVER LEFT THE AREA AND HE NEVER CAME OUT OF
THE HOUSE. SHE SAID THAT HE HAS HIDING SPOTS INSIDE BECAUSE "HE ALWAYS HIDES
WHEN YOU GUYS COME LOOKING FOR HIM". I EXPLAINED RIKKI HER RIGHTS ACCORDING TO
209A BOTH VERBALLY AND IN WRITING. RIKKI SAID THAT SHE WAS NOT INTERESTED IN
OBTAINING A RESTRAINING ORDER AT THIS TIME. SHE ALSO SAID THAT SHE DID NOT
NEED MEDICAL ATTENTION. RIKKI ASKED IF WE COULD ASSIST IN HELPING HER FIND HER
GLASSES AND CELL PHONE. WE WENT BACK INTO THE YARD TO THE AREA WHERE RIKKI
BELIEVED HER GLASSES WERE KNOCKED FROM HER HEAD. AS WE SEARCHED THE AREA I
SAID I SMELT A STRONG ODOR OF MARIJUANA. RIKKI SAID "THAT'S BECAUSE SEAN GROWS
IT, IT RIGHT OVER HERE". RIKKI THEN POINTED OUT PLANT APPROXIMATELY 5 FEET IN
HEIGHT WITH NUMEROUS BUDS OF WHAT APPEARRED TO BE MARIJUANA PLANTED TO THE
RIGHT OF THE REAR STAIRS ON THE PROPERTY OF 407 WALNUT ST. RIKKI SAID " HE
LIKES TO CALL THEM HIS CANNIBAS SATIVA". WE CONFISCATED THIS PLANT AND PLACED
IT INTO EVIDENCE AT THE LPD.

AS A RESULT OF THE ABOVE SCENARIO A WARRANT WILL BE SOUGHT NAMING SEAN
MURPHY AS THE ACCUSSED FOR THE FOLLOWING CHARGES:

        1.) DOMESTIC A&B
        2.)

ATTACHMENT L 

FD-302 (Rev. 10-6-95)

- 1 -

COPY

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription   01/19/2009

JORDAYNE HARTMAN was interviewed at the Woburn District Court by the undersigned personnel. Massachusetts State Police Trooper John Strazzullo was also present for a portion of the interview. After advising HARTMAN of the identities of the undersigned personnel and the nature of the interview, HARTMAN provided the following information:

In approximately August 2007, HARTMAN met JULIE IWANIKE (sp) while the two were being treated for heroin addiction at the Center for Addictive Behaviors (CAB) in Danvers, MA. HARTMAN and IWANIKE became friends, and following their discharge from CAB, HARTMAN went to stay with IWANIKE. It was then that HARTMAN first met SEAN MURPHY, of 407 Walnut Street, Lynn, MA. IWANIKE would have sex with MURPHY in an outright exchange for heroin or a deep discount on the heroin's normal street value. For example, IWANIKE would get $100 worth of heroin for $20. When IWANIKE and HARTMAN needed heroin, IWANIKE would call MURPHY and he would come to her house in his Jeep Cherokee to do the transaction. He would always keep multiple "fingers" (bulk quantity) of heroin in the upper console of the vehicle and marijuana in the center console. HARTMAN parted company with IWANIKE after approximately two weeks.

Also through IWANIKE, HARTMAN met RIKKILE BROWN. BROWN was MURPHY's girlfriend. BROWN was addicted to prescription narcotics (Oxycontin, etc.) which she obtained from MURPHY. HARTMAN became friends with BROWN.

Sometime in September 2007, MURPHY called HARTMAN and wanted to get together with her. HARTMAN had a boyfriend, but was secretly trying to maintain a heroin habit. She decided to start seeing MURPHY unbeknownst to her boyfriend and MURPHY began supplying her with heroin in exchange for sex. MURPHY was supplying HARTMAN with at least $300 worth of heroin per day. Anytime she needed money, MURPHY would hand her at least two $100 bills.

For Christmas, MURPHY gave HARTMAN $2000. As her heroin habit had grown significantly, she spent the money on the course of two days on heroin. At that point, she needed more than what MURPHY was supplying her with.

Investigation on   01/15/2009   at  Woburn, MA

File #  92T-BS-100698                                      Date dictated   N/A

     SA Jason D. Costello/jc
by   LT Alan C. Zani

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302a (Rev. 10-6-95)

92T-BS-100698

Continuation of FD-302 of ___JORDAYNE HARTMAN_____ , On 01/15/2009 , Page __2__

   In approximately January 2008, HARTMAN moved in with
MURPHY and BROWN at 407 Walnut Street. BROWN believed that
HARTMAN was moving in with her, apparently unaware of the
existing sexual relationship between HARTMAN and MURPHY.
HARTMAN still maintained her relationship with her existing
boyfriend.

   In approximately February 2008, HARTMAN came home (407
Walnut Street) and found the front door open. As she approached
the door, a unidentified 25 - 27 year old, white, "Spanish
looking" male, with dark hair and dark eyes, came out of the
house. He hurriedly told HARTMAN that MURPHY was being
questioned by the police and that he (the unidentified male)
need to find the "jammer" and get it out of the house before the
police came and found it. HARTMAN did not have any idea what
the male was talking about. He then fled the area in a gray or
white pickup truck with work racks on the back of it.

   MURPHY came home a little while later. He was
preparing to go smoke marijuana with a friend of his, a white
male who goes by the nickname of DAMIEN. HARTMAN described
DAMIEN as approximately 40 years old, tall and thin. Last year,
DAMIEN was beaten badly because he owed people money for drugs.
His head was crushed and he was left for dead in the trunk of
his car. Because of this, he appears to have brain damage.

**Administrative note:** DAMIEN is believed to be DAVID NASSOR.
NASSOR matches HARTMAN's physical description. On August 8,
2008, NASSOR was badly beaten, wrapped in a blanket, and left in
front of a Lynn hospital. NASSOR suffered brain hemorrhaging as
a result.

   HARTMAN told MURPHY about the incident earlier in the
day with the male in the house and his search for the jammer.
MURPHY went crazy. He told her that the male must have been
working for JOHN FLEURY, aka ROTTEN. MURPHY explained that he
and FLEURY had committed a burglary involving a large amount
prescription narcotics (pills). Sometime in the summer of 2007,
FLEURY subsequently stole approximately $1,000,000 worth of the
pills from MURPHY. At that time, MURPHY cut FLEURY off from
participating in future burglaries and spread the word on the
street that FLEURY was not to be trusted. Because of the
burglary, FLEURY knew about the equipment MURPHY had to defeat
alarm systems. MURPHY believed that the incident stemmed from
FLEURY wanting to get the equipment. Later that night, MURPHY



FD-302a (Rev. 10-6-95)

92T-BS-100698

Continuation of FD-302 of    JORDAYNE HARTMAN       , On 01/15/2009 , Page   3

had "everyone" come to the house so that HARTMAN could identify
who she had seen. HARTMAN did not recognize any of the people
MURPHY summoned.

    Later, HARTMAN asked MURPHY what the male had been
looking for. He advised that it was a good thing that she had
not mentioned the warehouse. When she did not understand, he
explained that the equipment that he used to commit his
burglaries was kept in his moving company's warehouse.

    In approximately March 2008, MURPHY took HARTMAN to the
warehouse. He showed her black "ninja suits" worn by MURPHY and
his accomplices during their burglaries. He showed her climbing
ropes used to enter the buildings from holes cut through the
roofs. He then showed her "the jammer". He explained that the
jammer was used to jam cellular phone signals in the area of the
burglary. This was done to prevent the building's backup alarm
system, based on cellular phones, to function following he and
his accomplices cutting the building's phone lines. MURPHY
demonstrated the functioning of the device to HARTMAN. HARTMAN
described the jammer as looking like a cable television box
approximately the size of a small suitcase. The device had a
dial on the front of it along with several gauges or meters and
several switches. Rope like cables protruded from the device.
HARTMAN sketched the device and provided the drawing to the
writer. MURPHY told HARTMAN that the jammer had to be bought
from overseas and that it was incredibly expensive. He once had
to replace a switch on it. The single part cost him $7000.

    MURPHY told HARTMAN that a typical burglary would be
done after researching a target and conducting multiple
reconnaissance trips to the area. A burglary crew would consist
of approximately five people. MURPHY and two others would go up
on the roof of the building to disable the alarm systems and
make entry. MURPHY generally uses two individuals that "work"
for him and his moving company. JOSE Last Name Unknown (LNU) is
one the individuals. One or two others would be used as drivers
and lookouts. DAMIEN will fill that role.

    HARTMAN advised that the moving company will provide
some limited moving services in order to make the company appear
legitimate. The warehouse does contain what appears to be
property that is being moved and/or stored. The equipment shown
to HARTMAN is somewhat concealed by this property. HARTMAN
described the warehouse by completing a sketch of it which she



FD-302a (Rev. 10-6-95)

92T-BS-100698

Continuation of FD-302 of _____JORDAYNE HARTMAN_____ , On 01/15/2009 , Page ___4___

provided to the writer. She advised that an inner door secured
by multiple deadbolts and an electronic card reading lock
separates the entry hallway from the main warehouse. In the
main warehouse is a computer that MURPHY uses to identify and
research his potential burglaries.

HARTMAN frequented the warehouse from March 2008,
through approximately September 2008.

While HARTMAN lived with MURPHY, he would often leave
for a few days to go check out a potential burglary out of
state. HARTMAN was aware that Pennsylvania was a favorite
destination of MURPHY's.

Money had gotten a little tight for a while in the
spring/summer of 2008. In approximately July 2008, MURPHY said
that was going to do a burglary in Pennsylvania. He told
HARTMAN that when he got back they shouldn't be poor anymore.
He left on a Thursday night. She went to stay with BRIAN
STEVENS for the weekend. STEVENS was HARTMAN's boyfriend at the
time. When she returned on Sunday, MURPHY was back. The bed
was covered with jewelry and gold bars. HARTMAN saw
approximately 12 Super Bowl rings, along with rings with various
company insignia. MURPHY gave HARTMAN one such ring, a gold
ring with a red ruby, bearing the "Radio Shack" logo. He also
gave her a gold bracelet and necklace from the take. He
instructed her never to try to pawn the items as they would be
easily linked to the burglary. MURPHY described the target of
the burglary as a jewelry manufacturer and/or gold melting
operation.

MURPHY split the jewelry in half. He took one half to
give to his accomplices as their share of the take. The other
half was taken by HARTMAN and BROWN to be hidden at BROWN's
grandmother's house in a safe in the bedroom that BROWN
maintains there. HARTMAN remembers taking two full backpacks of
jewelry there. HARTMAN advised that there is approximately
$1,000,000 worth of stolen jewelry at BROWN's grandmother's
house. MURPHY explained to HARTMAN that the jewelry could not
be fenced for a long time because it could be easily identified.

BROWN has one of the Super Bowl rings. She generally
keeps it in her purse as she is afraid to leave it anywhere.
Either MURPHY gave it to her or she stole it from him.



FD-302a (Rev. 10-6-95)

92T-BS-100698

Continuation of FD-302 of ___JORDAYNE HARTMAN_____ , On 01/15/2009 , Page ___5___

     MURPHY used HARTMAN's cellular phone on occasion to make rental truck reservations prior to the burglaries. Rather than use his company trucks, he would rent them from New Hampshire and use them for the burglaries. MURPHY may have done this prior to the aforementioned jewelry burglary. She remembered dialing the number for him and him using the name FRANK when identifying himself to the person he was speaking with. HARTMAN's phone number at the time was 603-973-6122.

     MURPHY has a fake Massachusetts license in the name of PATRICK LNU.

     MURPHY's phone number is 781-443-3303. He told HARTMAN never to call him, even if the house were burning down, while he was out scouting or doing a burglary. She remembers defying him and repeatedly calling him anyway.

     In October 2008, BROWN got into a fight with MURPHY. BROWN scratched "SLUT" onto the hood of MURPHY's Jeep because she was mad that he was sleeping with women besides her. MURPHY punched BROWN a few times and then ran away from the house before the police arrived. When the police came, they confiscated a large marijuana plant that MURPHY had been growing.





Massachusetts Movers Association - Directory of Movers in Massachusetts

Page 1 of 1

ATTACHMENT M



**MMA**
*Massachusetts Movers Association*



Home

About MMA

Moving Tips

Find A Mover

Membership

Useful Links

Contact Us

Member Area

*Moving Tips*

*Find A Mover Near You*

The Massachusetts Movers Association (MMA) is a non-profit trade association representing the moving and storage industry in Massachusetts and the other New England states. The MMA encourages professionalism and integrity among all its members.

Please look through our website to learn about the advantages of using an MMA member for your move and to locate a moving company to discuss your specific needs.

Home | About MMA | Moving Tips | Find a Mover | Membership |
| Useful Links |
| Contact Us | Member Area |

© 2001, Massachusetts Movers Association.



Massachusetts Movers Association - Directory of Movers in Massachusetts





## Find a Mover: City

The following Massachusetts Movers Association members provide services in your city or town. Please contact them directly for additional information.

**Gentle Giant Moving & Storage,**
29 Harding Street
Somerville, MA 02143
**Phone:** (617) 661-3333 .
**Fax:**
Larry O'Toole(President)



www.gentlegiant.com

**Northshore Movers of Lynn**
407 Walnut St.
Lynn, MA 01905
**Phone:** (781) 599-0036
**Fax:** (781) 599-0036
Sean Murphy

**B. Stimpson & Son Movers, Inc.**
22 Fremont Street
Winthrop, MA 02152
**Phone:** (617) 846-2263
**Fax:** (617) 846-2374
Daniel Stimpson

**Tobin & Sons Moving & Storage,**
2A Summit Industrial Park
Peabody, MA 01960
**Phone:** (978) 977-0807
**Fax:** (978) 977-9196
Kevin Tobin(President)
Peg Emery(General Manager)



www.tobinandsons.com

© 2001-2008, Massachusetts Movers Association.



Northshore Movers | Movers & Storage in Lynn, MA | Call 781-318-3645          Page 1 of 1

ATTACHMENT N

# Northshore Movers

781-318-3645

**The Affordable Professionals at your Service**

Home    Services    About Us    Rates    Contact Us

**10% OFF INTERNET SPECIAL**

Contact us Today!



**FREE ESTIMATE**

Call us for more details

| | |
|---|---|
| **Monday** | 6am - 10pm |
| **Tuesday** | 6am - 10pm |
| **Wednesday** | 6am - 10pm |
| **Thursday** | 6am - 10pm |
| **Friday** | 6am - 10pm |
| **Saturday** | 6am - 10pm |
| **Sunday** | 6am - 10pm |



## The Affordable Professionals at your Service

We know that you have many options when looking for a moving service. That is why we ask you to take a look at all the many different options we offer you in moving. From full-service moving, including packing and transporting all your furniture, appliances and other household items to a simple pick-up service, we are the premiere short or long distance moving company on the North Shore.

- Affordable moving services
- Trustworthy, reliable professionals
- More than 15 years experience
- Fully licensed and insured

If you're ready to move with a licensed and insured leader, simply fill out our contact form. Or give us a call us for more information.

Home | About Us | Services | Contact Us
© 2007 Northshore Movers | Local Internet Marketing by Yodle Inc.

Northshore Movers| Movers & Storage | Lynn, | MA 781-318-3645



# Northshore Movers
The Affordable Professionals at your Service

781-318-3645

Home    Services    About Us    Rates    Contact Us

**10% OFF INTERNET SPECIAL**

Contact us Today!

**Monday** 6am - 10pm
**Tuesday** 6am - 10pm
**Wednesday** 6am - 10pm
**Thursday** 6am - 10pm
**Friday** 6am - 10pm
**Saturday** 6am - 10pm
**Sunday** 6am - 10pm

Northshore Movers
407 Walnut Street
Lynn, MA 01905

**Warehouse Location**
725R Summer Street
Lynn, MA 01905

**Phone**
Call us now at: 781-318-3645

Use this form for any inquiries or problems you might have. Our response will be immediate.

Name*

Email*

Phone Number*

Moving From

Moving To

Moving Date

General description of major items being moved

Submit

Home | About Us | Services | Contact Us
© 2007 Northshore Movers | Local Internet Marketing by Yodle Inc.



ATTACHMENT

# CITY OF LYNN ZONING BOARD OF APPEALS
## NOTICE OF DECISION

*Lynn Massachusetts*

The Board of Appeals after notice and public hearing held on <u>SEPTEMBER 5, 2006</u>

CITY HALL – HEARING ROOM, NO. 302 on Petition of

## Petitioner: **Sean Murphy**

*To vary the application of the Zoning Ordinance by allowing:*

Permit the use of a room or rooms in a dwelling in an R-2 General Residence District, by a person (tenant) resident on the premises for the Home Occupation of Office for Moving Company and Security Consultant Business in accordance with the provisions of Section 13.5.2 of the Zone Ordinance. (9327)

## The property at: 407 Walnut Street

*Lynn has made the following decision:*

<u>***GRANTED***</u> - FIVE VOTES (5) UNANIMOUSLY FOR <u>TWO BUSINESSES:</u> MOVING COMPANY AND SECURITY CONSULTING BUSINESS WITH THE FOLLOWING CONDITIONS:

1. No exterior changes to the building in connection with this petition.
2. No signs displayed on property.
3. No commercial vehicles parked on the property.
4. No goods to be displayed or offered for sale on property.
5. If business outgrows the neighborhood, becomes a nuisance or has an adverse affect to the neighborhood, business will be moved to a BUSINESS DISTRICT.

*Oct. 30, 2006*

20 DAYS HAVING ELAPSED, AND THERE HAS BEEN NO APPEAL FILED IN THIS CITY CLERK'S OFFICE AGAINST THIS DECISION

A TRUE COPY ATTEST:
CITY CLERK

Norman R. Cole, Chairman

<u>NOTE</u>: Any person aggrieved by a decision of the board of appeals, whether or not previously a party to the proceeding, or any municipal officer or board, may appeal the superior court for the county in which the land concerned is situated, by filing a bill in equity within twenty days after the decision has been filed in the office of the city or town clerk. Notice of the filing with a copy of the bill in equity shall be given to such city or town clerk so as to be received within such twenty days. Gen. Laws, 40A, Sec. 17 as amended.

.: Print Version :.



Page 1 of 1

# THE SUN CHRONICLE

Print Page

**MONDAY JANUARY 19, 2009** Last modified: Wednesday, June 11, 2008 4:37 PM EDT

## Gold, diamonds, Giants Super Bowl rings stolen from Attleboro firm

BY DAVID LINTON SUN CHRONICLE STAFF

**ATTLEBORO** - Master thieves operating with military-like precision broke into a city jewelry company, stealing up to $2 million in gold, diamonds and jewelry - including New York Giants' Super Bowl rings - in one of the largest heists in Attleboro history.



*E.A. Dion is located at 33 Franklin McKay Drive. (Staff photo by Tom Maguire)*

The burglary occurred sometime over the weekend at E.A. Dion at 33 Franklin McKay Drive, and is under investigation by city police detectives.

The perpetrators disabled the building's alarm system, cut a hole in the roof and made off with a safe that weighed at least 1,000 pounds, police said.

The burglary was discovered Sunday by an employee. Police say there are no immediate suspects.

Police Capt. David Proia Tuesday declined to comment extensively on the heist, other than to say detectives were pursuing the investigation.

"They are actively investigating this," Proia said.

"Whoever did this knew what they were doing," he acknowledged.

An employee discovered the burglary Sunday after she was unable to access her work e-mail from home, apparently because the Dion phone lines were cut by the thieves when they disconnected the alarm system.

Police say the heist is believed to have occurred sometime since Saturday.

Detectives Richard Campion and James Cote are leading the investigation and took evidence from the scene with the assistance of state police.

Police officers Raymond Russas, John Hynes and Timothy Cook Jr. also assisted.

Company President Edward "Ted" Dion Jr. said Tuesday the company is cooperating with investigators, adding that the break-in was "unpleasant" but only briefly hampered operations.

"The good news is that we're back up and running," Dion said. "We're mainly focused on supplying our customers as we normally do."

When asked about how deliveries would be affected, such as the Super Bowl rings, Dion said, "I'm not going to discuss specifics. Our biggest customers understand we've run into a bit of a hiccup."

He complimented his employees and said "everybody is positive."

While many jewelry manufacturers in the city have either moved or gone out of business, the family-owned E.A. Dion company is celebrating its 40th anniversary this year, in part by transforming its business.

With origins as an advertising and promotional specialties company, Dion now designs, makes or markets a wide variety of products from high-dollar corporate and commemorative rings to recognition products.

FD-302 (Rev. 10-6-95)

 

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    01/05/2009

      At approximately 11:45 AM on January 2, 2009, the undersigned personnel observed an unidentified white male operating a silver Chrysler PT Cruiser bearing a "Kelly Jeep/Chrysler" logo and MA registration 53EN75.  The vehicle was in the process of backing onto Walnut Street in front of SEAN MURPHY's residence at 407 Walnut Street, Lynn, MA.  MURPHY was observed to be a passenger in the vehicle.

      At approximately 12:10 PM, the writer observed the unoccupied vehicle parked in front of NORTHSHORE MOVERS at 725R Summer Street, Lynn, MA.  At approximately 12:25 PM, MURPHY and the unidentified male exited NORTHSHORE MOVERS and momentarily entered the vehicle.  The unidentified male sat in the driver's seat and Murphy sat in the passenger seat.  Both parties then exited the vehicle and re-entered NORTHSHORE MOVERS, MURPHY having to first unlock the door.

      At approximately 12:50 PM, both parties emerged from NORTHSHORE MOVERS and re-entered the vehicle, the seating arrangement the same as before.  The vehicle then departed the area.

      On January 5, 2009, the undersigned personnel made contact with MATT SHANNON, Service Coordinator, Kelly Jeep/Chrysler, 353 Broadway, Lynnfield, MA.  SHANNON advised that the PT Cruiser was a service department loaner vehicle. The car was loaned to SEAN MURPHY.  MURPHY had provided a contact telephone number of 781-443-3303.

---

Investigation on    01/02/2009    at    Lynn, MA

File #    92T-BS-100698    Date dictated    N/A

by    SA Jason D. Costello/jc
    LT Alan C. Zani

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

---- Working Copy ----                              Page        1

ATTACHMENT

02/20/2007

     ANTHONY CATALDO (PROTECT SOURCE), date of birth (DOB)
March 4, 1967, social security account number (SSAN) 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,
1842 Voshage Street, Baldwin, New York (NY), was interviewed at his
attorney's office, Attorney Jay C. Sherman, Esq., 70 Spring Street,
Ossining, NY, pursuant to a proffer agreement with the United
States Attorney's Office, District of Massachusetts, Boston,
Massachusetts (MA).  Present during the interview was Mansfield
Police Detective Michael Ellsworth, and CATALDO'S attorney Jay C.
Sherman, Esq.:

     CATALDO heard about the break-in at AMERISOURCE, in
Mansfield, MA, either through an on-line resource or another media
outlet.  CATALDO was in New York when he heard about the break-in.

     FLEURY spoke to CATALDO in May or June of 2006 about
doing some jobs to make some money.  CATALDO declined because he
was recently released from prison and was on probation.  CATALDO
has not spoken to FLEURY since the end of November.

     CATALDO had spoken to JOHN FLEURY approximately six
months ago when FLEURY told CATALDO that SEAN MURPHY had "beat" a
case in Pennsylvania regarding a break-in at COSTCO.  MURPHY was
apprehended while leaving the scene of the break-in.  CATALDO did
not know how MURPHY beat the case.  FLEURY stated that once MURPHY
was out from Pennsylvania, they were going to make a big score.
FLEURY stated that "The Fugitive", who CATALDO later learned to be
TOM ENQUIST of Manchester, NH, would also be involved in the break-
in.  CATALDO has heard that FLEURY and ENQUIST "hang out" together.

     FLEURY told CATALDO that they (FLEURY and MURPHY) were
planning one big score a year instead of a score once a month.

     After the break-in at AMERISOURCE, in approximately the
end of November, CATALDO contacted FLEURY.  CATALDO was upset that
FLEURY had not included CATALDO in the job at AMERISOURCE.  CATALDO
left messages on FLEURY'S telephone.  When CATALDO finally spoke
with FLEURY in person, FLEURY was upset at CATALDO for leaving
messages on his phone.  FLEURY was afraid that law enforcement was
watching him.  FLEURY told CATALDO that he had enough pills to last
him until Christmas.  FLEURY asked CATALDO if he had any "fences"
in New York to move the pills.  CATALDO told FLEURY that he was
recently settled in New York and he did not have anybody.

     CATALDO thought that FLEURY was keeping the pills from
the AMERISOURCE theft at his (FLEURY'S) apartment.  FLEURY told a
friend of CATALDO's, KELLY REYNOLDS, that he (FLEURY) was not
staying at his apartment because his apartment was being used as a
"warehouse".  FLEURY was staying with his wife and child at a Hotel
on North Route 1 in Saugus, Massachusetts (MA).  FLEURY also told
REYNOLDS that he was driving a new Cadillac Escalade.

---------------------------------------------------------------

Case ID : 251B-BS-97797                    Serial : 15



---- Working Copy ----                              Page        2

FLEURY has a garage in East Lynn, MA, but CATALDO felt that he would not keep the pills there because they would be safer at his apartment.  FLEURY'S apartment is located at 387 Broadway Apt. 406, Lynn, MA.

CATALDO has been to FLEURY'S apartment on several occasions and has seen pills and a "cell phone jammer" in the apartment.  FLEURY purchased a cell phone jammer from Afghanistan for $10,000 (ten thousand dollars) over the internet.  CATALDO saw the cell phone jammer in June or July of 2006 when CATALDO was at FLEURY'S apartment.  CATALDO described the cell phone jammer as a medium size black suitcase.  FLEURY demonstrated the operation of the cell phone jammer when he told CATALDO to make a call on his cellular telephone.  FLEURY then activated the cell phone jammer and CATALDO immediately lost the connection on his call.

CATALDO drew a sketch of the inside of FLEURY'S home (sketch enclosed in the 1A section of this file).  CATALDO stated that upon entering the front door you are standing in the family room and the kitchen in on the right.   The family room has a balcony which overlooks the parking lot.  The hallway is also located to the right.  As you walk down the hallway, there are two bedrooms on the left and a bathroom on the right.  The first bedroom has a computer with an internet connection.  The cell phone jammer is kept in this room.  CATALDO thought that this is also where FLEURY would keep the pills.  The second bedroom is the master bedroom, which also includes a bathroom.  The master bedroom overlooks the lake.

CATALDO stated that in order to gain entry into AMERISOURCE, they would have first cut the pone lines, since they are the brain to the alarm system, unless there was something directly connected to the alarm system, outside of the phone line. They would have used a cordless saws all or hack saw to cut the cord.  MURPHY studied alarms while in prison.  MURPHY'S knowledge about alarms would have made him responsible for disabling the alarm system.  They would have ripped the back door open, or cut through the roof, and lower the cell phone jammer to block the alarm's cellular back up.  CATALDO felt that they would not have done the break-in without the cell phone jammer.  After entering, they would have "killed the brain" of the alarm system.  The alarm system would be located close to where the phone line, or direct line, entered the building.  The fire alarm would also have to be disabled because the communication is more difficult to disconnect if the fire alarm was activated.

Construction bags, or a heavy duty bag that can be purchased at home depot, would be used to carry the pills. They would be in the building as long as necessary to clean it out. They owned the building after shutting down the security so they could take as long as they wanted.  The tools would have been dumped after the score somewhere they could not be found.  A box van, or UHAUL would be used for transportation.  CATALDO thought that MURPHY may have used a UHAUL on the break-in at the COSTCO in Pennsylvania.

In the past, FLEURY has discussed using a type of saw



blade to cut through the roof during a break-in. FLEURY has told
CATALDO that in using the cell phone jammer he would cut a hole
through the roof and lower the cell phone jammer to bypass the
alarm's cellular back up. CATALDO stated that MURPHY likes doing
jobs through the roof. MURPHY and ENQUIST are in good enough shape
to manage a break in through the roof. FLEURY is in poor shape and
would be the "peek man". FLEURY would have been sitting in the
truck during the break-in keeping watch.

CATALDO was not aware of any other people involved in the
theft, except for FLEURY, MURPHY, and ENQUIST.

CATALDO thought that FLEURY would be "bulking" the pills
and selling them on the street through four or five people. FLEURY
could be using JOHN DONOVAN to move some of the pills. CATALDO met
DONOVAN through BRODIE SULLIVAN of Peabody, MA. SULLIVAN recently
died from a drug overdose. DONOVAN was arrested in North Carolina
in 2006.

CATALDO did not think that FLEURY would feel any pressure
from the HELLS ANGELS to give them a piece of the score. FLEURY'S
deceased father was a HELLS ANGELS and CATALDO stated that they
take care of their own. However, FLEURY might still use HELLS
ANGELS because FLEURY wanted to maintain a good reputation.

In October 2006, when CATALDO was arrested by Attleboro
Police, he was working at Empire Architectural in Freeport, New
York (NY). CATALDO did not recall having burglarious tools with
him at the time of the arrest. CATALDO was with JOHN CRESPO,
a.k.a. FLACKO, when he was arrested. CATALDO stated that CRESPO
was currently living at his sisters house on St John Street, Bronx,
NY, near the Hunts Point area.

CATALDO met CRESPO at ANTHONY HOUSE, Roosevelt, NY,
through the purchase of heroin. CATALDO stated that CRESPO will
typically rob someone at gun point instead of making a pharmacy
break. CATALDO stated that himself/herself, FLEURY, MURPHY, and
others involved in pharmacy breaks do not carry weapons during a
score. If caught they do not want to be charged with armed
robbery, which carries a stiffer penalty.

CATALDO was told that an Attleboro Police Report stated
that CATALDO had a Police Radio, bolt cutters, and other
burglarious tools, with him at the time of his arrest, CATALDO
stated that he now recalled having the items with him. CATALDO
stated that he was living in a small apartment and kept most of his
stuff in the car. CATALDO traveled to Attleboro with CRESPO but
did not have any intention of committing a break-in on the way
there, while they were there, or on the way back. CATALDO did have
heroin with him during the trip. CATALDO took the trip to
Attleboro to take REYNOLDS to a court hearing.

CATALDO stated that he was going to use either his sister
in Lynn, MA, or FLEURY, to move pills taken from the break-in
attempted at HEALTHSMART PHARMACY in Ossining, NY. CATALDO did not
know that AMERISOURCE provided the supply of drugs for HEALTHSMART
PHARMACY. CATALDO stated that it was a coincidence. However,

---- Working Copy ----                    Page    4

CATALDO felt the score in Mansfield was bigger than he had
originally thought after learning that AMERISOURCE provided drugs
for HEALTHSMART PHARMACY.

Typically, CATALDO does not break into a Pharmacy like
HEALTHSMART because of the location. However, CATALDO was high on
heroin at the time. CATALDO stated that he found HEALTHSMART
PHARMACY through pure luck while traveling through Ossining.
CATALDO did not attempt the theft near his home because he was on
probation.

REYNOLDS contacted FLEURY to see if he would help pay to
have CATALDO bailed out of jail. FLEURY stated that he might be
able to help out but he never followed through on the request.
FLEURY called REYNOLDS a few weeks ago, but CATALDO was not sure
why. REYNOLDS has not spoken to FLEURY since.

CATALDO was with CRESPO during the break-in at
HEALTHSMART. They used an Enterprise Rental car from TF Green
Airport with Rhode Island plates. CRESPO later told REYNOLDS that
he (CRESPO) was pulled over by Ossining Police, and released, after
the attempted theft at HEALTHSMART. CATALDO was not sure if CRESPO
was in a vehicle or not.

CRESPO sent an Unidentified Male (UM1) to CATALDO to find
out if CATALDO told police that CRESPO was involved in the
HEALTHSMART break-in. CATALDO told UM1 that he has not said
anything to police. CATALDO later received a call from another
Unidentified Male (UM2). UM2 told CATALDO that CRESPO thought that
CATALDO was "telling on him." CATALDO told UM2 that he was not
telling and UM2 responded "I didn't think you were going to tell."
UM2 was further identified as someone that CRESPO purchased heroin
from.

CATALDO stated that he has not heard from DAVID NASSOR
but believes he is living somewhere in Massachusetts.





ATTLEBORO POLICE DEPT.
ATTLEBORO, MA

# Incident Supplement #8060750 - 1

Report Entered: 06/10/2008 14:11:46

Case Title                              Location
**B/E E.A. DION COMPANY**               **33 FRANKLIN MCKAY DR**
Date/Time Reported                      Date/Time Occurred
**06/08/2008 16:57:00**                 **06/07/2008 20:00:00 to 06/08/2008 16:57:00**
Incident Type/Offense
**B&E NIGHTTIME FOR FELONY c266 S16 (266/16/A )**
Reporting Officer                       Approving Officer
**CAMPION, R (155)**                    **BRILLON, A (127)**

## Persons

| Role | Name | Sex | Race | Age | DOB | Home Phone | Address |
|------|------|-----|------|-----|-----|------------|---------|
| VICTIM | DION, DENNIS | MALE | WHITE | 46 | 11/04/1961 | (home) 508-695-2713 (cell) 774-254-0860 | 107 W. BARN RD N. ATTLEBORO, MA |
| VICTIM | DION, ROLAND | MALE | WHITE | 39 | 02/24/1969 | (home) 505-222-7699 (cell) 774-254-1267 | 96 SENTINEL RD ATTLEBORO, MA |
| REPORTING PERSON | CARVALHO, MELISSA | FEMALE | WHITE | 36 | 02/15/1972 | (home) 401-437-2337 (cell) 401-477-4972 | 21 BORDEN ST RIVERSIDE, RI |

## Offenders

| Status | Name | Sex | Race | Age | DOB | Home Phone | Address |
|--------|------|-----|------|-----|-----|------------|---------|

## Vehicles

## Property

| Class | Description | Make | Model | Serial # | Value |
|-------|-------------|------|-------|----------|-------|

## Narrative

On Sunday June 8, 2008 at approximately 4:55 p.m. Unit #5 Officer Raymond Russas, Unit#2 Officer Timothy Cook Jr. and Unit #6 Officer John Hynes were detailed to the E.A. Dion Jewelry Company located at 33 Franklin McKay Drive for a report of a commercial breaking and entering.

Once on scene, Melissa Carvalho who is the company vice-president met with the Officers. Carvalho stated that earlier on Sunday she attempted to log onto the company computer from her residence. When Carvalho was unable to access the E.A. Dion internal computer system she drove to the company. Carvalho stated she drove to the office to restart the main computer.

Carvalho indicated that she had this problem in the past and rebooting the computer is the only way to reset the system. Upon arrival, Carvalho entered the business and realized it has been broken into. Carvalho contacted the Attleboro Police Department to report the incident.

The above listed Officers conducted a sweep of the interior of the company to ensure that no suspects were inside the building. Officer Russas contacted dispatch and requested that a detective respond to his location to assist him in the investigation. Once the building was cleared, all personnel exited the building and awaited the arrival of the detective.

At approximately 5:20 p.m. Detective Campion arrived on scene. Detective Campion met with Officer Russas who related the following information. Upon arriving on scene and entering the building the Officers observed a large 3' by 4' hole had been cut through the roof to gain access to the inside of the building. Once inside the suspect(s) forced thier way into the vault room and removed a large safe. The vault area and safe contained gold, silver, and platinum flat stock sheets of material. It appeared that the safe was somehow removed from the vault room and then taken out of the building. Officer Russas also pointed out that the exterior telephone wires had been cut. Detective Campion viewed the telephone wires and noted that they were cut and had been tucked back up into the remaining wires to avoid detection. None of the cut wires were visible from the street.

At approximately 5:35 p.m. Detective James Cote arrived on scene to assist Detective Campion and Officer Russas in the investigation. Shortly after Detective Cote's arrival, the owners of E.A. Dion, Roland Dion and Dennis Dion, arrived on scene.

At this time, Detective Campion and Detective Cote began an investigation into the theft at the E.A. Dion Company. Detective Campion, Detective Cote, Dennis Dion and Roland Dion conducted a second walk through of the company. Dennis Dion provided information about items within the factory that had been moved or stolen during the break. Dennis Dion stated that the company was outfitted with an A.D.T. Alarm System and had a secondary dial-up (radio frequency) cellular alarm system. In addition to the A.D.T. alarm and the secondary cellular system the vault room safe was also outfitted with a proximity sensor alarm to detect any movement of the safe.

Detectives Campion and Cote viewed the outside telephone wires and the locations where the phone lines entered the building. The phone lines are located in the front (south side) of the E.A. Dion Company. The alarm / telephone wires originate from a telephone pole located next to the front delivery door. Several telephone wires were cut and it appeared that the Fire Alarm System had also been tampered with. Detectives noted that the Fire Alarm antenna had been cut off and removed from the scene. Detectives entered the building and located the electrical room. This room is located between the office area and the main factory floor. It was observed that the A.D.T. Alarm box was missing from the wall and several interior telephone lines had been cut. The ADT alarm box had been forcefully removed from wall and was later located next to the entry point.

Detectives entered the vault room and observed several alarm wires just inside the vault room door had been cut or unplugged to de-activate the proximity sensor alarm on the Bernadini Safe. Detective Campion noted that the entry door to the vault room had been pried open, the steel casing was pried to gain entry to the vault room magnetic lock. It appeared that once the door was pried open the suspect(s) were able to access the deadbolt lock and magnetic lock to force entry into the vault room. Detective Campion observed a 2" wide scrape mark on the

floor traveling from the location of the safe towards the vault room door. The suspect(s) appeared to have loaded the safe onto some type of device prior to exiting the vault door. Ounce outside the vault room no further scrapes were observed on the concrete floor.

Dennis Dion stated that the Bernadini Safe weighed approximately 2 thousand pounds, and had a large front door that weighed approximately 1,000 lbs. The safe was placed on four plastic discs and was not fastened to the concrete floor.

It had appeared that the safe or other heavy equipment might have been removed through a door located on the west side of the building. Detective Campion observed two gouge marks on a concrete walkway just outside of this door. The marks were approximately 1" to 1 1/2 " in width and were approximately 3' apart. The marks stopped just short of the asphalt parking lot. The scrape marks were later photographed by Detective Campion to document there condition and how they appeared on June 9, 2008.

Detectives Campion and Cote utilized a ladder to gain access to the rooftop of the E.A. Dion Company. Once on the roof, the Detectives observed a large 4' by 6 ' cut hole in the roof. Detectives observed a larger cut out section with a smaller 3' by 4' hole through the sheet metal, allowing access to the interior of the building. The cut hole was located on the older section of the building and was closest to the front 1/3 of the building. Detective Cote noted two large section of ridge form insulation lying on the rooftop next to the entry point. Lying along side the insulation was a large section of steel roofing. It had appeared that the steel section of roof had been cut with a power tool similar to a reciprocating saw. Detectives observed three 1" by 1" punch out holes on the side of the cut out section. It was believed that these holes were used to penetrate the roof and as a starting point for the reciprocating saw. It appeared in one of the cut holes (north side) that the suspect(s) first cut towards the north side of the building where the saw made contact with the " I beam" , the suspects then changed direction cutting out a section in the opposite direction. Detectives secured the form insulation and section of steel roof as evidence in this investigation. These items were secured and later transported to Police Headquarters.

Detectives observed numerous shoe impressions on the rubber rooftop around the entry point. Detectives followed the shoe impressions from the entry point to the front of the building (south side facing Franklin McKay Drive). It was noted that the shoe impression stopped in the area where the telephone wires reached the side of the building. It was believed that the suspect(s) leaned off the roof to gain access to the telephone lines. From this location the suspect(s) would have been able to reach down and cut the alarm wires.

From the entry point, Detectives observed a large scrape mark and several shoe impression coming from the north side of the building (rear). Detectives noted that the scrape marks were approximately 3' to 4' wide. The scrape marks originated from an area on the roof next to a fenced in ventilation system. Detectives theorized that the suspect(s) might have gained access to the rooftop by climbing the fencing and pulling themselves up onto the rooftop. Once on the rooftop the suspect(s) might have used ropes to pull thier gear up onto the roof.

Detective Cote photographed the rooftop to document the footwear impression, entry point, and the scrape marks. Trooper David MacKie of the Massachusetts State Police Crime Scene Services Unit arrived on scene to assist the detectives in their investigation. Trooper MacKie also photographed the crime scene and assisted in fingerprinting several items.

Trooper MacKie inspected and photographed the rooftop. Trooper MacKie and Detective

Campion noted that several of the boot impressions had a logo or marking in the center of the boot impression. Trooper MacKie was able to identify the boot tread (outer sole) as a Tingley sole. Trooper MacKie photographed the boot impressions to document the visible impressions on the rooftop. Trooper MacKie used a rubber cast to retrieve an impression of the boot tread made from the Tingley sole. Trooper MacKie maintained custody of all evidenced seized by the Massachusetts State Police.

Trooper MacKie later researched the Tingley name. It was learned that Tingley is a maker of Natural Rubber Work Overshoes. Tingley rubber boots are used in food processing, transportation, utilities, construction, industry and agriculture. The Tingley outer boot lists on their web site, www.tinglerubber.com, as an easy to remove kick off heal for hands free removal. Based on the above information, it was possible that more than one person was on the rooftop prior to gaining entry into to E.A. Dion.

Detective Campion and Detective Cote did locate several miscellaneous items on the roof. Detective Campion located a product label and SKU number 8 81756n 62608 7 Vendor#62206 for a Husky 50 foot 50-amp 125-volt extension cord. This item was photographed and secured as evidence. A package of Crown Bolt tornillo para metal #12 screw size 2 ½ flat head screws. SKU # 0 30699 26831 3 was also located. These items were photographed and secured as evidence by Detectives Campion and Cote.

Detective Campion walked the perimeter of the building in an attempt to locate any additional evidence in this theft. Detective Campion retrieved a Coca Cola Soda can, several clear plastic wrappers, and an empty box of Marlboro Cigarettes. All of these items were secured as evidence.

As the Detectives checked the west side of the building they observed two gouges on a concrete ramp. It was noted that door lead directly into a room located on the far northwest corner of the building. The adjacent room, connected by a steel door, was a room located just outside the Vault room. The adjacent room, next to the Vault also had a steel exit door that leads out to the west side parking lot. It was unknown as to which exit door was used to remove the safe from the building. The device used to remove the safe might have caused the gouge marks on the concrete walkway just outside northwest corner door. The marks were photographed by the Detectives and secured as evidence in this investigation.

Detective Campion spoke with Dennis Dion and Roland Dion in regards to items that had been stolen. Dennis Dion informed Detective Campion that the company vault and the contents of the safe contained approximately 2 million dollars of material. Dennis Dion stated that the safe was used to store high-end items, such as the New York Giants Super Bowl Rings, Daimler Chrysler rings, diamonds, gems and flat stock. Dennis Dion showed Detective Campion several pieces of "flat stock", the product is approximately 3' long, 4" wide, and 1/8 to 1/4 inches thick of precious material such as 14k gold, platinum, sterling silver, etc. A storage rack located just inside of the vault room door contained a large amount of "flat stock". Approximately 70 % of the precious material had been stolen. Dennis Dion informed Detective Campion that in addition to these items being stolen, the vault room also contained gems, such as diamond and other precious stones. A container later located outside the vault room, next to the location were the suspect(s) had entered the factory, was retrieved. The plastic box contained numerous 2" by 2" draws, and each draw did contain gems used by the Dion Company in rings such as the NY Giants Super Bowl ring or the Daimler Chrysler rings. A large majority of the gems had been stolen during the theft.

Detectives Campion and Cote noted that the suspect(s) avoided certain areas within the factory.

Most of the office area and a storage area located on the main factory floor were not damaged and did not appear to have been broken into. The Vault room, Dennis Dion's Office, Roland Dion's Office, and several small offices located just outside the vault room were broken into. It appeared that the suspect(s) were aware of locations of high-end items and where the surveillance systems were located once inside the factory. The hard drive for the exterior and interior surveillance systems was located inside of Dennis Dion's office. The suspect(s) simply located the surveillance system hard drive cut the wire linking them to the interior and exterior cameras. The hard drives were not located inside the factory and are believed to have been stolen during the theft.

On Monday June 9, 2008 at approximately 9:20 a.m. Detective Alex Aponte contacted Detective Campion in regards to an item that had been located at the E.A. Dion Company. Detective Aponte received a telephone call from Dennis Dion in regards to large DeWalt canvas bag containing a Milwaukee drill with an electromagnetic device attached to the drill. Detective Campion requested that Detective Aponte respond to the E.A. Dion Company and secure the drill as evidence. Dennis Dion pointed out the canvas bag and location where it was found. Detective Aponte noted that the item was located in the shipping area. The bag just inside the main shipping overhead door. It had appeared that the suspect(s) accidentally left the drill behind. Detective Aponte photographed the evidence and then secured the items and transported them to police Headquarters. Dennis Dion also located three plastic bottles containing cleaning solution. These bottles were found near the drill in the main factory. Detective Aponte photographed and secured these items as evidence and transported them to Police Headquarters.

On Tuesday June 10, 2008 at approximately2:00 p.m. Detective Campion and Detective Cote met with Special Agent Bryan Zinn of the Federal Bureau of Investigation (F.B.I). Detectives Campion and Cote provided SA Zinn will the details surrounding the theft at the E.A. Dion Company. SA Zinn obtained reports   and photos from the crime scene and indicated that the F.B.I would assist the  Attleboro Police Department with the investigation. On June 12, 2008 SA Charles  Cabral and SA Kenneth Benton of the Federal Bureau of Investigation contacted Detective Cote to inform him that Cabral and Benton had been assigned to conduct an investigation into the theft at the E.A. Dion Company. The information previously given to SA Zinn was forwarded to SA Cabral and SA Benton.

On Thursday June 12, 2008 Dennis Dion contacted Detective Campion in regards to additional items that had been stolen. Dennis Dion stated that a pallet hand jack had been stolen from E.A. Dion on the night of the theft. Dennis indicated that the company did not realize the jack was missing until several days after the theft.  The type of pallet jack stolen had a lifting capacity of 5,000 lbs. The pallet jack would have been capable of lifting the Bernadini Safe. Most likely the pallet jack was used to remove the safe from  the vault room and moved to the overhead door in the shipping area. If a large moving truck was backed up to the loading ramp, the safe could have been rolled directly into the truck. The shipping area was the same location were the Milwaukee drill was left behind. It appeared to Detective Campion that the suspect(s) stored thier equipment and stolen items in the shipping area. Once a vehicle was backed up to the overhead shipping door, these items were loaded into a get away vehicle.

On Thursday June 12, 2008 Detective Campion transported the canvas bag containing the Milwaukee drill and the plastic trash bag containing three plastic bottles to the Massachusetts State Police Crime Lab in Lakeville, MA. All of the above items were submitted to the crime lab to be analyzed.

On Friday June 13, 2008 SA Cabral, SA Benton, Detective Campion, Detective Cote, and Detective Castro met at the Attleboro Police Department. SA Cabral and SA Benton were provided additional information in regards to the Attleboro Police Department investigation. SA Cabral and SA Benton were updated on information obtained from possible witnesses and a potential time line of events. SA Cabral and SA Benton were provided current reports, and photographs attached to the Attleboro PD investigation. SA Cabral and SA Benton informed the detectives that the F.B.I would be conducting an investigation into the theft and would be speaking with Assistant United States Attorney James Lang on Monday in regards to opening a Federal Investigation into the theft.

The above report was completed by Detective Campion to document the basic information obtained during the onset of this investigation. This is an on going investigation by the Attleboro Police Department, Massachusetts State Police and the Federal Bureau of Investigation. Additional supplemental reports will follow.

Detective Richard P. Campion

Attleboro Police Department



**ATTLEBORO POLICE DEPT.**
*ATTLEBORO, MA*

# Incident Supplement #8060750 - 2

Report Entered: 06/12/2008 13:18:24

| Case Title | Location |
|---|---|
| **B/E EA DION** | **33 FRANKLIN MCKAY DR** |
| Date/Time Reported | Date/Time Occurred |
| **06/08/2008 16:57:00** | **to** |

Incident Type/Offense

**B&E NIGHTTIME FOR FELONY c266 S16 (266/16/A )**

| Reporting Officer | Approving Officer |
|---|---|
| **BRILLON, A (127)** | **BRILLON, A (127)** |

## Persons

| Role | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|
| **VICTIM** | **EA DION,** | | | | | (home) 505-222-9662 (cell) | **33 FRANKLIN MCKAY DR ATTLEBORO, MA** |

## Offenders

| Status | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|

## Vehicles

## Property

| Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|

## Narrative

On Thursday, June 12th, 2008 Detective Sergeant Arthur Brillon assisted Detectives Richard Campion and James Cote with a "neighborhood canvass" of the Franklin McKay Drive area. The canvass was conducted in an effort to identify if there had been any witnesses to the commercial burglary at E.A. Dion Company. The purpose was also to determine if any video surveillance existed in any of the surrounding businesses.

Sergeant Brillon spoke with Glen Nordstrom (Director of Operations) of CHEX FINER FOODS located at #39 Franklin McKay Drive (508-226-0660). Chex is located immediately to the left of the E.A. Dion Company. Sergeant Brillon learned that the Chex building has no external video recording system. Sergeant Brillon inquired as to whether or not the burglar alarm system had been "tripped" recently or if there had been any other unusual activity with the system and he learned that there had not.

Sergeant Brillon spoke with Roger Tenglin of CASTECHNOLOGIES located at #40 Townsend Road (508-222-2915). Castechnologies is located diagonally across from E.A. Dion Company. It should be noted that the front door/office faces Townsend Road, however the rear of the building does face E.A. Dion. Tenglin reported that there is no external video surveillance system in place at the company.

Sergeant Brillon spoke with Dennis Thomas of R.H. CHENEY COMPANY located at #75 Townsend Road (508-222-7300). It should be noted that Cheney Company faces Townsend Road and it would appear that there is not a direct visibility line between Cheney Company and E.A. Dion. Thomas reported that there is no external video surveillance system in place at the company.

Sergeant Brillon spoke with Christopher Morin of the IPSCO COMPANY located at #19 Franklin McKay Drive (508-226-1776). It should be noted that Ipsco is located immediately to the right of E.A. Dion and that the two businesses are separated by Dion's parking lot. Morin reported that he does not have an external video surveillance system in place at the company.

Morin was asked if he had witnessed any unusual or suspicious activity at Dion. Morin reported that he had been at his business on Saturday afternoon/ evening painting a car he is restoring. Morin said that at about 5:00(P.M.), he took a break and walked out the rear door to get some fresh air. Morin said that as he walked back toward the building, he saw "something" in the Dion parking lot. He said he could not remember what he saw but recalls seeing something. He was asked if it was a car, truck, person and he reiterated he could not remember. He repeatedly said that something was there.

Sergeant Brillon notified Detective Campion of this information. Detective Campion reported that the Dion company van was in the parking lot between Dion and Ipsco so that might have been what Morin saw, however that can not be confirmed.

Sergeant Brillon spoke with Paul Toner of the ATTLEBORO POWER EQUIPMENT located at #7 Franklin McKay Drive (508-226-3410). It should be noted that A.P.E. is situated two buildings to the right of Dion company. Toner reported that the building is not outfitted with an external video surveillance system. He reported nothing unusual in the days preceding the burglary at Dion.

Nothing further to report.

Respectfully submitted,


Arthur J. Brillon
Detective Sergeant

Main Form                                                                                        Page 1 of 2



ATTLEBORO POLICE DEPT.
*ATTLEBORO, MA*

## Incident Supplement #8060750 - 3

Report Entered: 06/15/2008 21:46:20

| Case Title | Location |
|---|---|
| **B/E EA DION** | **33 FRANKLIN MCKAY DR** |
| Date/Time Reported | Date/Time Occurred |
| **06/08/2008 16:57:00** | **to** |
| Incident Type/Offense | |
| **B&E NIGHTTIME FOR FELONY c266 S16 (266/16/A )** | |
| Reporting Officer | Approving Officer |
| **COTE, J (157)** | **BRILLON, A (127)** |

## Persons

| Role | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|
| **VICTIM** | **EA DION,** | | | | | (home)<br>(cell) | **33 FRANKLIN MCKAY DR ATTLEBORO, MA** |

## Offenders

| Status | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|

## Vehicles

## Property

| Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|

## Narrative

On Thursday, June 12th, 2008, Detective James Cote conducted a canvass of the businesses located in the Frank Mossberg / Franklin McKay Industrial Park in the City of Attleboro. The intention of this canvass was to identify any businesses with exterior surveillance cameras or identify any possible witnesses to the theft which occurred at the EA Dion Company, 33 Franklin McKay Drive.

Detective Cote interviewed the following business representatives;

RADFORD WAREHOUSE, 30 Franklin McKay Drive, (across the street from EA Dion), no exterior cameras. Employee David Tuccinardi and manager Steve Hass (781-769-2300) were interviewed and could not offer any leads or information.

Owner Scott Radford, 781-830-9128 5 Village Gate Rd Canton MA , reported that on Saturday June 7, 2008, between 10:15am and 11:15am, he and Scott Horton (508-326-0863 21 Twin Oaks Village Mansfield MA) were at the warehouse retrieving their motorcycles which they store at this location. During this time, two unidentified males appeared to be landscaping the EA Dion grounds. The males possessed tools for landscaping, however, no truck or landscape vehicle was observed.

One male was described as white, thin, olive complected, wearing "ratty" jeans, and had a receding hair line. The male appeared to be possibly between forty and fifty years of age. No further information provided.

GYM SOURCE, 20 Townsend Road, (Located in old Handy and Harmon Building). Operations manager Aaron Palmer was interviewed. No employees would of been working during the night of the theft. Exterior cameras do exist, however, they do not record or face the direction of the roadway.

US INSTALLATION GROUP, 20 Townsend Road. General Manager John Trent (321-752-5730) was interviewed. No exterior cameras exist.

HANDY AND HARMON BUILDING PROPERTY, 20 Townsend Road. Project manager Brian Wilson (617-816-7466) was interviewed by this Detective. All exterior cameras are not operational.

GENERAL METAL FINISHING, 42 Frank Mossberg Drive, No exterior cameras.

McVAN, 35 Frank Mossberg Drive, No exterior Cameras.

STERNGOLD, 23 Frank Mossberg Drive, Laura Greige (508-226-5660). No exterior cameras.

MINI-SYSTEMS, 45 Frank Mossberg Drive, Kenneth DiRaffaele (508-695-0203), No exterior cameras.

Further canvassing of the Industrial Park will continue and additional reports could follow.



ATTLEBORO POLICE DEPT.
*ATTLEBORO, MA*

# Incident Supplement #8060750 - 4

Report Entered: 06/17/2008 09:04:07

| Case Title | Location |
|---|---|
| **B/E EA DION** | **33 FRANKLIN MCKAY DR** |
| Date/Time Reported | Date/Time Occurred |
| **06/08/2008 16:57:00** | **06/08/2008 07:00:00 to 06/08/2008 07:40:00** |
| Incident Type/Offense | |
| **B&E NIGHTTIME FOR FELONY c266 S16 (266/16/A )** | |
| Reporting Officer | Approving Officer |
| **CAMPION, R (155)** | **BRILLON, A (127)** |

## Persons

| Role | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|
| VICTIM | DION, DENNIS | MALE | WHITE | 46 | 11/04/1961 | (home) 508-695-2713 (cell) 774-254-0860 | 107 W. BARN RD N. ATTLEBORO, MA |
| VICTIM | DION, ROLAND | MALE | WHITE | 39 | 02/24/1969 | (home) 505-222-7699 (cell) 774-254-1267 | 96 SENTINEL RD ATTLEBORO, MA |
| WITNESS | MEIERHOFER, GREGORY | MALE | WHITE | 43 | 06/21/1964 | (home) 508.212.1805 (cell) | 26 CASEY WAY ATTLEBORO, MA |

## Offenders

| Status | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|

## Vehicles

## Property

| Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|

## Narrative

On Friday June 13, 2008 Sgt. Arthur Brillon received an email on the Attleboro Police
Department Tipster Line. Sgt. Brillon received an email from Gregory Meierhofer with an
address of 26 Casey Way, Attleboro, MA. Meierhofer provided a contact telephone number of
508-212-1805. Sgt. Brillon forwarded this email to Detective Campion and requested
that Detective Campion contact Meierhofer in regards to a truck that he observed on Sunday
June 8, 2008.

On Friday June 13, 2008 at approximately 1:30 p.m. Detective Campion contacted Mr.
Meierhofer in regards to the information that he provided to the APD Tipster Hotline. Meierhofer
stated that on Sunday June 9, 2008 at approximately 7:20 a.m. Meierhofer was walking with his 2-
year-old son from Casey Way to the Attleboro Industrial Park. Meierhofer stated that his son likes
to look at the trucks parked in the parking lot of the Ranford Warehouse located at 30 Franklin
McKay Drive. It should be noted that this business is located across the street from the E.A.
Dion Company. Meierhofer stated that as he and his son walked down County Street towards the
entrance of Franklin McKay Drive he observed a 24-foot Budget Rental Truck turning right onto
Franklin McKay Drive. Meierhofer stated that he continued his walk turning onto Franklin
McKay and to the parking lot of Ranford Warehouse. After approximately 15 to 20 minutes later,
approximately 7:40 a.m. to 7:50 a.m., Meierhofer was exiting Franklin McKay Drive when he
observed the Budget Rental Truck exiting Frank Mossberg Drive. Meierhofer stated that the
truck was traveling very slow and turned right (outbound) County Street. Meierhofer stated it was
the same Budget truck that he had observed approximately 20 minutes earlier. Meierhofer thought
it was odd that the truck turned right on County Street because the County Street Bridge
was closed due to construction. Meierhofer stated that most trucks exit the Industrial Park heading
inbound to access Route 95.

Detective Campion questioned Mr. Meierhofer about why he thought the truck that he
observed was a Budget Rental Truck. Meierhofer stated he was able to see the logo on the side of
the truck, and recalled the colors of the truck being orange and blue. Meierhofer stated the front of
the truck had just a white cab with nothing above the cab like a refrigerator unit, he believed the
truck was a larger rental truck and stated the vehicle was a 24 footer. Meierhofer was unable to
observe any of the occupants inside the vehicle and was unable to obtain a registration on the
truck. Mr. Meierhofer stated he contacted the Police Department after reading about the theft at
the E.A. Dion Company because it was abnormal to see a truck inside the industrial park on a
Sunday morning.

Detective Campion researched the Budget Rental web site and learned that Budget does have
orange and blue lettering and a logo on the side of their vehicles. Budget also rents a 24' moving
truck with a lift gate. The vehicle observed on the website matched the description provided
by Mr. Meierhofer.

Detective Campion requested that Gregory Meierhofer check the industrial park in an attempt to
locate a similar truck. Detective Campion informed Meierhofer that Morin's Catering located on
Frank Mossberg Drive uses Hertz Rental Trucks, which are similar to the Budget Rental Trucks.
Detective Campion wanted to confirm that the vehicle observed by Meierhofer was not one of
the Morin's Catering trucks. On Saturday June 14, 2008 Meierhofer spoke with Detective Cote
who stated that the Morin's Catering truck was NOT the one observed he observed on
Sunday Morning. Meierhofer restated that the truck he observed was a 24"Budget Rental Truck.

It should be noted that on Saturday October 13, 2008 Detective Russell Castro began an
investigation into items that had been found at the Stone E Lea Golf Course. Detective
Castro located numerous tools, ropes, gloves, tingley rubber outer boots, pry tools, portable walk-
e-talkies, pre-pay cellular telephones and a cellular telephone jammer. It was noted that these
tools were dropped close to the Jostens Jewelry Company located on Frank Mossberg Drive. The
tools were hidden in the woods behind Jostens's between Route 95 and the Stone-E- Lea Golf
Course. Detective Castro viewed surveillance footage from Jostens's security system. Detective
Castro observed a Budget Rental Truck pull into the Jostens's Factory parking lot. The
footage showed several subjects exit the Budget Rental Truck and run up the path located behind
Jostens's. This was the location were the equipment was located the following morning. A grounds

keeper for the Stone-E-Lea Golf Course found these items. Detectives Castro and Campion viewed the photos obtained on October 13, 2007 and noted that the vehicle in the footage was consistent with a 24' Budget Rental Truck.

A copy of this report will be forwarded to Federal Bureau Investigation, SA Charles Cabral and SA Kenneth Benton.

Detective Richard Campion

Attleboro Police Department



**ATTLEBORO POLICE DEPT.**
*ATTLEBORO, MA*

# Incident Supplement #8060750 - 5

Report Entered: 06/24/2008 20:49:06

| Case Title | Location |
|---|---|
| **B/E EA DION** | **33 FRANKLIN MCKAY DR** |
| Date/Time Reported | Date/Time Occurred |
| **06/08/2008 16:57:00** | to |
| Incident Type/Offense | |
| **B&E NIGHTTIME FOR FELONY c266 S16 (266/16/A )** | |
| Reporting Officer | Approving Officer |
| **CAMPION, R (155)** | **BRILLON, A (127)** |

## Persons

| Role | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|
| **VICTIM** | **DION, DENNIS** | **MALE** | **WHITE** | **46** | **11/04/1961** | **(home) 508-695-2713 (cell) 774-254-0860** | **107 W. BARN RD N. ATTLEBORO, MA** |
| **VICTIM** | **DION, ROLAND** | **MALE** | **WHITE** | **39** | **02/24/1969** | **(home) 505-222-7699 (cell) 774-254-1267** | **96 SENTINEL RD ATTLEBORO, MA** |

## Offenders

| Status | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|

## Vehicles

## Property

| Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|

## Narrative

Neighborhood Canvas

On Thursday June 12 and Friday June 13, 2008 Detective Campion conducted a neighborhood canvas of a residential neighborhood located behind the E.A. Dion Company. Detective Campion went to Peters Way and Kellcourt Drive in an attempt to speak with the residences.

Detective Campion went to the several addresses on Kellcourt Drive and Peters Way in and attempt to make contact with the residence. If no evidence was gained Detective Campion left a business card and requested that if anyone at that address recalled seeing or hearing anything to contact Detective Campion.

68 KELLCOURT DRIVE: Christopher and Patricia ADAMS spoke with teenage son who indicated he did not hear or see anything over the weekend. Detective Campion left business card.

31 PETERS WAY: Daniel Fitzgerald spoke with Mr. Fitzgerald who stated he was away over the

weekend and returned on Sunday June 9, 2008. Mr. Fitzgerald stated that he recalled it being extremely hot on Saturday and Sunday and had his central air conditioning on which would have prevented him from hearing anything. Detective Campion left his business card.

39 PETERS WAY: Hazel and Jeffery Daley: Detective Campion spoke with Hazel Daley who reported she did not hear or see anything over the weekend. Detective CAmpion left his business card and requested that if Mrs. Daley or her family recalled hearing or seeing anything to contact Detective Campion.

55 PETERS WAY: Glenn and Shannon Marshall, Detective Campion spoke with both Glenn and Shannon Marshall. Shannon Marshall stated that she was home over weekend but did not hear or see anything. Detective Campion later spoke with Glenn Marshall who related to Detective Campion that he was cutting his lawn on Sunday June 9, 2008. Glenn Marshall has a police/fire scanner and heard the dispatcher call sending Officer Russas, Officer Cook and Officer Hynes to the E.A. Dion for a reported break. Mr. Marshall stated he was aware of the commercial break but did not hear or see anything earlier in the weekend. Detective Campion left Glenn and Shannon Marshall a bussiness card and requested that they call if they remember seeing or hearing anything.

71 PETERS WAY: Leonard Burke, Detective Campion spoke with a teenage daughter and informed her of the on going investigation. Detective Campion provided her a business card and asked for her to speak with her parents and ask them if they recalled hearing or seeing anything over the weekend. Detective Campion requested that if anyone had information to contact Detective Campion.

Detective Campion spoke with the residence directly behind the E.A. Dion Company. Detective Campion requested that the above residence speak with there neighbors and inform them of the on going investigation and if anyone recalled seeing or hearing anything to contact the Attleboro Police Department.


Detective Richard Campion


Attleboro Police Department

Main Form

## Sample Trays – Amounts and Estimated Values

| | |
|---|---|
| 10 pads | **High End Fashion** (Tiffany Items, Generic Gold & Sterling Fashion Jewelry, etc.) |
| 4 pads | **Expressions/Logo Pops** (Expressions are Non-Precious, but Logo-Pops are all Sterling) |
| 4 pads | **Travel/Trip Charms** (Sterling and Gold Trip Charms and Charm Bracelets) |
| 8 pads | **Safety** (Precious and Non-Precious Pins, Belt Buckles, Frito-Lay Watches, etc.) |
| 12 pads | **Promotional** (Primarily Screened & Photo-Decal Pins, but also Key Tags, Bag Tags, etc.) |
| 0 Missing | **DSA** (Pins, Charm Holders, Necklaces, Bracelets, etc. related to Direct Selling Industry) |
| 10 pads | **Healthcare** (Precious and Non-Precious Pins, Primarily Service Awards) |
| 4 pads | **Specialty** (Primarily Non-Precious – MedicAlert, Relay for Life, Medallions, etc.) |
| 6 pads | **Athletic** (Primarily Non-Precious Pins, Key Tags, Cufflinks, etc.) |
| 5 pads | **Accessories** (Precious and Non Precious Metal Cufflinks, Peanut & Non-Peanut Money Clips, Golf Divit Fixers, etc.) |
| 4 pads | **Blue Ribbon** (Precious and Non Precious Metal Pins) |
| 3 pads | **Anniversary** (Primarily Non-Precious Pins) |
| 4 pads | **Organizational** (Precious and Non Precious Metal Pins) |
| 10 pads | **Service Recognition** (Precious Metal Pins) |

**TOTAL TRAYS MISSING: 84**   (Does NOT include trays remaining)

Remaining Trays In-House after Break-In:        21 Full Size Trays
                                                15 ½ Size Trays

## Loose Jewelry in Trays

2 Trays of Trip Charms

2 Trays of Precious Metal Pins

1 Tray of Tiffany Product (Pins, Charms, Key Tags, etc.)

1 Tray of Necklace Chains (Precious)

1 Tray of Bracelet Chains (Precious)

1 Tray of Generic Fashion Jewelry (Non-Precious)

1 Tray of Logo-Pops from China (Taken from Jim S.'s Office) - Recently invoiced at
$1,572.95 from Sesam Promotions (Hong Kong) Ltd. (invoice attached)

Jewelry in Showroom Display Boxes x 8 Boxes (excl. rings)

## Miscellaneous Fixtures/Supplies

3 Rolling Sample Cases

10 Ring Storage Boxes

8 Sets of Showroom Display Fixtures

84 White Velveteen Sample Pads

84 Black Sample Pad Boxes

Sesam Promotion (H.K.) Ltd.
Rm. 501 Trend Centre
29 Cheung Lee Street
Chai Wan, Hong Kong
Tel.(852)23916398, 23916314
Fax. (852) 35759994
Email address : sesam@netvigator.com

# INVOICE

To : E.A. Dion Inc.
    33 Franklin McKay Rd.,
    Attleboro, MA 02703,
    U.S.A.
Attn.: Mr. Ted Dion/Ms. Lisa D'Acchioli
Tel. : 800-445-1007 x 115

Invoice No. 2743

Date : 27th May, 2008.

Re. Jewellery Pops from Italina
(A) Brass w/0.05 mic. Imitation Rhod. : 20 pcs. pops x USD1.20 = USD24.00
(B) Brass w/0.25 mic. Gold    : 20 pcs. pops x USD1.30 = USD26.00
(C) Brass w/0.05 mic. Rhod    : 20 pcs. pops x USD1.35 = USD27.00
(D) Stainless steel w/0.05 mic. Rhod  : 20 pcs. pops x USD2.30 = USD46.00
(E) Stainless steel w/Nil    : 20 pcs. pops x  USD2.05 = USD41.00
(F) Sterling silver w/0.05 mic. Rhod  : 20 pcs. pops x  USD3.95 = USD79.00
Brass w/0.25 mic. Imitation Rhod  heart pendant : 10 pcs. x 1.20 = USD120.00
Mould charges for Brass and Sterling silver logo : USD150.00  = USD150.00
Mould charges for Stainless steel logo : USD200.00  = USD200.00
Mould charges for Heart pendant :  USD130.00  = USD130.00

Re: Jewellery Pops from Easthill
(G) Brass w/0.25 mic. Gold  : 20 pcs. pops x USD0.90 = USD18.00
(H) Brass w/0.05 mic. Rhod  : 20 pcs. pops x USD0.95 = USD19.00
(I)  Brass w/imitation rhod  : 20 pcs. pops x USD0.85 = USD17.00
(J) Sterling silver pops  : 20 pcs. pops x USD3.25  = USD65.00
Brass Heart earrings w/0.25 mic. Gold : 10 pairs x USD3.00 = USD30.00
Mould charges for Logo  : USD200.00 = USD200.00
Mould charges for Heart earrings : USD120.00 = USD120.00

Re: Jewellery Pops from Energetix
(K) Stainless Steel pop  : 2 pc. pops x USD2.30 = USD4.60
Stainless Steel 'double ring' pendant  : 1 pc. x USD6.35 = USD6.35
Mould charges for Logo : USD200.00  = USD200.00
Mould charges for pendant :  USD50.00  = USD50.00

Total : USD1,572.95

For and on behalf of
SESAM PROMOTION (H.K.) LIMITED

......................................
Authorized Signature(s)