ATTACHMENT 1

Exhibit 3

CJIS 242713   01/21/2009 0824   S1574/6574.
                    MASSACHUSETTS REGISTRY OF MOTOR VEHICLES      01/21/09 0824
                                    DRIVER HISTORY

KEYS USED: S3934S887


OLN: S09345887                    ST: MA                              PAGE 02
NAME:     L: BROWN         F: DENNIS      M:          DOB: 10/04/1701
DBA/CL NAME:
STATUS: ACTIVE      HOLDER: CRAS887


  ENTRY        INCIDENT             DESCRIPTION                  DAT FLAGS
  DATE:        DATE:                                            DATE
 11/16/86    06/27/86  SPEEDING CHARLESTOWN R            e54 10/14/86
                                END OF HISTORY


CJIS 22966.9    21/21/2009 0824   SC074/747.
                    MASSACHUSETTS REGISTRY OF MOTOR VEHICLES      21/21/09 0824
     DRIVER  INQUIRY
  KEYS USED:          BROWN            DENNIS              123101
OLN:S09345887              STATUS:ACTIVE        DOB: 22/40847
CDL STATUS:            SCHOOL:
  NAME L: BROWN         F: DENNIS      M: W         LAST 10/04/1985
   SEX: M       HGT: 6 00
 RESIDENCE:                            CITY:              ST:     ZIP:
   BLDG/APT:
 MAIL ADDR: 56 HIGH DECK ST      CITY: LYNN       ST: MA ZIP: 01bdar0015
   BLDG/APT:
 DRIVERS ED: N    FAB REVIEW: 0     MILITARY: N
 PREVIOUS NAME  L:            F:           M:
 RESTRICTIONS: N           FLAG:      10/
 TYPE:   CLASS   ISSUE DATE  EXP DATE
   L:  D     80/6/1951   12/24/2050



DRIVER INQUIRY
KEYS USED:          BROWN          DENNIS          188451
DLN:B174656547              STATUS:          SUSP
CDL STATUS:              REASON:
NAME L: BROWN          F: DENNIS     M: W              DOB: 10/24/1951
   SEX: U     HGT: 6 08
   RESIDENCE:                    CITY:              ST:     ZIP:
      BLDG/APT:
   MAIL ADDR: 36 HIGH ROCK ST     CITY: LYNN          ST: MA ZIP: 01902-3815
      BLDG/APT:
   DRIVERS ED: N     MAB REVIEW:          MILITARY: N
   PREVIOUS NAME L:                    F:              M:
   RESTRICTIONS:              TIME:          TO
TYPE     CLASS     ISSUE DATE     EXP DATE

CJIS 240540     01/21/2009 0824     5L574/5574.

CSD     ****IIIHS CANDIDATE NAME LIST*

KEY          NAME                    DOB     SX RC DHI HAI HGT WGT OCA
W8187429 BROWN DAVID M              05.0801 M  W  BRO BRO 508 160 LMTC
W0995127 BROWN DENNIS              030624 M  U  BRO BRO 015 198 LMMI
W3535504 BROWN DENNIS              035254 M  U  XXX XXX 040 600 LMTC
W4961953 BROWN DENNIS              038851 M  U  XXX XXX 099 300 LMTC
W4981955 BROWN DENNIS              028604 M  U  XXX XXX 089 066 LMTC
W0354013 BROWN DENNIS G            032249 M  U  XXX XXX 080 080 LMTC
W5967508 BROWN DENNIS G            138545 M  W  XXX XXX 000 029 LMTC
W0958132 BROWN JAMES              021431 M  U  BRO BRO 040 176 LMTC
W9714425 BROWN VALERIE            011705 F  B  BLU BLU 000 130 LMTC
W4072159 BROWN REBECCA M          035351 F  B  XXX XXX 000 000 LMTC
W3962425 BROWN CLAIRE              110151 F  U  XXX XXX 000 230 LMTC
W1001149 BROWN VALERIE            012705 F  U  XXX XXX 000 138 LMRC
W9710400 BROWN FELIX M            043351 M  U  XXX XXX 000 160 LMTC
W4001960 BROWN ERNEST M            030851 M  U  XAI BRO 509 195 LMTC
W9718099 BROWN VALERIE            012705 F  B  XXX XXX 000 138 LMTC

*NOTE*

CJIS 240540     01/21/2009 NTVM     10751/0074.
JKL
   _NIV-0854310A
HAT510002

NO NCIC WANT NAM/BROWN, DENNIS DOB/19511024
*INTERSTATE KEY ZX SEARCHED WANTED PERSON FILE, FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE EXTRADITION FROM THE
INQUIRING AGENCY'S LOCATION. ALL OTHER NCIC PERSONS FILES ARE SEARCHED
WITHOUT LIMITATIONS.>=<     CJIS 240504     01/21/2009 0825     5L574/5574.

CJISWeb RMV Application

Home | Help | Logout

## CJISWeb RMV
**Commonwealth Of Massachusetts**

Home » Investigative Search by Person Details » Search Results » Details

### License Details

### All Registrations for this License Number

### Run CJIS RMV Query (With Image)

## License Details for S39343007

[Print Details]



[View Larger Image]

**Note:** The data below represents live data directly from the RMV. To return back to the investigative results, use the either the "detail" navigation on the left, or the "breadcrumb" navigation above.

**License No.:** S39343007    **Status:** ACT/NRE    **State:** MA    **SSN:** 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

**Person Information**
**Last:** BROWN    **First:** DENNIS    **Middle:** W    **DOB:** 10/04/1951
**Sex:** M    **Height:** 6' 00"    **Organ Donor:**

**Address Information**
**Mailing:** 36 HIGH ROCK ST
**City:** LYNN    **State:** MA    **Zip:** 01902-3815

**Residential:**
**City:**    **State:**    **Zip:**

**Previous Names**

**Additional Data**
**Driver's Ed.:** N    **Military:** N    **Mab:** D    **Cdl:**
**Restrictions:** B    **Start Time:**    **End Time:**
**Type:** L    **Class:** D    **Issue Date:** 03/28/1995    **Exp. Date:** 10/04/2009

• Terms of Use

© 2003 Criminal History Systems Board

Massachusetts Criminal Justice Information Services (CJIS)

This is Criminal Offender Record Information (CORI) and access and dissemination of said information is under the authority of Massachusetts General Law Chapter 6 Sections 168-172 and Code of Federal Regulations (28 CFR 20.2). Only authorized persons in the performance of their official duties may access, use or disseminate this information for official and lawful criminal justice purposes. Questions concerning the access, use or dissemination of this information should be directed to the Massachusetts Criminal Justice Information Services Division of the Criminal History Systems Board at 617-660-4710.



```
*        THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED IN FINGERPRINTS.
*   PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH
*OF THE PERSON REQUESTED.
*
*****************************************************************************
```

```
***********        COMMONWEALTH OF MASSACHUSETTS        ***********
                   CRIMINAL HISTORY SYSTEMS BOARD

                 *** PERSONS COURT SUMMARY ***


NAME: BROWN, DENNIS W             FORMAL-NAM: DENNIS        PCF: 5000265035
DOB: 10/04/51    SEX: M   RACE: W     POB: CAMBRIDGE        SSN: 027406547
AUXILARY MARRION:         POB:JOSEPH        HGT: 602 WGT: 200 HAI: BRO EYE: BLU
ADDRESS: 35 HIGH ROCK ST LYNN, MA


                                  ALIAS:

      NAM: BROWN, WILLIAM J
      FORMAL-NAM: WILLIAM
      DOB: 10/04/51  SEX: M    CS:

                                                    ****  READ IS AT LEFT

* ONE SEALED CASE ON FILE  ***



*** **** **** **** ADULT APPEARANCES **** **** **** ****

ARRAIGNMENT: (001)
    ARR-DATE: 08/18/99 PD: LYN COURT: LYNN DISTRICT      DKT#:  9211234567
    OFF: ABB DANGEROUS WEAPON          WHICH       ADJ AV
    DISP: C 10/20/99 DISM                          DISPOS: D  WEDS


ARRAIGNMENT: (002)
    ARR-DATE: 08/16/92 PD:     COURT: PEABODY DIST OF SIX    DKT#:  9824JCL389R
    OFF: A&B DANGEROUS WEAPON          ABUSE       ADJ AV
    DISP: C 2/8/93 AP (HELD)                       STATUS: L    WPTH


ARRAIGNMENT: (003)
    ARR-DATE: 08/16/91 PD:     COURT: PEABODY DIST OF SIX    DKT#:  9824JC15298
    OFF: ASSAULT TO KILL               ADULT DEAL
    DISP: C 2/8/93 AP (HELD)                       DISP CST D   WPTH


ARRAIGNMENT: (004)
    ARR-DATE: 08/16/92 PD:     COURT: PEABODY DIST OF SIX    DKT#:  9211234567
    OFF: ASSAULT AND BATTERY           DOM ABUSE   ADJ
    DISP: C 2/8/93 AP (HELD)                       STATUS: D   WPTH


ARRAIGNMENT: (005)
    ARR-DATE: 08/16/92 PD:     COURT: PEABODY DIST OF SIX    DKT#:  9824JC16298
    OFF: ASSAULT AND BATTERY           DOM ABUSE   ADJ
    DISP: C 2/8/93 AP (HELD)                       STATUS: D   WPTH
```

ARRAIGNMENT: (865)
  ARG-DATE: 08/16/92 PD:        COURT: PEABODY JURY OF SIX        DKT#:   92860C018850
  OFF:  CARRYING DANGEROUS WEAPON         KNIFE                   BAIL
  DISP: C 2/8/93 NP (B13)                                         STATUS: C   NFD:

ARRAIGNMENT: (867)
  ARG-DATE: 08/16/92 PD:        COURT: PEABODY JURY OF SIX        DKT#:   92860C018850F
  OFF:  KNIFE                                                     MAYHEM
  DISP: C 2/8/93 NP (B13)                                         STATUS: C   NFD:

ARRAIGNMENT: (820)
  ARG-DATE: 01/16/98 PD:        COURT: BOSTON FEDERAL            DKT#:   9810081001
  OFF:  CONSPIRACY                       PENS FTR                 CONSP
  DISP: C 5/6/92 5YR DRTD (3YR SUPRVSD REL)                       STATUS: C   NFD:

ARRAIGNMENT: (820)
  ARG-DATE: 01/16/98 PD:        COURT: BOSTON FEDERAL            DKT#:   9810010019
  OFF:  POSS OF FIREARM                  FELON                    FIR POSS
  DISP: C 5/6/92 5YR DRTD (3YR SUPRVSD REL)                       STATUS: C   NFD:

ARRAIGNMENT: (818)
  ARG-DATE: 01/16/98 PD:        COURT: BOSTON FEDERAL            DKT#:   9810010019
  OFF:  POSS OF FIREARM                  UNREGISTERED FIRM        FIR POSS
  DISP: C 5/6/92 5YR DRTD (3YR SUPRVSD REL)                       STATUS: C   NFD:

ARRAIGNMENT: (811)
  ARG-DATE: 01/16/98 PD:        COURT: BOSTON FEDERAL            DKT#:   9810010019
  OFF:  CONSPIRACY TO DISTRIBUTE AND POSS DIST CONTRL            CON CONS
  DISP: C 5/6/92 5YR DRTD (3YR SUPRVSD REL)                       STATUS: C   NFD:

ARRAIGNMENT: (815)
  ARG-DATE: 01/16/98 PD:        COURT: BOSTON FEDERAL            DKT#:   9810010019
  OFF:  DISTRIBUTE DISPENSE CLASS B      COCAINE/DIST/DISPENSE CLASS B
  DISP: C 5/6/92 5YR DRTD (3YR SUPRVSD REL)                       STATUS: C   NFD:

ARRAIGNMENT: (818)
  ARG-DATE: 10/08/89 PD:        COURT: LYNN DISTRICT             DKT#:   891CR074242
  OFF:  ASS DANGEROUS WEAPON             KNIFE                    ASS WD
  DISP: C 8/6/92 NP                                               STATUS: C   NFD:

ARRAIGNMENT: (814)
  ARG-DATE: 10/08/89 PD:        COURT: LYNN DISTRICT             DKT#:   891CR074242
  OFF:  ASSAULT TO KILL                  ASLT KILL
  DISP: C 8/6/92 NP                                               STATUS: C   NFD:

OFF:
DISP: C 5/6/92 FJ

ARRAIGNMENT: (816)
ARG-DATE: 10/02/85 PD:       COURT: LYNN DISTRICT       DKTR:    8915LR/1640
OFF:  ASSAULT AND BATTERY              DOM ABUSE       A&B
DISP: C 8/6/92 FJ                                      STATUS: C    #FO:

ARRAIGNMENT: (817)
ARG-DATE: 10/02/85 PD:       COURT: LYNN DISTRICT       DKTR:    8915LR/1640E
OFF:  CARRYING DANGEROUS WEAPON        KNIFE           A&B
DISP: C 2/26/91                                        STATUS: C    #FO:

ARRAIGNMENT: (818)
ARG-DATE: 10/02/85 PD:       COURT: LYNN DISTRICT       DKTR:    8915LR/1640F
OFF:  MAYHEM                                           SCHED1
DISP: C 5/6/92 FJ                                      STATUS: C    #FO:

ARRAIGNMENT: (819)
ARG-DATE: 05/20/83 PD:       COURT: LYNN DISTRICT       DKTR:    5215CR3404A
OFF:  ASSAULT AND BATTERY                               A&B
DISP: C 11/28/83 NF                                    STATUS: C    #FO:

ARRAIGNMENT: (820)
ARG-DATE: 05/03/84 PD:       COURT: BOSTON FEDERAL      DKT#:      5417010
OFF:  POSS OF FIREARM                    UNL           FIR POSS
DISP: C 7/30/84 SPS 18MO CMTD 5/26/92 TERM             STATUS: C    #FO:

ARRAIGNMENT: (821)
ARG-DATE: 05/03/84 PD:       COURT: BOSTON FEDERAL      DKT#:      5417010
OFF:  POSS OF FIREARM                    UNL           FIR POSS
DISP: C 7/30/84 SPS 18MO CMTD 5/26/92 TERM             STATUS: C    #FO:

ARRAIGNMENT: (822)
ARG-DATE: 05/03/84 PD:       COURT: BOSTON FEDERAL      DKT#:      5417010
OFF:  POSS OF FIREARM                    UNL           FIR POSS
DISP: C 7/30/84 SPS 18MO CMTD 5/26/92 TERM             STATUS: C    #FO:

ARRAIGNMENT: (823)
ARG-DATE: 11/02/83 PD:       COURT: LYNN DISTRICT       DKT#:      11000
OFF:  ATTEMPT TO COMMIT CRIME           MURDER         ATT COM CRIME
DISP: C 4/12/84 NFC                                    STATUS: C    #FO:

ARRAIGNMENT: (824)
ARG-DATE: 12/05/83 PD:       COURT: LYNN DISTRICT       DKTR:      11006
OFF:  AND DANGEROUS WEAPON                              A&D DW
                                                       STATUS: C    #FO:



ARRAIGNMENT: (625)
    ARD-DATE: 12/05/83 PD:      COURT: LYNN DISTRICT        DKT#:        11087
    OFF:  A&B DANGEROUS WEAPON                              A&B DW
    DISP: C 4/18/84 20                                     STATUS: C   MFD:

ARRAIGNMENT: (626)
    ARD-DATE: 12/05/83 PD:      COURT: LYNN DISTRICT        DKT#:        11088
    OFF:  ASSAULT DANGEROUS WEAPON                          ASLT DW
    DISP: C 4/18/84 20                                     STATUS: C   MFD:

ARRAIGNMENT: (627)
    ARD-DATE: 12/05/83 PD:      COURT: LYNN DISTRICT        DKT#:        11089
    OFF:  ASSAULT DANGEROUS WEAPON                          ASLT DW
    DISP: C 4/18/84 20                                     STATUS: C   MFD:

ARRAIGNMENT: (628)
    ARD-DATE: 12/05/83 PD:      COURT: LYNN DISTRICT        DKT#:        11018
    OFF:  ASSAULT DANGEROUS WEAPON                          ASLT DW
    DISP: C 4/18/84 20                                     STATUS: C   MFD:

ARRAIGNMENT: (629)
    ARD-DATE: 12/05/83 PD:      COURT: LYNN DISTRICT        DKT#:        11011
    OFF:  A&B DANGEROUS WEAPON                              A&B DW
    DISP: C 4/18/84 20                                     STATUS: C   MFD:

ARRAIGNMENT: (630)
    ARD-DATE: 12/05/83 PD:      COURT: LYNN DISTRICT        DKT#:        1074
    OFF:  ABUSE PREVENTION ACT                             AB PREV ACT
    DISP: C 3/28/84 DISM                                   STATUS: C   MFD:

ARRAIGNMENT: (631)
    ARD-DATE: 11/22/83 PD:      COURT: LYNN DISTRICT        DKT#:        1075
    OFF:  THREATENING                                       THREAT
    DISP: C 3/28/84 DISM                                   STATUS: C   MFD:

ARRAIGNMENT: (632)
    ARD-DATE: 12/13/83 PD:      COURT: LYNN DISTRICT        DKT#:        1077
    OFF:  ABUSE PREVENTION ACT                             AB PREV ACT
    DISP: C 1/23/84 DISM                                   STATUS: C   MFD:

ARRAIGNMENT: (633)
    ARD-DATE: 08/29/83 PD:      COURT: LYNN DISTRICT        DKT#:        7235
    OFF:  PROPERTY VIOLATION                   FEL IND PEN  PROP VIOL
    DISP: DF 18/13/83 D/R C 1/23/84 DISM                   STATUS: C   MFD:

ARRAIGNMENT: (834)
ARG-DATE: PD:          COURT:                      DKT#:
OFF:  THREATENING                                  THREAT
DISP: C 3/28/84 DISM                               STATUS: C   W-D:

ARRAIGNMENT: (835)
ARG-DATE: 08/23/83 PD:          COURT: LYNN DISTRICT    DKT#:         7499
OFF:  THREATENING                                  THREAT
DISP: C 3/28/84 DISM                               STATUS: C   W-D:

ARRAIGNMENT: (836)
ARG-DATE: 04/15/81 PD:          COURT: LYNN DISTRICT    DKT#:         6286
OFF:  ASSAULT                                      ASLT
DISP: C 7/29/81 2ND CRTD SUP 8/14/81 APP WD        STATUS: C   W-D:
      SRC 66 1/18/82 TERM

ARRAIGNMENT: (837)
ARG-DATE: 11/07/80 PD:          COURT: SALEM JURY OF SIX    DKT#:     6594
OFF:  ASSAULT AND BATTERY                          A&B
DISP: C 1/9/81 NG                                  STATUS: C   W-D:

ARRAIGNMENT: (838)
ARG-DATE: 11/07/80 PD:          COURT: SALEM JURY OF SIX    DKT#:     6595
OFF:  THREATENING                                  THREAT
DISP: C 1/9/81 NG                                  STATUS: C   W-D:

ARRAIGNMENT: (839)
ARG-DATE: 11/07/80 PD:          COURT: SALEM JURY OF SIX    DKT#:     6596
OFF:  ABD DANGEROUS WEAPON                         ABD DW
DISP: C 1/9/81 NG (915)                            STATUS: C   W-D:

ARRAIGNMENT: (840)
ARG-DATE: 09/08/80 PD:          COURT: LYNN DISTRICT    DKT#:         7147
OFF:  ABD DANGEROUS WEAPON              SHATTON        ABD DW
DISP: C 10/21/80 PG                                STATUS: C   W-D:

ARRAIGNMENT: (841)
ARG-DATE: 09/08/80 PD:          COURT: LYNN DISTRICT    DKT#:         7148
OFF:  THREATENING                                  THREAT
DISP: C 10/21/80 PG                                STATUS: C   W-D:

ARRAIGNMENT: (842)
ARG-DATE: 09/08/80 PD:          COURT: LYNN DISTRICT    DKT#:         7149
OFF:  ASSAULT AND BATTERY                          A&B
DISP: C 12/21/80 PG                                STATUS: C   W-D:

ARRAIGNMENT: (843)
ARG-DATE: 04/17/80 PD:          COURT: ESSEX SUPERIOR    DKT#:        72858
                                                   1130



ARRAIGNMENT: (044)
  ARG-DATE: 04/17/80 PD:     COURT: ESSEX SUPERIOR          DKT#:        97353
  OFF:  POSS CLASS B CONT SUB                               USR POSS B
  DISP: DISM                                                STATUS: C    RPD:


ARRAIGNMENT: (045)
  ARG-DATE: 09/21/79 PD:     COURT: SUFFOLK SUPERIOR        DKT#:      56312972Z
  OFF:  A&B DANGEROUS WEAPON                                A&B DW
  DISP: C 9/21/79 NG (2 CNTS)                               STATUS: C    RPD:


ARRAIGNMENT: (046)
  ARG-DATE: 09/25/79 PD:     COURT: SUFFOLK SUPERIOR        DKT#:      56312972Z
  OFF:  ASSAULT TO KILL                                     ASLT KILL
  DISP: NG (2 CNTS)                                         STATUS: C    RPD:


ARRAIGNMENT: (047)
  ARG-DATE: 09/26/79 PD:     COURT: LYNN DISTRICT           DKT#:      56312972Z
  OFF:  OPER UND INFL OF LIQ                                11A
  DISP: C 1/17/80 NG                                        STATUS: C    RPD:


ARRAIGNMENT: (048)
  ARG-DATE: 09/26/79 PD:     COURT: LYNN DISTRICT           DKT#:      56312972Z
  OFF:  LEAVING SCENE/PROPERTY DMGE                         90R
  DISP: C 12/25/79 GTD, SC 1/15/80 $150.00 FINE 70          STATUS: C    RPD:


ARRAIGNMENT: (049)
  ARG-DATE: 02/17/79 PD:     COURT: LYNN DISTRICT           DKT#:      56312922
  OFF:  OPER UND INFL OF LIQ                                11A
  DISP: C 3/6/79 $125 FINE PD                               STATUS: C    RPD:


ARRAIGNMENT: (050)
  ARG-DATE: 02/17/79 PD:     COURT: LYNN DISTRICT           DKT#:      56312122
  OFF:  POSS CLASS B CONT SUB          A&DIS                USR POSS B
  DISP: FILED 2/5/80 RENM                                   STATUS: C    RPD:


ARRAIGNMENT: (051)
  ARG-DATE: 02/17/79 PD:     COURT: LYNN DISTRICT           DKT#:      56312122
  OFF:  LEAVING SCENE/PROPERTY DMGE                         11A
  DISP: NG (2 CNTS)                                         STATUS: C    RPD:


ARRAIGNMENT: (052)
  ARG-DATE: 04/12/78 PD:     COURT: SALEM DISTRICT          DKT#:      56312972Z
  OFF:  OPER UND INFL OF LIQ                                11A
  DISP: C 7/7/78 G $200 FINE PD?                            STATUS: C    RPD:



ARRAIGNMENT: (863)
  ARG-DATE: 10/04/76 PD:        COURT: CHELSEA DISTRICT        DKT#:        8630082Z
  OFF: ASSAULT DANGEROUS WEAPON                                ADLT AW
  DISP: C 10/14/76 BD (2 CNTS)                                 STATUS: C    AD#:


ARRAIGNMENT: (864)
  ARG-DATE: 10/17/74 PD:        COURT: ESSEX SUPERIOR         DKT#:        8630732Z
  OFF: CARRYING DANGEROUS WEAPON                               AND
  DISP: FILE                                                   STATUS: C    AD#:


ARRAIGNMENT: (865)
  ARG-DATE: 10/17/74 PD:        COURT: ESSEX SUPERIOR         DKT#:        8630742Z
  OFF: USE WITHOUT AUTHORITY                                   AND
  DISP: FILE                                                   STATUS: C    AD#:


ARRAIGNMENT: (866)
  ARG-DATE: 10/17/74 PD:        COURT: ESSEX SUPERIOR         DKT#:        8630752Z
  OFF: ATTEMPT TO COMMIT CRIME      ROB ARM                    ...
  DISP: 3YR 1DA CNTD                                           STATUS: C    AD#:


ARRAIGNMENT: (867)
  ARG-DATE: 05/20/74 PD:        COURT: MIDDLESEX SUPERIOR     DKT#:        8630761Z
  OFF: ARMED ROBBERY                                           ARM ROB
  DISP: 5YR 1DA CNTD                                           STATUS: C    AD#:


ARRAIGNMENT: (868)
  ARG-DATE: 07/25/73 PD:        COURT: BOSTON FEDERAL         DKT#:        8630712Z
  OFF: CONSPIRACY                     FED STOLEN VEH           CONSP
  DISP: 2YR CNTD                                               STATUS: C    AD#:


ARRAIGNMENT: (869)
  ARG-DATE: 12/21/72 PD:        COURT: LYNN DISTRICT          DKT#:        8630842Z
  OFF: ATTEMPT TO COMMIT CRIME        ROB ARM UNARMD          ATT COM CRIME
  DISP: C 2/6/73 BD                                            STATUS: C    AD#:


ARRAIGNMENT: (870)
  ARG-DATE: 12/21/72 PD:        COURT: LYNN DISTRICT          DKT#:        8630852Z
  OFF: ASSAULT DANGEROUS WEAPON                                ADLT AW
  DISP: C 2/6/73 BD                                            STATUS: C    AD#:


ARRAIGNMENT: (871)
  ARG-DATE: 12/21/72 PD:        COURT: LYNN DISTRICT          DKT#:        8630862Z
  OFF: USE WITHOUT AUTHORITY                                   AND
  DISP: C 2/6/73 BD                                            STATUS: C    AD#:

ARRAIGNMENT: (672)
  ARG-DATE: 12/21/72 PD:          COURT: MALDEN DISTRICT          DKT#:          5698782ZZ
  OFF: ARMED ROBBERY                          ARRAIG          NOB ACH
  DISP: C 1/22/73 NO                                          STATUS: C    MPD:


ARRAIGNMENT: (673)
  ARG-DATE: 07/17/76 PD:          COURT: LYNN DISTRICT          DKT#:          5698682ZZ
  OFF: POSS ALCOHOLIC BEVERAGE          CR RESERV          POSS ALC BEV
  DISP: NO                                          STATUS: C    MPD:


ARRAIGNMENT: (674)
  ARG-DATE: 81/28/78 PD:          COURT: LYNN DISTRICT          DKT#:          5698682ZZ
  OFF: MINOR POSS ALCOHOLIC BEV UND 21          MNR POSS ALC
  DISP: C 8/6/78 N25 FINE LD                          STATUS: C    MPD:


ARRAIGNMENT: (675)
  ARG-DATE: 81/28/78 PD:          COURT: LYNN DISTRICT          DKT#:          5698682ZZ
  OFF: THROWING RUBBISH PUBLIC WAY          RUB THRW PUB WAY
  DISP: C 8/6/78 NO                          STATUS: C    MPD:


***** ***** ***** **** END OF RRLY ARRAIGNS ***** ***** ***** *****


REQUESTED BY: LT ZANI
COMPLETED BY: ZANI, ALAN C
      AGENCY: SAUGUS UP    SUBJECT:    SEPART

CJISWeb RMV Application



## CJISWeb RMV Investigative Search Results  (Data as of: 01/17/2009)

**5** records found for the following search:

-SEARCH PERFORMED-
• **Searching in:** Licenses
• **Street Address:** 36 HIGH ROCK (Starts With)
• **City:** LYNN (Exact)
• **Address Type:** Mailing

| Row # | Name | Date of Birth | License No. | Postal Address |
|-------|------|---------------|-------------|----------------|
| 1 | BROWN, DENNIS W | 10/04/1951 | S39343007 | 36 HIGH ROCK ST LYNN, MA, 01902-3815 |
| 2 | BROWN, DENNIS W | 05/04/1986 | S75575007 | 36 HIGH ROCK ST LYNN, MA, 01902-3815 |
| 3 | BROWN, MARY E | 03/29/1929 | S40327284 | 36 HIGH ROCK ST LYNN, MA, 01902-3815 |
| 4 | BROWN, PAUL A | 06/18/1955 | S69270975 | 36 HIGH ROCK ST LYNN, MA, 01902-3815 |
| 5 | MILLER, KAREN | 08/15/1967 | S13702935 | 36 HIGH ROCK ST LYNN, MA, 01902-3815 |

**CJISWeb RMV Printout**

Printed at: 01/21/2009 12:47:37 PM
By Username: ONEIL-SHAWN



CJISWeb RMV Application

Home | Help | Logout

# CJISWeb RMV
## Commonwealth Of Massachusetts

Home » Investigative Search by Person Details » Search Results » Details

## License Details for S40327284

[Print Details]



[View Larger Image]

**Note:** The data below represents live data directly from the RMV. To return back to the investigative results, use the either the "detail" navigation on the left, or the "breadcrumb" navigation above.

- License Details
- All Registrations for this License Number
- Run CJIS RMV Query (With Image)

**License No.:** S40327284    **Status:** ACT    **State:** MA    **SSN:** 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

### Person Information
**Last:** BROWN    **First:** MARY    **Middle:** E    **DOB:** 03/29/1929

**Sex:** F    **Height:** 5' 01"    **Organ Donor:** N

### Address Information
**Mailing:** 36 HIGH ROCK ST
**City:** LYNN    **State:** MA    **Zip:** 01902-3815
**Residential:**
**City:**    **State:**    **Zip:**

### Previous Names

### Additional Data
**Driver's Ed.:** N    **Military:** N    **Mab:** N    **Cdl:**

**Restrictions:** B    **Start Time:**    **End Time:**

**Type:** L    **Class:** D    **Issue Date:**    **Exp. Date:** 03/29/2009

© 2003 Criminal History Systems Board

Terms of Use

Massachusetts Criminal Justice Information Services (CJIS)

This is Criminal Offender Record Information (CORI) and access and dissemination of said information is under the authority of Massachusetts General Law Chapter 6 Sections 168-172 and Code of Federal Regulations (28 CFR 20.2). Only authorized persons in the performance of their official duties may access, use or disseminate this information for official and lawful criminal justice purposes. Questions concerning the access, use or dissemination of this information should be directed to the Massachusetts Criminal Justice Information Services Division of the Criminal History Systems Board at 617-660-4710.



CJISWeb RMV Application



Home | Help | Logout

**CJISWeb RMV**
Commonwealth Of Massachusetts

Home » Investigative Search by Person Details » Search Results » Details

- License Details
- All Registrations for this License Number
- Run CJIS RMV Query (With image)

## Details for: BROWN, MARY E

Data as of: 01/17/2009
[N/A] = Data Not Present

The following registrations are associated with license number: S40327284.

| Row # | Name ▲ | Plate No. | VIN No. | Year, Make, Model, Color | Reg. Status |
|---|---|---|---|---|---|
| 1 | BROWN, MARY E | F1393 | JA3AY26C91U001912 | 2001, MITS MIRAGE, WHT | ACTV |

- Terms of Use

© 2003 Criminal History Systems Board

This is Criminal Offender Record Information (CORI) and access and dissemination of said information is under the authority of Massachusetts General Law Chapter 6 Sections 168-172 and Code of Federal Regulations (28 CFR 20.2). Only authorized persons in the performance of their official duties may access, use or disseminate this information for official and lawful criminal justice purposes. Questions concerning the access, use or dissemination of this information should be directed to the Massachusetts Criminal Justice Information Services Division of the Criminal History Systems Board at 617-660-4710.

Massachusetts Criminal Justice Information Services (CJIS)



FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription     01/21/2009

On January 21, 2009, DAVID HOMAN, Regional Manager, Simpson Housing, telephone number (843) 971-7131, was contacted at the Highlands at Dearborn apartment complex leasing office. After being advised of the identity of the writer and the nature of the interview, HOMAN provided the following information:

RIKKILE BROWN is currently the lessee of 1 Silver Leaf Way, apartment 127, Peabody, MA. Brown has been a resident there since approximately July 2008. BROWN's rent is $1300 per month. When Brown applied to lease the apartment on July 8, 2008, she could not provide pay statements as proof of employment. Instead, she shortly thereafter provided an employment letter from NORTHSHORE MOVERS OF LYNN, 407 Walnut Street, Lynn, MA, signed by SEAN MURPHY.

In the letter, MURPHY advised that BROWN had been his moving company office manager for 4 years. MURPHY reported that BROWN earned $3400 per month working 36 - 42 hours per week. He also reported that BROWN did receive pay statements. MURPHY further advised that his company, ANGEL ONE CORPORATION, would be paying BROWN's rent for the next year.

BROWN's move-in expenses, in the amount of $2987.23, were paid by MURPHY via NORTHSHORE MOVERS company check on July 16, 2008. In the memo section of the check was written, "I love you baby". MURPHY provided office and cellular contact telephone numbers of (781) 599-0036 and (781) 443-3303.

BROWN's rental application listed MURPHY as her emergency contact. BROWN listed her closest relative as BETTY RAMSDELL of 48 Cannon Rock Road, Lynn, MA.

Investigation on     01/21/2009     at     Peabody, MA

File #     92T-BS-100698                                          Date dictated     N/A

by     SA Jason D. Costello

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.





2002042300332 Bk:18615 Pg:238
04/23/2002 11:20:00 DEED Pg 1/2

After recording return to:
Mary E. Brown
36 High Rock Street
Lynn, MA 01902

## DEED

I, Mary E. Brown, of Lynn, for nominal consideration paid, grant to Paul A. Brown and

Dennis W. Brown, as tenants in common, of 36 High Rock Street, Lynn, Massachusetts 01902,

reserving to myself a Life Estate for the remainder of my life.

**QUITCLAIM COVENANTS**

The land together with all improvements thereon as further described in "Exhibit A" attached

hereto and made a part hereof.

For title reference see Registry of Deeds Book 4310, Page 31.

**PROPERTY ADDRESS:** 36 High Rock Street, Lynn, Massachusetts 01902

WITNESS my/our hand(s) and seal(s) this 12th day of April , 2002.

*Mary E. Brown*
Mary E. Brown

### Commonwealth of Massachusetts,

Essex, ss:

On this 12th day of April , 2002, before me personally appeared Mary E. Brown, to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he/she/they executed the same as his/her/their free act and deed.

*Marnie R. Moore*

(Seal)
—Notary Public

Marnie R. Moore
My Commission Expires: Janury 20, 2006

19601ded mrm

2002042300332 Bk:18615 Pg:239
04/23/2002 11:20:00 DEED Pg 2/2

## EXHIBIT A

The land with the buildings therein, situated in Lynn, Essex County, Massachusetts, shown as Lot B on a plan showing part of Lots 9, 10 and 11 on plan recorded with Essex South District Deeds, Plan Book 5, Plan 7, dated May 11, 1904, Charles M. Gay, Surveyor, recorded with said Deeds, Book 1741, page 103, bounded and described as follows:

| | |
|---|---|
| Northerly | by High Rock Street forty-eight (48) feet; |
| Easterly | by Lot C on said plan sixty- seven and 25/100 (67.25) feet; |
| Southerly | by land now or formerly of the City of Lynn sixty-three and 9/100 (63.09) feet, more or less; |
| Westerly | by Lot A on said plan sixty-seven and 25/100 (67.25) feet; |

Containing 3000 square feet of land more or less.

Being a portion of the premises shown as Lot 10 on a Plan of Land formerly owned by Charles D. Beede made by I.K. Harris, dated August 1887, and recorded with said Deeds, Plan Book 5, Plan 7.

This conveyance is made subject to and with the benefit of all restrictions, easements, rights and agreements of record insofar as the same are now in force and applicable.

For title reference seed Deed recorded with the Essex South District Deeds at Book 4310, Page 31.

19601exh.mrm



*ATTACHMENT X*

1/19/2009

Montgomery Township Police Department

# General Report

## Incident 2004-22797

| | |
|---|---|
| *Description:* | BURGLARY |
| *Date Reported:* | 10/17/2004  01:59 *Day of the Week:* Sunday |
| *Occurred (From):* | 10/17/2004 *(to):* 10/17/2004 |
| *Location:* | 740 UPPER STATE ROAD  COSTCO WH |
| *Area:* | |

*Jurisdiction:* Montgomery Township

*Comment:* BUDGET TRK PULLED OUT OF COSTCO

| | | *Role:* | *Date/Time Involved:* |
|---|---|---|---|
| *Officer Involved:* | J. Scott Bendig  (4728, Sergeant) | Primary Officer Assigned | 10/17/2004  02:01 |
| | Gabriele Luberto  (4748, Police Officer) | Back-Up Officer(s) Assigned | 10/17/2004  02:01 |
| | Jeffrey DePolo  (4746, Police Officer) | | 10/17/2004  02:17 |
| | Robert Hart  (4725, Police Officer) | | 10/17/2004  03:00 |
| | James Reape  (4731, Detective) | | 10/17/2004  03:19 |
| | Brian Gerrard  (4738, Police Officer) | Assisting Officer | 10/17/2004  07:13 |
| | Joseph Bennis  (4702, Det. Sgt.) | | 10/17/2004  02:00 |

| | | | |
|---|---|---|---|
| *Reviewed By:* | | *Date Reviewed:* | |
| *Cleared By:* | Arrest | *Date Cleared:* | 10/17/2004 |
| *Current Status:* | Open | | |

## Offense

| 1) | CC3502A | **Burglary** | *Drugs Used:* | No |
|---|---|---|---|---|
| | *Location Type:* | Specialty Store | *Computer Equipment Used:* | No |
| | *Circumstances:* | Completed | | |

| 2) | CC0903A | **Criminal conspiracy (code as offense involved)** | *Drugs Used:* | No |
|---|---|---|---|---|
| | *Location Type:* | Specialty Store | *Computer Equipment Used:* | No |
| | *Circumstances:* | Completed | | |

| 3) | CC3503A1 | **Criminal trespass buildings and occupied structure** | *Drugs Used:* | No |
|---|---|---|---|---|
| | *Location Type:* | Specialty Store | *Computer Equipment Used:* | No |
| | *Circumstances:* | Completed | | |

| 4) | CC4914 | **False Identification to Law Enforcement Authorities** | *Drugs Used:* | No |
|---|---|---|---|---|
| | *Location Type:* | Specialty Store | *Computer Equipment Used:* | No |
| | *Circumstances:* | Completed | | |

| 5) | CC0907A | **Possessing instrument of crime intent to employ** | *Drugs Used:* | No |
|---|---|---|---|---|
| | *Location Type:* | Specialty Store | | |

*Informant PS*

1/19/2009          Montgomery Township Police Department

# General Report

**Incident 2004-22797**

## Offense

| | | | | |
|---|---|---|---|---|
| 5) | CC0907A | **Possessing instrument of crime Intent to employ** | *Computer Equipment Used:* | No |
| | *Circumstances:* | Completed | | |
| 6) | CC3925A | **Receiving stolen property** | *Drugs Used:* | No |
| | *Location Type:* | Specialty Store | *Computer Equipment Used:* | No |
| | *Circumstances:* | Completed | | |
| 7) | CC4104A | **Tampering with records or identification** | *Drugs Used:* | No |
| | *Location Type:* | Specialty Store | *Computer Equipment Used:* | No |
| | *Circumstances:* | Completed | | |
| 8) | CC3921A | **Theft by unlawful taking movable property** | *Drugs Used:* | No |
| | *Location Type:* | Specialty Store | *Computer Equipment Used:* | No |
| | *Circumstances:* | Completed | | |
| | *Theft Type:* | All Other Thefts | | |
| 9) | CS13A16 | **Vcsddca possession without license** | *Drugs Used:* | No |
| | *Location Type:* | Specialty Store | *Computer Equipment Used:* | No |
| | *Circumstances:* | Completed | | |

## Victim

1)  **COSTCO WHOLESALE**
740 UPPER STATE RD
NORTH WALES, PA 19454
(215) 353-4153

*Victim Type:* Business

## Arrest

| | | | | |
|---|---|---|---|---|
| 1) | **DAVID R. THOMPSON** | | *Advised of Rights:* | Yes |
| | *Type of Arrest:* | Taken into Custody | *Informed of Charge:* | Yes |
| | *Arrest Date:* | 10/17/2004 02:01 | *Fingerprinted:* | Yes |
| | *Booking Station:* | Montgomery Township PD | *Palmprinted:* | No |
| | *Booking No:* | 810017415 | *Photo Taken:* | Yes |
| | *Prisoner Condition:* | Normal | *NCIC Check:* | Yes |
| 2) | **SEAN DAVID MURPHY** | | *Advised of Rights:* | Yes |
| | *Type of Arrest:* | Taken into Custody | *Informed of Charge:* | Yes |
| | *Arrest Date:* | 10/17/2004 02:01 | *Fingerprinted:* | Yes |
| | *Booking Station:* | Montgomery Township PD | *Palmprinted:* | No |

*Informant PS*

X-2

1/19/2009   Montgomery Township Police Department

# General Report

## Incident 2004-22797

## Arrest

| | | | |
|---|---|---|---|
| *Booking No:* | 810017486 | *Photo Taken:* | Yes |
| *Prisoner Condition:* | Moderate Injuries | *NCIC Check:* | Yes |

## Suspect

1)  **DAVID R. THOMPSON**
    96 KINGS HILL DRIVE
    LYNN, MA 01905
    (781) 526-1696 (Home)

*DOB:* 03/09/1963
*Gender:* Male
*Race:* White
*Ethnicity:* Non-hispanic

*Age at Time of Incident:* 41
*Statement Taken:* No
*Interviewed:* No
*Arrested:* Yes

*Hair Color:* Gray
*Eye Color:* Gray
*Driver License:* MA 032566477
*SID:* PA320-95-49-6

*Build:* Medium or average
*Complexion:* Fair
*SSN:* 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

*Height:* 5'10
*Weight:* 195
*FBI:* 972133W4

*Offense(s):*  CC0903A - Criminal conspiracy (code as offense involved)
CC0907A - Possessing instrument of crime intent to employ
CC3502A - Burglary
CC3503A1 - Criminal trespass buildings and occupied structure
CC3921A - Theft by unlawful taking movable property
CC3925A - Receiving stolen property
CS13A16 - Vcsddca possession without license

2)  **SEAN DAVID MURPHY**
    16 BARRETT STREET
    LYNN, MA 01905

*DOB:* 07/19/1964
*Gender:* Male
*Race:* White
*Ethnicity:* Non-hispanic

*Age at Time of Incident:* 44
*Statement Taken:* No
*Interviewed:* No
*Arrested:* Yes

*Hair Color:* Brown
*Eye Color:* Brown
*Driver License:* MA S37571614
*SID:* PA321-05-86-6

*Build:* Medium or average
*Complexion:*
*SSN:* 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

*Height:* 5'09
*Weight:* 175
*FBI:* 162359AA1

*Offense(s):*  CC0903A - Criminal conspiracy (code as offense involved)
CC0907A - Possessing instrument of crime intent to employ
CC3502A - Burglary
CC3503A1 - Criminal trespass buildings and occupied structure
CC3921A - Theft by unlawful taking movable property
CC3925A - Receiving stolen property
CS13A16 - Vcsddca possession without license

## Vehicle

*Informant PS*

X-3

Page 4 of 15

Montgomery Township Police Department

1/19/2009

# General Report

**Incident 2004-22797**

1)  *Registration:* **2ED225**  *Registration State:* **OK**  *Vehicle Value:* $ 0.00

*Vehicle Type:* Yellow 2004 GMC  *Report Date:*

*VIN:* 1GDJ7C1C14F901158  *Association:*

*Owner:* BUDGET TRUCK RENTAL, 2704 S. MERIDIAN AVE, OKLAHOMA CITY,

## Supplement

1) **GENERAL REPORT NARRATIVE (BENDIG)**

*Prepared By:* J. Scott Bendig  *Date Reported:* 10/17/2004

01:50 hours, Bendig:

On the above date/time, I observed a red Honda Pilot NJ#PRF53E (issued to Paul Plank, 4/23/56, 101 Greenbrook Rd., Middlesex, NJ) in the lot of the Quick Mart/Mobil at Rt 309 @ Upper State Road. The vehicle was running, parked along the hedge line that borders Adult World. A male operator occupied the vehicle. The vehicle's brake lights were lit, as if the operator was about to place the vehicle in gear. The vehicle remained in that position as I sat in the lot of the Quick Mart/Mobil for approximately one minute. I left the Quick Mart/Mobil and entered the lot of Kinko's to watch the vehicle, turning my lights off to avoid detection. After approximately two minutes the vehicle back up and slowly made its way to the entrance at Upper State Road. I never observed a second individual enter the vehicle. Upon reaching the road, the vehicle hesitated before deciding to turn onto Northbound Upper State Road. I made my way to Airport Square exit onto Upper State Road, intending to follow the vehicle after it passed. As I turned onto the center access road, I observed a full size Budget Rental Box Truck, OK#2ED225 exiting the lot of Kasco Construction Company on Upper State Road, (Note: Honda Pilot had still not passed my location). This company and its neighboring businesses have been burglarized in the past. In some cases the actor(s) parked their vehicle(s) on Kasco's property because they can be easily concealed. In my experience Kasco Construction Company does not operate at this hour and is not in the practice of using Budget Rental trucks in the normal course of business. Based on this information I conducted a traffic stop of the vehicle due to this suspicious activity. Vehicle was stopped at approximately 0155 hours on Northbound Upper State Road just North of Premier Bank.

I approached the vehicle and noted there was no lock securing the rear box portion of the vehicle. I continued my approach and as I did so, the operator began to open his door. As I contacted the driver, I could see that he was wearing what appeared to be a set of dark overalls with the upper body portion tied at the waist. He also wore a fanny pack around his waist. The bottom 2' portion of his coveralls appeared damp and were covered in mud, along with his shoes. (Note: This area presently under construction/renovation with a large part of the surrounding properties dirt/mud covered) The passenger also appeared to be wearing similar style coveralls. Both appeared very nervous and had noticeable perspiration on their face. When asked for information, the driver would not speak and appeared as if he were attempting to stall my request by motioning toward various interior portions of the cab. By this time Officer Luberto was behind me. I instructed him to call for additional units and watch the front passenger while I hade the driver exit. I reached in the cab of the vehicle and turned the truck off, securing the key on my person. At this time, the driver seemed more nervous, refusing to talk and avoiding eye contact. I became concerned for our safety and positioned the operator to conduct a pat down. As I began a pat down, Officer Luberto said something. At that time both subjects fled on foot. Officer Luberto pursued the passenger (See Officer Luberto's passenger) while I pursued the driver. Dispatch advised.

The driver fled on foot, Northbound toward Houlihans front entrance. Driver was told stop. I pursued the

*Informant PS*

X-4

Montgomery Township Police Department

1/19/2009

# General Report

**Incident 2004-22797**

## Supplement

driver around Houlihans, then back toward Upper State Road. The driver ran across Upper State Road and began to scale the 6 foot fence that surrounds Glasgow Quarry. The driver scaled the fence, catching his shirt on the fence in the process. As the driver attempted to free his shirt I told him not to go further. The driver turned, took two steps West and then disappeared. (It was determined that the driver fell approximately 30 feet onto a plateau of rocks and brush) I ran to the scale house entrance and observed the driver run across the roadway leading to the pit. I contacted dispatch and requested a canine. Upper Moreland Canine Officer Curly responded (See Officer Curly's report). A perimeter was established with Hatfield Police taking Airport Square rear access road, Lower Gwynedd taking Upper State Road, New Britain taking Horsham Road and Upper Gwynedd taking North Wales Road. Officer Depolo (see Officer Depolo's report) assisted Officer Curly. Officer Luberto came to my location and maintained communication/coordination with other units and Canine Team. Description of driver (W/M, approx. 5'7", thin build, dark hair with aforementioned clothing description) was provided to units.

I returned to the truck, which had been secured by Sgt. Hames of Lower Gwynedd Police (see Hames report). I then went to Kasco Construction to determine if entry had been gained at that location. A cursory search revealed all appeared in order, but tracks consistent with the box truck were observed around the front, side and rear of the building. I requested emergency contact response. Dispatch then advised that Mr. Case from Costco Wholesale had come into the station to report that his store had been burglarized. I turned Kasco Construction over to Officer Chapman of Hatfield Police who stood by until subscriber arrived.

I then met with Mr. Case in front of Costco Wholesale. He advised that when he came in at approximately 0200 hours he noticed the jewelry cases were smashed out. He also noted the phone were inoperable. Case was unsure if any actors were inside so Officer Hart was contacted to respond for a Canine search of the facility. During standby I requested Sgt. Brinkman and myself maintained a perimeter until arrival of canine. A point of entry (via pry) was discovered on the Southwest corner of the duty detective (Det. Reape) respond. A point of entry (via pry) was discovered on the Southwest corner of the building adjacent to the pharmacy. At this time Officer Chapman advised me that there was a burglary that may have occured at Garden Golf as well. Actors had breached the property by cutting the chain link fence to the facility where it abuts Kasco Construction. Officer Robinson of Upper Gwynedd Police secured the facility and stood by until subscriber arrived.

Upon arrival of Officer Hart, a building search was conducted with no additional actors located. Det. Reape arrived and handled investigation of scene (see Det. Reape's report). Officer Chapman and Robinson advised that both Kasco and Garden Golf had not been burglarized. Officer Hart was directed to assist Officer Curly in the canine search at Glasgow. Shortly thereafter the driver was located on the property (See Officer Depolo's report) and transported to Abington Hospital for treatment of injuries resulting from the fall. A thorough search of the area for additional actors was conducted by Officer Hart with his canine (See Officer Hart's canine report) with negative results. The Budget truck was returned to MTPD so that a search warrant could be executed.

Officer Hart conducted a track from the rear of Kasco Construction to Costco Wholesale. Based on track and cut fences at Garden Golf, it appeared the actors parked their vehicle and walked from Kasco, South through Garden Golf's property, then Northbound down tie side of Garden Golf Blvd. Upon reached the intersection of Garden Golf Blvd and Costco's inner access road an open manhole cover on the Southwest corner of the intersection was discovered. The manhole had approximately 2 feet of water inside. The manhole contained Verizon phone lines. A 2 inch phone line appeared to have been cut inside. Verizon was advised. Actors appeared to have taken a more direct route of travel when returning to the truck, traversing Garden Golf's parking lot and new batting cage area currently under construction. Actors appeared to have been unable to find the original fence cut, so it was cut in an additional location as well.

*Informant PS*

1/19/2009      Montgomery Township Police Department

# General Report

## Incident 2004-22797

## Supplement

Photographs were taken of actor's path of travel, as well aforementioned evidence. Photographs were also taken of where operator scaled fenced and fell on Glasgow property.

2) **GENERAL REPORT NARRATIVE (DEPOLO)**

*Prepared By:*    Jeffrey DePolo             *Date Reported:*   10/17/2004

On Sunday 10/17/04 at about 0200 hours, I responded to the area of the Quarry located on Upper State Road across from the Costco Shopping Center to assist Sgt. Bendig. Sgt. Bendig called for a priority assist when two subjects fled on foot after conducting a vehicle stop on Upper State Road. Sgt. Bendig reported that a white male subject wearing a black jumpsuit and an orange t-shirt fled from the vehicle (a Ryder box truck), ran across Upper State Road toward the Quarry and climbed over the fence. Sgt. Bendig stated that the subject fell down a 20' cliff and continued to run down the access road into the quarry.

Sgt. Bendig then initiated a perimeter calling for outside agencies to assist. There is only one way in and out of the Quarry. I secured that access road until a k-9 unit arrived to initiate a search. Sgt. Bendig then continued with the investigation. K-9 Officer Steve Curly of Lower Moreland Twp. P.D. arrived on scene and began a systematic search of the area. We started down the access road heading into the base of the quarry. About 1/2 way down, Officer Curly's K-9 showed interest in an area off to the right, between the access road and the cliff, which is about the base of the quarry. I remained in that area to make sure the subject did not double back up to the access road. Officer Curly then continued the descent down and cleared the base of the quarry. Officer Curley returned stated that there was no sign that the subject made it to the bottom of the quarry. The only remaining place to check was a thin strip of wooded area to the right and left to the access road. Officer Curly secured his K-9 to give him a break. We then checked the area to the right of the access road (about 1/2 way down) where his K-9 originally showed interest. We then found the subject (white male, wearing a black jumpsuit and orange t-shirt as described by Sgt. Bendig) lying behind a group of large rocks. The subject was placed into custody without further incident. The subject complained of back and chest pain and had difficulty breathing as a result of the fall. VMSC was dispatched to the location. The subject had a black "fanny pack" in his possession. The pack was secured and found to contain the following: red handled cutters, plastic sleeve, flat had screw driver, black mag light, Allen wrench, 2 batteries, metal nut and light. A search incident to arrest revealed that the subject possessed several pages of paper containing addresses of all Costco/BJ Wholesale store in the general area and a Massachusetts drivers license (#023540015) displaying the name of Paul Emmons (DOB 6/21/60) in his right rear pocket. Emmons also had $1,017.00 cash in his right front pocket. Emmons had a set of keys and small bag of suspected Marijuana in his left front pocket. All items were seized and placed into evidence (see property receipt).

VMSC arrived on scene and stabilized Emmons. Emmons was placed into the ambulance and transported to Abington Hospital Trauma Center for treatment. I accompanied VMSC to Abington. Emmons injuries consisted of broken ribs, punctured lung along with cuts and abrasions from the fall. The Emergency Room physicians stated Emmons must stay 3 to 5 days for treatment prior to incarceration.

3) **GENERAL REPORT NARRATIVE (LUBERTO)**

*Prepared By:*    Gabriele Luberto             *Date Reported:*   10/17/2004

10/17/04, Luberto:

On this date at approximately 0200 hours, I assisted Sgt. Bendig with a suspicious vehicle stop of a white box truck. The two occupants of the cab fled from the stop on foot. The driver fled North on Upper State Road, while the passenger fled West onto rear access road behind Airport Square. Sgt. Bendig followed the driver

X-6

1/19/2009        Montgomery Township Police Department

# General Report

## Incident 2004-22797

## Supplement

as I followed the passenger. I apprehended the passenger, later identified as David Thompson, near the wooded area behind Airport Square, directly behind the Old Navy Store. Thompson was secured and placed into a secure police car. He stated he was not injured. I secured the box truck until turning it over to Sgt. Hames of Lower Gwynedd P.D. Sgt. Hames secured the truck until it could be impounded. I held a position for a perimeter at the Quarry on Upper State Road until a canine was brought in to locate the driver, who was last seen entering the quarry. (See Sgt. Bendig's report) Thompson was taken to MTPD and lodged during a search of his person, I found a blue Motorola Talkabout 2-way radio in his possession. The radio was on and the volume appeared to be turned up about halfway. The radio was set to channel one. The radio was logged as evidence.

At approximately 0349 hours, I followed the box truck back to MTPD Impound lot, where it was secured and parked in view of a recorded CCTV camera monitored by MTPD Dispatch. The truck could not be towed due to its size and was driver to MTPD by Carr's Towing driver Craig Holt.

Officers from New Britain, Upper Gwynedd, Lower Gwynedd and Hatfield P.D. assisted with the perimeter. Upper Moreland assisted with a canine.

4)  **GENERAL REPORT SUPPLEMENTAL**

*Prepared By:*  James Reape             *Date Reported:*  10/17/2004

10/17/2004 @ 02:30 hours, Det Reape:

On this date and time I was requested to assist with a burglary investigation at the Costco Wholesale warehouse. On arrival I was met by Sgt Bendig who advised that they had one suspect in custody and a second suspect was surrounded in the quarry on Upper State Road. The suspects of the burglary reportedly fled on foot following a traffic stop on Upper State Road initiated by Sgt Bendig. Inside of Costco was the General Manager, Ron Fortini, and the merchant manager Rick Case 215-721-4849.

I spoke with Case who was the opening manager on this day. Case stated that he circled the building and noticed nothing unusual. When entering the building he stated that the alarm panel was out. He attempted to call the alarm company and noticed the phone lines were out. Case then went to the electrical room and noticed damage to the door and the interior phone lines had been cut. Case then exited the building and drove to MTPD believing that the business had been burglarized.

Inside of the building I was shown the Jewelry display area and the Pharmacy area as the two locations that had been attacked by the actors. The jewelry area had contained numerous pieces of jewelry all under the individual value of $400, per Insurance requirements. Jewelry over $400 is placed into a safe. The jewelry display had been entered by prying the cases with a screwdriver and popping the doors. Only a few pieces of jewelry remained in the display cases. 160 jewelry tags were collected from the display cases in an attempt to help identify items stolen. The jewelry display area was photographed. A piece of the metal to the display case that had been pried was collected as evidence for tool markings.

Next, I went to the pharmacy and requested the pharmacy manager Dana McGiboney respond to the store. The area was photographed and glass samplings were collected from the window broken to enter the pharmacy. Inside the pharmacy area two locked cabinets had been forced open and the contents had been cleared out. There was trash lying on the floor and the trash can was empty. I discovered a shoe print on the counter where the actor(s) climbed through the broken window. I attempted a lift with black powder which denigrated the impression. I then lifted the remaining portion without any enhancement. I was advised by Sgt Bendig that the shoe print matches shoes being worn by the suspects who fled.

*Informant PS*

X-7

# General Report

**Incident 2004-22797**

## Supplement

McGiboney arrived advised the cabinets that had been forced open contained the Schedule II and III narcotics that are highly desired on the street. McGiboney noted that the trash can liner had been removed from the trash can. A few other drugs had also been taken from the shelves that included Viagra. McGiboney provided me with a computer generated printout of the missing narcotics and the pill counts of those missing narcotics.

The entrance point to the building was identified on the west side of the building towards the front. The door had been pried open utilizing a heavy duty crow bar. The door was photographed. In addition, the electrical room was viewed and photographed. I requested a representative from Honeywell Alarms come to the location to assess the alarm system and how the unit was defeated due to the cellular back up. When a representative from Honeywell arrives Costco will contact MTPD to stand by with them.

Sgt. Bendig advised that the second subject had been located in the quarry and had been taken to Abington Hospital for medical treatment. Sgt Bendig continued to check the perimeter of the building and discovered phone lines feeding Costco in an underground sewer line had been cut.

I returned to MTPD and prepared a search warrant for the Budget Rental truck driven by the two subjects in custody. Judge Palladino of court 38-1-11 approved the search warrant on 10-17-2004 @ 0845Hrs. The truck was searched resulting in the confiscation of 118 noted items of evidence. Items collected as evidence included the narcotics reported stolen, jewelry taken and numerous tools required for the burglary. See search warrant and property receipt.

Criminal complaints were prepared against Thompson and Emmons. The subjects will be arraigned at the discretion of the on call district justice.

10/18/2004, Detective Reape:

On this date Paul Emmons was arraigned by DJ Keightly while at Abington Hospital. Bail was set a $100,000 cash and a preliminary hearing was scheduled for October 28th.

I received information about a device that was located hanging from the ceiling of Costco. The device was found to be a jamming device which blocked the outgoing cellular backup alarm system. The device was viewed by a Verizon employee, James Hill, who stated that the instrument was a RF Modulator attached to a power amp with two antennas to emit the frequency signals. The instrument would have been strong enough to block cellular transmissions for a distance of 200-300 meters. Based on this discovery it appears that the actor(s) accessed the roof first and placed the jamming device through a sky light. After the unit was in place they then cut the phone supply lines leading into Costco. Once the alarm system was defeated they pried the side door open with a crow bar granting access to the building. The actor(s) parked in the rear of Kasco Construction and traveled back and forth on foot to Costco.

I then contacted several Connecticut based police departments within jurisdictions of the handwritten notes containing the business locations and police frequency numbers. I contacted North Haven, Manchester, Brockfield and Fairfield Ct Police departments. None of the departments have experienced recent burglaries. A Det. Bravo of Fairfield Police, 203-254-4800, did advise that back in 1992 they had a string of burglaries that was taken over by the Massachusetts State Police, which involved suspects from Lynn, Ma. The focus of the investigation was a subject named Sean Murphy.

# General Report

**Incident 2004-22797**

## Supplement

A file 7 message was sent out to North East region of the United States advising of the arrests of Thompson and Emmons. I received a call from New York State Trooper, Andrew Jasie, ajasie@troopers.state.ny.us, who provided me with intelligence information pertaining to David Thompson, Sean Murphy and a Michael DeLauri. Trooper Jasie provided photographs all three subjects and I was able to identify our arrestee as Thompson and Paul Emmons as being Sean Murphy.

Thompson had requested to speak with me through the Officers who had conducted the arraignment. I contacted the prison and spoke with Thompsons case worker, a Mr. Allenson. Mr. Allenson stated that he spoke with Thompson who again asked that I speak with him. Det Solis and I went to the prison and met with Thompson. Thompson stated that he did not wish to speak with us until he is represented by a private attorney but wanted to reiterate that he was not in the building. Thompson then stated that Emmons provided a fake name and was really Sean Murphy,

I met with Costco regional loss prevention agent, James Gaine, 301-902-2643(w) or 703-887-1126(C). Gaine advised that they have had no other burglaries that he feels these individuals may be affiliated with. Gain advised that Kevin Goulet the New England Regional loss prevention manager, 508-284-7666, has also been advised and has no open burglaries.

Partial prints taken from Emmons at the hospital were sent to the FBI. The FBI was able to identify the prints as belonging to Sean Murphy.

I contacted the Budget Rental Truck Company at 800-367-0522. I was able to learn that the vehicle driven by Thompson and Murphy had been rented with cash from a Salem Massachusetts location. The truck was rented for a local move by Millennium Movers on 10/15/04 @ 1044Hrs. The truck was due back on 10/17/04 @ 1044Hrs. The driver listed for the vehicle was a Paul Emmons.

10/19/2004, Det. Reape:

On this date I was able to obtain a warrant for Murphy based upon the false identification provided to law enforcement identifying himself as Paul Emmons. In additional I was also able to obtain a detainer for Murphy on open warrants from state of Massachusetts. The contact person for the detainer is a Det. Mulvey, 781-595-2000.

Several agencies have contacted this PD in regards to the facts of the investigation;

1) Lt. Bob Tryer, 973-410-5383, of East Lawn Park PD in New Jersey has been heading a task force investigating a group called the "Lynn Breakers" who a known gang of burglars from the Lynn, MA area. Tryer was provided information on our arrest and will conduct follow ups on his own.

2) Det. Don Starner, 845-794-7100, of Sullivan Co Sheriff's, New York has been investigating a string of six burglaries where the actors MO was the same and the subjects dressed in similar clothing during the burglary.

3) Martin Wallace, 978-744-5500, ext 300, Chief Probation Officer, Essex Superior Court, 32 Federal Street, Salem, Ma. 01970. Wallace holds supervision over Murphy and requests case record for follow up on detainer.

Sgt Bendig requested I conduct a follow up on the suspicious vehicle that was observed in the lot of the Mobil station, 390 @ Upper State. The registration was NJ/PRF52E assigned to a Paul Plank of 101 Greenbrook Road, Middlesex, NJ, ph 732-271-1460. I contacted the Middlesex PD and spoke with Det. Scott Johnson,

1/19/2009      Montgomery Township Police Department      Page 10 of 15

# General Report

## Incident 2004-22797

## Supplement

732-356-1900. Johnson was familiar with the Plank family who live within his jurisdiction. Johnson advised that Mr. Plank was in PA on Saturday evening for a wedding that took place at the Blue Bell Country Club. Det. Johnson was able to advise that plank was not part of the professional burglary ring.

10/21/2004, Detective Reape:

On this date I spoke with Costco Mgr, Ron Fortini. Fortini advised that he had spoken with his alarm company and learned that the transmission frequency for the cellular back up alarm was 824 thru 848 megahertz. The reception frequency was 869.3.

In addition Fortini advised that Costco has had modifications made to the satellite receiving systems for their television displays recently. The modifications gave access to all electrical room, roof, etc. Fortini believes there may be a possible connection and stated that the agency hired for the work was a Premier Retail Network (PRN), 888-776-5589. An employee at a Beltsville, MD Costco stated that the photograph of Murphy looked like one of the installers.

10/22/2004, Detective Reape:

On this date ADA Doug Rosenblum came to MTPD to review the case. Rosenblum was taken to the location and viewed all pertinent paperwork.

I contacted PRN and spoke with an Allison Cimini, 415-808-9758. Cimini advised that there company is based out of San Francisco and they contract with vendors on the east coast to do the Costco work. She stated that work was done to the North Wales Costco on August 31, 2004. The work done to the Beltsville, MD store occurred on August 2, 2004. Cimini will have to research who the vendors were and contact them for personal records.

10/26/2004, Detective Reape:

On this date I spoke with Allison Cimini of PRN. She advised that the vendors used for the Beltsville, MD install were a Wachter Network Services 479-757-8282 contact person Bill Gregory and Hughes Network Services, 301-428-5478 contact person Carolyn Valanidas. Both were contacted and will advise of who was on their crews at the time of the installation in MD.

10/29/2004, 1330 hours, Detective Reape:

On this date a preliminary hearing was held regarding this investigation. The criminal complaint was amended to include the charges of Possession with the intent to deliver a controlled substance and Possession of instruments of crime. Murphy was transported to the hearing from Montgomery County Correctional Facility and Thompson arrived on his own while out on bail. All charges were held against Thompson and Murphy.

11/09/2004, 1030 hours, Detective Reape:

On this date the jewelry collected as evidence was returned to Costco following the approval of the District Attorney's Office.

1/19/2009

Montgomery Township Police Department

# General Report

## Incident 2004-22797

## Supplement

5) **GENERAL REPORT SUPPLEMENTAL**

*Prepared By:* William Peoples

*Date Reported:* 10/17/2004

On 10/17/04, I did assist Detective Reap execute a warrant (search) on a Budget Rental truck related to this investigation. While Detective Reape conducted the search of the cargo area, I searched the front cab area. All items were inventories and recorded on a property record. Located under the passengers seat was the following:

1. Pair of yellow gloves
2. Pair of black cloth gloves
3. Two black hoods
4. One "Talk About" Motorola walkie-talkie
5. One hand held scanner with antenna
6. One hand held portable TV
7. Paperwork from MapQuest and personal paperwork
8. Head mounted flashlight
9. Silver piece of aluminum

The hand held scanner mentioned above did have several radio frequencies programmed into it, to include MTPD radio frequency.

At 17:30 hours, I did conduct an arraignment for Thompson. Bail was set for $100,000.00 and a preliminary hearing date of 10/27/04 at 10:00 hours was set.

6) **GENERAL REPORT SUPPLEMENTAL**

*Prepared By:* Maria Lesinski

*Date Reported:* 10/28/2004

On 10/19/04 while supervising arrestee Murphy at Abington Hospital, I had mentioned to Murphy that I would be eating my lunch at the Eastern Dragon. Murphy stated that co-defendant Thompson and himself had eaten there on 10/16/04 around the same time as the Dunbar armored truck was picking up money from Costco,

Also during the time I was supervising Murphy, he related that he had several girlfriends ranging from 18 years to 20 years of age. He related that they were all "21 years old" because of false ID cards he furnished them with. He also referred to the as "Murphy's Angels." Also with their ID's being fake, Murphy also related that his ID card was fake.

7) **GENERAL REPORT SUPPLEMENTAL**

*Prepared By:* J. Scott Bendig

*Date Reported:* 03/28/2005

Attended Suppression Hearing on the aforementioned case in front of Judge Carpenter. Traffic stop was suppressed, appeal pending by Commonwealth/ADA Rosenburg.

8) **GENERAL REPORT SUPPLEMENTAL**

*Prepared By:* James Reape

*Date Reported:* 04/28/2008

04/28/2006, Det. Reape:

On this date I received information from ADA Kevin Steele and Doug Rosenblum regarding additional

*Informant PS*

K-11

1/19/2009       Montgomery Township Police Department       Page 12 of 15

# General Report

## Incident 2004-22797

## Supplement

information on a possible third person involved in our burglary. They provided me with the name of Jim Giardino of the Maine Correctional Center, Windham, ME 207-893-7092. Information received was that at the time of processing Thompson at the Maine facility he stated that he had an open case in Montgomery County with codefendants Sean Murphy and Robert O'Brien. Steele stated that Thompson cannot be approached by our police department due to his legal representation.

I contacted Giardino who stated that the intake officer who interviewed Thompson was Susan Deshambo, 207-893-7073. Deshambo needs to be interview regarding the exact exchange between her and Thompson. The file or Deshambo were not available at the time and requested I try later or on 05/01/2006.

I also contacted the Lynn, Ma police department, 781-595-2000. I spoke with Det. Ferrari. He was very familiar with Thompson and Murphy but not O'Brien. He stated that he would research O'Brien and see if he can come up with identifiers for him.

05/01/2006, Det. Reape:

On This date I received a phone message from a Peter Turner of the York County Sheriffs, Maine 207-324-1111. Turner advised that he had a prior arrest involving Thompson with Robert O'Brien 11-03-1963 as a co-conspirator. Turner stated that O'Brien is believed to have a drivers licenses' in the states of Massachusetts and New Hampshire. A criminal history check revealed that O'Brien had several arrests with an FBI Number 601254HA1. Upon running the criminal history I contacted the Ocala Police Department, Florida in an attempt to gain a copy of the subjects fingerprint cards.

Tina Ringfield of Ocala PD, 352-369-7028 faxed and emailed a copy of O'Briens prints to MTPD. The prints will be compared to the latent that was obtained from the cellular phone jamming device by Detective Davies.

05/02/2006, Det. Reape:

On this date I requested an off line search be conducted regarding any contacts with O'Brien via the NCIC system.

05/04/2006, Det. Reape:

On this date I received the off line response, which revealed no additional leads for the whereabouts of O'Brien.

9)    **SUPPLEMENTAL**

*Prepared By:*   Michael Solis               *Date Reported:*   08/22/2006

I requested a fingerprint card for Michael Delauri DOB 10 21 84 from the Green Island Police in Green Island N York. Chief Nardone advised that he would mail the card to this agency.

10)    **SUPPLEMENTAL**

*Prepared By:*   Michael Solis               *Date Reported:*   08/26/2006

I received the fingerprint card of Michael Delauri. the prints were submitted to Det Davies to compare with the latent print on the cell phone jamming device.

After examining the prints, Det Davies advised that the prints did not match. The print card was mailed back

1/19/2009                    Montgomery Township Police Department                    Page 13 of 15

# General Report

**Incident 2004-22797**

## Supplement

to Green Island Police.

11) **SUPPLEMENTAL REPORT**

*Prepared By:*   James Reape                                    *Date Reported:*   10/02/2006

On this date I received an email from an Eva Rentz of Costco. Rentz forwarded me a letter that had been received from Sean Murphy of Angel One Security Consulting, 407 Walnut St., Lynn, Ma. 01905. The letter was a solicitation to act as a consultant for building security. In the letter it states "Our elite team of experts have been the only group of professionals who have successfully burglarized a number of COSTCO Wholesale Warehouses and taken multiple high ticket items during the high-tech heists."

A call was placed to FBI Agent Steve Dean of Seattle, Washington 425-252-3500. This FBI Field office covers the home office of COSTCO where the letter was recieved. Agent Dean stated he will look into the possibility of this letter being a "A-9 Violation" as an extortion case or racketeering. The director of security, Larry Montague, was contacted and he declined to assist with an FBI investigation.

12) **SUPPLEMENTAL REPORT**

*Prepared By:*   James Reape                                    *Date Reported:*   02/05/2008
*Reviewed By:*   Joseph Bennis                                  *Date Reviewed:*   02/05/2008

On this date I received a fax from ADA Rosenblum. Rosenblum provided a statement from a former cell mate of Sean Murphy, John Gampa, regarding the COSTCO burlgary and the invovlement of Sean Murphy. Upon reviewing the statement it is clear that Gampa knows of elements of the crime that could have only come from Sean Murphy. Rosenblum will look into a possible rearrest.

13) **SUPPLEMENTAL REPORT**

*Prepared By:*   James Reape                                    *Date Reported:*   03/14/2008
*Reviewed By:*   Joseph Bennis                                  *Date Reviewed:*   03/14/2008

On this date I prepared an arrest warrant for for Sean Murphy. The warrant was signed by DJ Keightly. Murphy was entered in NCIC as a wanted person. Extradition was approved by Fred Ziegler for Nationwide.

14) **SUPPLEMENTAL REPORT**

*Prepared By:*   James Reape                                    *Date Reported:*   03/15/2008
*Reviewed By:*   Joseph Bennis                                  *Date Reviewed:*   03/17/2008

On this date I contacted the Lynn, Mass Police Department. I spoke with Det Mulvey at 781-595-2000. Mulvey was provided the infromation on Murphy and will make attempts to serve the warrant. A copy was faxed to his attention at 781-477-7148.

15) **SEAN MURPHY ARREST**

*Prepared By:*   Joseph Bennis                                  *Date Reported:*   03/19/2008
*Reviewed By:*   Joseph Bennis                                  *Date Reviewed:*   03/19/2008

At 1716 hrs. this date, this agency received a scope message from the FBI CJIS Division, Clarksburg, WV, reference Sean Murphy. The message advised that Murphy was arrested this date by the Lynn, Mass. Police Department. This agency has an arrest warrant for Murphy for Burglary and related offenses. He is listed in NCIC as a wanted person. Nationwide extradition has been approved by the DA's office. This agency did not

*Informant PS*

X - 13

1/19/2009      Montgomery Township Police Department      Page 14 of 15

# General Report

## Incident 2004-22797

### Supplement

receive a "Hit Confirmation" from the Lynn Police Dept. reference their arrest of Murphy.

At 2015 hrs. I called the Lynn Police Dept., 781-595-2000, and spoke to an Officer Kim. He confirmed that Murphy was arrested today on our warrant and is currently in their custody. There are no local charges. He will be arraigned tomorrow as a Fugitive from Justice and will then be incarcerated at the Middleton Jail, Middleton, Mass. 978-750-1900. He advised to call the jail tomorrow to arrange extradition (no contact person).

I asked Officer Kim to send a "Hit Confirmation" to this agency reference the arrest of Murphy. He will remain in NCIC until the "Hit Confirmation" is received.

### 16) EXTRADITION NOTIFICATION

| | | | |
|---|---|---|---|
| *Prepared By:* | Michael Solis | *Date Reported:* | 03/20/2008 |
| *Reviewed By:* | Joseph Bennis | *Date Reviewed:* | 03/20/2008 |

I faxed information to, and left a message for Fred Ziegler (Montgomery County Extradition Unit) (T) 610 278 3148 advising him of the arrest of Sean Murphy.

I received the following information from Fred Ziegler. Sean Murphy waived extradition and agreed to be returned to Pennsylvania. The waiver is valid until April 4, 2008. Mr Murphy must
be picked up by that date. Mr Ziegler advised that it was most likely that the transportation company used by Montgomery County would not be able to make the pick up by April 4, 2008.
Mr Murphy is currently incarcerated at the Middleton House of Corrections, 20 Manning Rd, Middleton, Mass. 01949 (T) 978 750 1900. Mr Ziegler will fax the extradition waiver and other information to this agency by March 24, 2008.

Lt Houghtaling was advised of this information. Information turned over to Detective Reape for follow-up.

### 17) ARRAIGNMEN/TRANSPORT SUPPLEMENTAL

| | | | |
|---|---|---|---|
| *Prepared By:* | Joseph McGuigan | *Date Reported:* | 03/31/2008 |
| *Reviewed By:* | Joseph Bennis | *Date Reviewed:* | 04/01/2008 |

On this date, Sean Murphy was video arraigned in front of Judge Keightly. Bail was set at $25,000.00 cash. The pre-liminary hearing is scheduled in front of Judge Keightly on 4/18/08 at 10:15 hrs.

Murphy was transported to MCCF on this date.

Paperwork forwarded to Det. Reape.

### 18) SUPPLEMENTAL REPORT

| | | | |
|---|---|---|---|
| *Prepared By:* | James Reape | *Date Reported:* | 03/31/2008 |
| *Reviewed By:* | Joseph Bennis | *Date Reviewed:* | 04/01/2008 |

On this date I took Sean Murphy into custody at the Middleton Jail in Middleton, Massachusetts. While taking custody of Murphy in the intake area of the prison he was told to sit down so that we could put leg shackles on him. Murphy stated "Oh yeah I have a history and might rabbit" Murphy looked at me and stated "you know, whats the name of that quarry there I jumped into?" During the transport to MTPD Murphy stated that he would be more than willing to plea to the burglary charge if it meant getting time served and being done with

*Informant PS*

X-14

1/19/2009          Montgomery Township Police Department          Page 15 of 15

# General Report

**Incident 2004-22797**

## Supplement

the case. Murphy also indicated that he was interested in teaching police officers what he knows about how to commit a burglary. He insisted that he would have much to teach us. I suggested that he offer that as part of a plea deal.

Murphy was returned to MTPD and processed. Murphy will be arraigned before DJ Keightly.

19)  **SUPPLEMENTAL REPORT**

*Prepared By:*  James Reape                    *Date Reported:*  04/18/2008
*Reviewed By:*  Joseph Bennis                  *Date Reviewed:*  04/18/2008

On this date I attended a preliminary hearing for this case. Murphy was represented by Attorney, John McMahon of Norristown. The Commonwealth was represented by ADA Doug Rosenblum. Testimony was taken from Sgt Bendig, Ron Fortini and Det Reape. Gampa refused to testify without consulting an attorney. A continuance was granted for the testimony of Gampa. The hearing was continued pending the testimony of Gampa.

20)  **SUPPLEMENTAL REPORT**

*Prepared By:*  James Reape                    *Date Reported:*  06/03/2008

On this date the preliminary hearing was scheduled to resume. After discussion with council Sean Murphy elected to waive the hearing and the charge of burglary to the county level. An agreement was reached in that Murphy would plea to the Burglary charge and would receive time served and face restitution costs of $500.

*Informant PS*
X-15

## ETHICON



## BMS



## CHRYLSER DCA



## TAMPA BAY



## IBC



## PISTONS



## SNAP ON





















TRUE COPY ATTEST

DISTRICT COURT OF THE 17th JAY ESSEX









3/17/2008







