| | TRIAL COURT OF MASSACHUSETTS |
|---|---|
| **SEARCH WARRANT**<br>G.L. c. 276, §§ 1-7 | **COURT DEPARTMENT**<br>Lynn District Court  DIVISION |
| | SEARCH WARRANT DOCKET NUMBER<br>0913SW0006 |

**TO THE SHERIFFS OF OUR SEVERAL COUNTIES OR THEIR DEPUTIES, ANY STATE POLICE OFFICER, OR ANY CONSTABLE OR POLICE OFFICER OF ANY CITY OR TOWN, WITHIN OUR COMMONWEALTH:**

Proof by affidavit, which is hereby incorporated by reference, has been made this day and I find that there is **PROBABLE CAUSE** to believe that the property described below:

- [X] has been stolen, embezzled, or obtained by false pretenses.
- [X] is intended for use or has been used as the means of committing a crime.
- [X] has been concealed to prevent a crime from being discovered.
- [X] is unlawfully possessed or concealed for an unlawful purpose.
- [X] is evidence of a crime or is evidence of criminal activity.
- [ ] other (specify):

**YOU ARE THEREFORE COMMANDED**, within a reasonable time and in no event later than seven days from the issuance of this search warrant to search for the following property:
All U.S. Currency, a (stolen) Giants Superbowl ring, burglarious equipment, two (2) false MA Drivers Licenses giving Sean Murphy the aliases of Brian hetherman and William Palavacini, Marijuana, any and all paperwork implicating Sean Murphy in committing burglaries and other crimes, two Easter bank pouches, labeled Box 899 and 1637, with both containing safe deposit keys.

- [X] at (identify the exact location or description of the place(s) to be searched):
407 Walnut St., Lynn, MA, is a two story, single family white colored dwelling with green shutters. The number 407 is affixed over its front door.

which is occupied by and/or in the possession of:
Sean Murphy, 7/19/64 date of birth

- [X] on the person or in the possession of (identify any specific person(s) to be searched):
Sean Murphy, 7/19/64 date of birth

TRUE COPY ATTEST
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
LYNN, MASSACHUSETTS AT 901

| You | [ ] are | [X] are not | also authorized to conduct the search at anytime during the night. |
|---|---|---|---|
| You | [ ] are | [X] are not | also authorized to enter the premises without announcement |
| You | [X] are | [ ] are not | also commanded to search any person present who may be found to have such property in his or her possession or under his or her control or to whom such property may have been delivered. |

**YOUR ARE FURTHER COMMANDED** if you find such property or any part thereof, to bring it, and when appropriate, the persons in whose possession it is found before the _____ Division of the _____ Court Department.

| DATE ISSUED | SIGNATURE OF JUSTICE, CLERK-MAGISTRATE OR ASSISTANT CLERK |
|---|---|
| January 23, 2009 | X _Jane Brady Stirgwolt_ |
| FIRST OR ADMINISTRATIVE JUSTICE | PRINTED NAME OF JUSTICE, CLERK-MAGISTRATE OR ASSISTANT CLERK |
| WITNESS: Michael C. Lauranzano | Jane Brady Stirgwolt |

Exhibit 4

407 #2

# RETURN OF OFFICER SERVING SEARCH WARRANT

A search warrant must be executed as soon as reasonably possible after its issuance, and in any case may not be validly executed more than 7 days after its issuance. The executing officer must file his or her return with the court named in the warrant within 7 days after the warrant is issued. G.L. c. 276, §3A.

This search warrant was issued on ___January 23, 2009___, and I have executed it as follows:

The following is an inventory of the property taken pursuant to this search warrant:

| | |
|---|---|
| 1. | (1) Diamond ring |
| 2. | Miscellaneous jewelry |
| 3. | Handwritten letters |
| 4. | Marijuana |
| 5. | (10) yellow pills |
| 6. | $12,121.68 United States currency |
| 7. | (1) Plastic box containing wireless communication device |
| 8. | (2) False MA drivers licenses |
| 9. | (3) Black face/head coverings/hats |
| 10. | (3) Safe deposit/lock keys |
| 11. | (2) Tool bags containing various cordless power tools and pry bar |
| 12 | (1) Purse of Kristen Sullivan |
| 13. | (1) New York Giant Super Bowl ring, located in Sullivan's purse |
| 14. | (1) Hooded sweatshirt |
| 15. | (1) Garmin GPS |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |

(attach additional pages as necessary)

This inventory was made in the presence of:
Trooper Steven R. Wohlgemuth #2942

I swear that this inventory is a true and detailed account of all the property taken by me on this search warrant.

| SIGNATURE OF PERSON MAKING SEARCH | DATE AND TIME OF SEARCH | SWORN AND SUBSCRIBED TO BEFORE |
|---|---|---|
| X _[signature]_ | 12/23/2009 at 6:15 AM | X _[signature]_ Signature Of Justice, Clerk-Magistrate Or Assistant Clerk |
| PRINTED NAME OF PERSON MAKING SEARCH Lt. Alan C. Zani | TITLE OF PERSON MAKING SEARCH Lieutenant, MA State Police | DATE SWORN AND SUBSCRIBED TO 1-29-09 |

COMMONWEALTH OF MASSACHUSETTS

AFFIDAVIT IN SUPPORT OF APPLICATION FOR A SEARCH WARRANT

1. I, Alan C. Zani, being duly sworn, depose and say:

2. I have been a Massachusetts State Police (MSP) Officer since 12/06/85. In August of 1989, I was reassigned from the MSP Field Division to the Essex County District Attorney's Drug Task Force (ECDTF) (based in Lynn and Lawrence). In June of 1997, I was promoted to the rank of Sergeant and remained in the ECDTF. In January of 2004, I was promoted to the rank of Lieutenant and was assigned as a Shift Commander in the MSP Field Division. In July and October of 2004, I commanded a Public Order Platoon during the Democratic National Convention and Red Sox Playoff Series in Boston. In November of 2004, I was assigned to the MSP Special Services Unit/FBI Bank Robbery/Violent Crimes Task Force (BRVCTF). In March of 2007, I was placed in charge of the Suffolk County District Attorney's Narcotics Unit. In June Of 2008, I returned to supervise the state police assigned to the Bank Robbery Task Force. During my MSP career, I have participated in numerous investigations involving use and distribution of Controlled Substances, assaults, larcenies, kidnapping, extortion, firearms violations, armed and unarmed robberies, prostitution and crimes against persons. I have received the following specialized training: Investigation of Controlled Substance Use and Distribution (40 hour course, while attending the MSP Academy), Highway Drug Interdiction (03/88, 24 hour course), Basic Narcotics Investigation (10/89, 40 hour course), Advanced Narcotics Investigation (04/90, 32 hour course), DEA Sponsored Domestic Cannabis Eradication (at Westover and Otis A.F.B., 08/90 and 08/91, both 40 hours courses), Concealed Compartments training (03/00, 8 hour course), NENEOA sponsored Multi-jurisdictional Narcotics Task Force Management and Operations (09/98, 32 hour course), Hidden Compartment training (05/01, 16 hour course), Undercover Tactical Pistol training (MSP Academy, 09/02, 16 hour course), NENEOA sponsored Drug Investigation training (11/02 8 hour course), FBI

Street Survival Awareness (FBI Academy, 02/06, 32 hour course), and Street Crimes Investigations (09/07, 24 hour course, sponsored by John E. Reid and Associates), FBI Sponsored Undercover Training (as an observer, one week course, 10/07). I have attended various seminars/workshops concerning narcotics enforcement and have been recognized in the U.S. Federal District, Essex and Middlesex Superior and District Courts repeatedly as an expert witness in the area involving Controlled Substance use and distribution. While assigned to the ECDTF and BRVCTF, I have participated in all types of electronic audio and video surveillances used in apprehending felons and drug traffickers and am familiar with the laws regulating these methods.

3. I respectfully suggest that the following information contained in paragraphs 7-16 will establish that Sean Murphy is a career criminal, living at 407 Walnut St. in Lynn, owner of North Shore Movers, 725R Summer St., Lynn, MA, and owner of a black, 2007 Jeep Grand Cherokee bearing MA Registration 43VK43. Paragraphs 17-19 will also establish Rikkile Brown, 04/22/87 date of birth, as being Murphy's past and/or present girlfriend, who is a conspirator in Murphy's pill/stolen property distribution, who lives at 1 Silver Leaf Way, Apt. 127, Peabody, MA, and the owner of a 2002 black Mercedes ML320 bearing MA registration NE67DT.

4. Paragraphs 20-22 will summarize two commercial breaks taking place at the Amerisource Bergen Corporation, on 11/05/06, and at the E.A. Dion Company, on 06/08/08.

5. Paragraph 23 will detail Murphy and Brown's involvement in commercial breaks, including, but not necessarily limited to, the 06/08/08 E.A. Dion break, and details locations where the two maintain related paraphernalia. More specifically, paragraph 23 will detail how Murphy was involved, if not being the ringleader of, at the very least, the E.A. Dion burglary and how there is probable cause to believe that Murphy and Brown are in possession of property stolen from this and other breaks, profits derived from this and other breaks, records (some computer generated) related to and identifying conspirators

in these breaks, burglarious equipment used in these and/or other breaks, and illicitly possessed Controlled Substances, including, but not limited to Heroin, a Class "A" Controlled Substance, and Marijuana, a Class "D" Controlled Substance, both earmarked for distribution.

6. Paragraph 36 and 37 will describe the locations and person requested to be searched.

7. Sean D. Murphy (Murphy), 07/19/64 date of birth, of 407 Walnut Street, Lynn, MA, is a career criminal. More specifically, and besides displaying an ongoing pattern of drug distribution throughout his criminal career, Murphy is an accomplished commercial breaker, breaking into high end commercial establishments and burglarizing them of their assets. Offered in support of these assertions are the following; A copy of Murphy's Massachusetts Driver's License information (Attachment A); Murphy's Massachusetts Criminal History (BOP), affixed as Attachment B; Murphy's multi - state criminal history (III), which includes some, but not necessarily all, of Murphy's out of state criminal arraignments and convictions (affixed as Attachment C); an FBI interview report (302), affixed as Attachment D, written by this writer, which reflects a 01/14/09 interview of Thomas Enquist by FBI Special Agent Jason Costello (who is also assigned to the FBI's BRVCTF) and me. Noteworthy in the interview is that Enquist recalled a 1984 Saugus bicycle store robbery Murphy had committed; a 12/18/08 Interview Report (Attachment E) completed by Swampscott Police Detective Sergeant Timothy Cassidy and implicating Murphy in recent ATM breaks; a 09/25/06 letter Murphy sent to Costco Management in the State of Washington (Attachment F). Noteworthy in the letter is Murphy's admission of having committed burglaries on Costco warehouses. Although Costco delivered the letter to the FBI, the company chose not to be involved in any further criminal investigation.

8. This Costco solicitation/letter was later connected to a 10/17/04 Costco Wholesale Warehouse, Montgomery Township, PA, burglary, where a cell phone jammer (a device used to jam/interfere with local cellular transmissions, utilized by high end burglars to

defeat alarm system cellular phone alert backups) was used and entry was gained through the ceiling. Murphy was eventually charged with this burglary and later convicted (on 06/03/08) on charges related to the burglary. Noteworthy is that during plea bargain negotiations, Murphy offered, for a fee, to train law enforcement regarding his knowledge of commercial breaks. (Montgomery Township Police report relating to this investigation is affixed as Attachment X)

9. FBI S/A Costello's 01/19/09 computer query of the Massachusetts Movers Association lists North Shore Movers of Lynn as having an address of 407 Walnut St., Lynn, MA. Sean Murphy is the listed contact, and the contact number is (781) 599-0036 (Attachment M). Noteworthy is that this number is the same as being the contact number listed on the Costco solicitation letter.

10. FBI S/A Costello's further computer inquiry revealed North Shore Movers website, which lists 407 Walnut St., Lynn, MA as the business address and 725R Summer St., Lynn, MA, as the warehouse location (Attachment N).

11. On 10/30/06, Sean Murphy successfully petitioned the City of Lynn Zoning Board of Appeals to list 407 Walnut St. for the "Home Occupation of Office for Moving Company and Security Consultant Business" (Attachment O).

12. On Friday, 01/02/09, FBI Costello and I observed Sean Murphy being driven away from 407 Walnut St. S/A Costello later observed Murphy and his companion at 725R Summer St. Affixed as Attachment Q is S/A Costello's report (302) reflecting these and other observations.

13. Noteworthy besides Murphy's criminal convictions, is that Murphy's license data, BOP and III (on page C-11) all list Murphy's residence as being 407 Walnut St. in Lynn, MA. In further support of this location being Murphy's residence is that, on an occasion during the week of 01/04/09, FBI Special Agent Jason Costello and I walked to the rear door of 407 Walnut St. and knocked on the door. We

received no response, but I noted a sign, which read "The Murphy's," hung over the outer door. Also noted during this visit and previous recent surveillances was a sign, advertising "North Shore Movers," affixed to a tree in the front yard.

14. Also noteworthy on page C-11 of Murphy's III is "North Shore Movers of Lynn 407 Walnut St., Lynn," as being listed as Murphy's employer.

15. Noteworthy, too, is that, on page B-1 of Murphy's BOP, is an expired Restraining Order, listing a Rikkile Brown as the Plaintiff.

16. On repeated occasions during the months of November and December of 2008 and January 2009, FBI S/A Costello and I have either driven past 407 Walnut St. in Lynn and/or 725R Summer St. in Lynn (the business warehouse for North Shore Movers). On repeated occasions S/A Costello and/or I have noted a black 2007 Jeep Cherokee (bearing MA registration 43VK43) parked at these locations. A check of this Massachusetts registration revealed it to be registered to Sean D. Murphy, 407 Walnut St., Lynn, MA (Attachment G).

17. During a March to August of 2007 Federal Wiretap Investigation (T-3), ATF Special Agent John Kelter identified Rikkile Brown, 04/22/87 date of birth, as being Sean Murphy's then girlfriend. The T-3 also intercepted (audio taped) evidence of Brown involved in selling Vicodins and other prescription pills to the T-3's target, Josh Richard. Also taped is Sean Murphy, implicating Brown, himself and John Fleury (aka: "Johnny Rotten") in the pill distribution. Brown's Massachusetts Drivers License Data and BOP are affixed as Attachment H. S/A Kelter also identified a black 2002 Mercedes ML320 (bearing MA registration NE67DT) Brown owns (Attachment I).

18. Noteworthy is that, although Brown lists her license address as being 48 Cannon Rock Rd., in Lynn, FBI S/A Costello has determined this location to be the address belonging to Brown's aunt. S/A Costello's further investigation (including the months of November and December, 2008 to present) revealed Brown's Mercedes to repeatedly be parked at 1 Silver

Leaf Way in Peabody. S/A Costello's 11/06/08 AT&T cell phone subscriber check revealed Rikkile Brown's billing address to be listed as 1 Silver Leaf Way, Apt. 127, Peabody, MA (Attachment J). On 11/21/08, S/A Costello observed the Mercedes parked by 1 Silver Leaf Way. Speaking to building management and observing its tenant roster on that date, S/A Costello learned that Rikkile Brown was listed as the tenant for Apt. 127 at 1 Silver Leaf Way, Peabody, MA. As late as December of 2008, S/A Costello spotted a female believed to be Brown park the Mercedes by 1 Silver Leaf Way and enter the building.

19. On 10/18/08, a Domestic Dispute between Sean Murphy, Rikkile Brown and Jordayne Hartman at 407 Walnut St., in Lynn, MA, resulted in Murphy's being charged with Domestic Assault and Battery and Cultivating Marijuana. Affixed as Attachment K is responding Lynn Police Officer John Mackin's Investigative Report and the related Lynn District Court Complaint.

20. On 11/05/06, the Amerisource Bergen Corporation, 101 Norfolk St., Mansfield, MA, a pharmaceutical distributor, was broken into. Telephone (T-1) lines were cut and entry was gained through a hole cut in the roof. Estimates indicate that over 1.8 *million* pills, including Hydrocodone, Cialis and other Scheduled Controlled Substances were taken.

21. On 10/13/07, Attleboro, MA, Police discovered a cell phone jammer, a device, which is illegal to use to interrupt radio/wireless transmissions (see 47 USC sec. 333) in the United States and which, when activated, continuously jams/interrupts nearby cell phone transmissions, in the woods near the Jostens Jewelry Company.

22. On 06/08/08, the E.A. Dion Company, which is located near Jostens Jewelry Company and is also in Attleboro, MA, was broken into and burglarized. Telephone lines were cut, the cellular backup alarms were somehow defeated, and access was gained through the roof. Stolen during this break were jewelry, precious metals and gems worth an estimated 2.5 *million* dollars. Noteworthy that also taken in this break were Super Bowl rings for the New York Giants

that E.A. Dion had been contracted to produce. A news story related to the break is affixed as Attachment P.

23. On Wednesday, 01/15/09, S/A Costello, MSP Trooper John Strazzullo and I interviewed Jordayne Hartman at the Woburn District Court. Hartman is listed as a witness in Murphy and Brown's 10/18/08 domestic abuse Lynn Police Report. Affixed as Attachment L is S/A Costello's Investigative Report (302) reflecting the interview. Additionally learned during the interview is that Rikkile Brown is five months pregnant with Sean Murphy's child.

24. On the evening of Monday, 01/19/09, S/A Costello observed 1 Silver Leaf Way, Peabody, MA, to be part of the "Highlands at Dearborn" apartment complex. This apartment building, numbered "1" is a beige colored, three story, multiple unit dwelling with white and black shutters. There are two front outer doors, with the one to the left accessing apartment 127. The green colored door to apartment 127 is on the second floor, having "127" affixed to it and a doormat, stating "Come Back with a Warrant," on the floor in front of it.

25. Special Agent Costello's subsequent 01/20/09 observations of 407 Walnut St. and 725R Summer St., Lynn, MA, are the following: 407 Walnut St., Lynn, MA, is located on the corner of Walnut St. and Revere Avenue in Lynn. It is a two story, white colored single family dwelling with green shutters. The front door has the number "407" affixed over it, and the rear door, which can be accessed from Revere Avenue, has a sign, stating, "The Murphy's" over it. 725R Summer St., Lynn, MA, is inside a beige colored, multi use commercial building, which is located at the intersection of Summer and Ashland Streets in Lynn, MA. The door accessing 725R Summer St. is facing Ashland St. and has "North Shore Movers of Lynn" affixed over it.

26. During S/A 01/20/09 observations of 407 Walnut St., S/A Costello noted Murphy's black Jeep Grand Cherokee parked next to the address, on Revere Avenue. Later in the morning, I drove past the

     address and noted Murphy's Jeep to still be parked at the location.

27. Sean Murphy's black-colored, 2007 Jeep Grand Cherokee bears MA registration 43VK43 and VI# 1J8HR78317C508799.

28. Rikkile Brown's 2002 black colored Mercedes ML320 bears MA registration NE67DT and VI# 4JGAB54E02A309316.

29. Later on Tuesday, 01/20/09, S/A Costello and I met with FBI Special Agents assigned to its satellite Lakeville Office, Attleboro and Mansfield Police Detectives. During this meeting, FBI S/A Brian Zinn provided me with a working copy of an interview report (302), completed on 02/20/07 (the report is affixed as Attachment R). This report reflected an interview of Anthony Cataldo, who I have arrested in the past and who is presently serving a sentence in New York on pharmacy burglary related charges. During the interview, Cataldo implicates Murphy, John Fleury and Thomas Enquist in the 11/05/06 Amerisource pharmaceutical burglary.

30. During this meeting, FBI S/A Charles Cabral also provided me with the related Attleboro Police Incident Reports and the E.A. Dion inventory list, approximating the items stolen during the 06/08/08 burglary. These reports and inventory are affixed as Attachment S.

31. Noteworthy on Rikkile Brown's BOP (Attachment H, page H-3) is the listing of "Dennis Brown" as being her father. In January of 1990, as a Trooper assigned to the Lynn Drug Task Force, I assisted members of the Bureau of Alcohol and Tobacco and Firearms in arresting Dennis W. Brown, 10/04/51 date of birth, and his accomplice, Byron Vorgias, on Firearms Possession and Morphine Distribution charges. Years later, and while still assigned to the Lynn Drug Task Force, and during a separate drug investigation, I had contact with Dennis Brown in the third floor apartment at 36 High Rock Street in Lynn. During that interaction, Brown and I spoke of his previous arrest. Brown also stated that the location we were at was his residence. Dennis Brown

has since died, but a copy of his Massachusetts Driver's History and his BOP are affixed as Attachment T. Noteworthy on the Driver's History and BOP are that both list 36 High Rock St. in Lynn and Dennis Brown's residence. Also noteworthy is that the BOP lists Dennis Brown's mother's maiden name as "Mary Harrigan."

32. A further check with the Registry of Motor Vehicles revealed five (5) people to have active drivers licenses listing 36 High Rock St. in Lynn as their address: (Aforementioned) Dennis W. Brown, 10/04/51, Dennis W. Brown, 05/04/86, Mary E. Brown, 03/29/29, Paul A. Brown, 06/18/55, and Karen Miller, 08/15/67. Affixed as Attachment U is a copy of this listing and Mary Brown's license data.

33. Attachment W represents an online Essex Registry of Deeds query, where, on 04/12/02, a Mary E. Brown, listed a Paul A. Brown and a Dennis W. Brown the inheritors of 36 High Rock St. in Lynn, MA.

34. On the morning of Wednesday, 01/21/09, I observed 36 High Rock St. in Lynn. I found the address to be three stories in height, with the first floor façade brown in color and the second and third floor facades having yellow colored shingles. The number "36" affixed to the front porch/stairway.

35. Also on 01/21/09, FBI S/A Costello spoke with the building management for the apartment complex at 1 Silver Leaf Way in Peabody. S/A Costello learned that Rikkile Brown still rented Apt. 127 and listed her employer as North Shore Movers of Lynn, 407 Walnut St., Lynn, MA. Sean Murphy signed a verification of employment letter. A copy of S/A Costello's report (302) is affixed as Attachment V.

36. Based upon the information listed herein, it is my opinion that evidence related to the E.A. Dion burglary, including, but not limited to jewelry and burglarious equipment; as well as evidence relating to the past and ongoing conspiracy to commit burglary, including but not limited to employee personnel records, which may be computer generated and/or encased, for North Shore Movers and Angel One Security, are at 407 Walnut Street, Lynn, MA, and

725R Summer Street, Lynn, MA. It is also my opinion that Heroin and Marijuana, Class A and D Controlled Substances, both earmarked for distribution, are inside Sean Murphy's 2007 black Jeep Grand Cherokee. It is further my opinion that evidence linking Sean Murphy to these locations and vehicle is on the person of and in the possession of Sean Murphy (including but not limited to access keys and/or electronic access cards).

37. It is further my opinion that evidence related to the E.A. Dion break, including, but not limited to an NFL Giants Superbowl Ring, evidence related to the past and ongoing conspiracy to Receive Stolen Property, including, but not limited to personnel pay stubs and/or tax records reflecting employment at North Shore Movers, is at 1 Silver Leaf Way, apartment 127, Peabody, MA and on the person of Rikkile Brown and in her 2002 black Mercedes ML320. In addition keys and documents relating to dominion and control of apartment and vehicle.

38. On Thursday, 01/22/09, I applied to the Salem Superior Court (Justice Lu) for seven (7) search warrants for the following locations: 407 Walnut St. in Lynn, the 2007 Jeep Grand Cherokee, the person and immediate possessions of Sean Murphy, 725R Summer St., Lynn, MA, the person and immediate possessions of Rikkile Brown, the 2002 Mercedes, 1 Silver Leaf Way, Peabody, MA. Each of the Orders commanded varying items of evidentiary value be seized.

39. On the morning of Friday, 01/23/09, at approximately 6:10 AM, I directed that these seven investigations be initiated.

40. The Order on 407 Walnut St. was executed. This Order commanded the seizure of Sean Murphy's business records. However, during the ensuing search, tools capable of being used in a burglary were noted, but not seized in the basement. Two(2) Massachusetts Drivers Licenses, having Sean Murphy's facial image, but with the identities of Brian Hetherman, 05/17/77, 78 Leonard St., Malden, MA, and William Palavacini, 02/20/73, 50 Sanborn St., Lawrence, MA, were observed in the closet. These

identifications were of immediate evidentiary value by reason of the false identities with Murphy's facial image. They were noted and, even though their images represented an immediate felony violation (MGL Ch 90-24B), they were not yet seized. Murphy, however, was charged with the felony. Personal use amounts of Marijuana were observed, along with letters from David Thompson, implicating he and Murphy in breaks, were also noted. A Superbowl ring die cast (or partial ring) was also noted. Documentation indicating that Murphy was sending Jewelry to a Pennsylvania wholesaler was also noted. A large amount of cash (rough estimates at around $10,000.00) was noted, as well as two (2) Eastern Bank Safe deposit keys (for Boxes 899 and 1637).

41. One ring, with a Radio Shack emblem, representing immediate evidentiary value was observed in Murphy's Jeep Grand Cherokee. This ring was positively identified by FBI S/A Cabral as being stolen in the E.A. Dion break.

42. One ring, with a Snap On Credit emblem, representing immediate evidentiary value and positively identified by S/A Cabral as being stolen in the break, was noted in the search on the warehouse at 725R Summer St. in Lynn. Apparent burglarious equipment was seized. Noted was paperwork linking Sean Murphy to Thompson Construction (David Thompson is one of Murphy's suspected accomplices), and paperwork implicating Sean Murphy in criminal activity.

43. Three rings, which were identified in the E.A. Dion break, were taken from 1 Silver Leaf Way, Apt. 127, Peabody, MA.

44. Therefore I respectfully request the Court issue Orders of Search and Seizure (expanding the scope of already issued Orders) for 407 Walnut St., Lynn, MA and 725R Summer St. Respectfully requested to be seized at 407 Walnut St., Lynn, MA, are, all cash, a Superbowl die cast ring, burglarious equipment, two (2) false MA Drivers Licenses providing Sean Murphy with the aliases of Brian Hetherman and William Palavacini, and Marijuana, a Class "D" Controlled

Substance, and any and all paperwork implicating Sean Murphy in committing burglaries, receiving and transporting stolen property, and two Eastern Bank pouches containing rings to safe deposit boxes 899 and 1637.

45. I further respectfully request the Court issue an expanded Order of Search and Seizure for 725R Summer St., Lynn, MA, commanding the seizure of a ring with a "Snap On Credit" emblem, any and all Superbowl Giants rings, and any and all paperwork linking Sean Murphy to Thompson Construction and paperwork implicating Sean Murphy in committing burglaries.

46. Signed under the pains and penalties of perjury this 23th day of January, 2009.

Lieutenant Alan C. Zani, Massachusetts State Police

Then personally appeared before me this date 23 day of January, 2009.

The above named, Alan C. Zani and made oath that the foregoing Subscribed by him is true.

Justice/Clerk Magistrate/Assistant Clerk Magistrate

Jane Brady Stirgwolf

TRUE COPY ATTEST

CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
560 ESSEX STREET
LYNN, MASSACHUSETTS 01901