# DEFENDANT'S NOTICE TO PROCEED PRO SE AT TRIAL WITH THE ASSISTANCE OF STANDBY COUNSEL

Now comes the Defendant, Sean D. Murphy, and respectfully requests that he be allowed to proceed pro-se at trial with the assistance of standby counsel.

As reasons therefore, the Defendant states:

1. Defendant has the constitutional right to represent himself at trial. However, "a judge may appoint standby counsel to relieve the judge of these ... basic rules of courtroom protocol." M<sup>c</sup>Kaskle v. Wiggins, 465 U.S. 169, 184 (1984); Moore v. Haviland, 531 F.3d 393 (6th Cir. 2008).

2. Defendant requests that standby counsel be present for all sidebar discussions anticipated during this two week trial. "Standby counsel must be available if and when the accused requests help. The court may

OVER →

appoint stanby counsel in order to
ameliorate routine obstacles that may
hinder effective pro se representation." *U.S.
v. Bertoli*, 994 F.2d 1002,
1018-1019 (3rd Cir. 1993).

3. In order for Murphy to avoid
having to analyze what has occurred
repeatedly during sidebar discussions,
which will lengthen such discussions
significantly, Murphy requests the
court to either (1) refrain from all
sidebars or (2) have Murphy's stand-by
(?) attend sidebars on his
behalf and inform Murphy. This will
prevent unnecessary delays.

4. Mr. Murphy states he will make
the Opening Statement, Question and
cross-examine all the witnesses
and perform Closing Arguments.
The level of participation Murphy's
standby-counsel (or attorney being of N
 assistance) is at trial is minimal
and

within the discretion of the trial court." Clark v. Perez, 5__ F.3d 382, 395 (2nd Cir. 2009); U.S. v. Stephens, 83 F.3d 60, 67 (2nd Cir. 1996); U.S. v. Olano, 62 F.3d 1180, 1193 (9th Cir. 1995); U.S. v. Patterson, 42 F.3d 246, 248 (5th Cir. 1994).

5. Mr. Murphy further states that in _____ _____ in this matter the Court has allowed both Mr. Murphy and attorney Graeff to argue motions and other matters jointly.

6. Once Closing Arguments are complete, Murphy will return full representation to attorney Graeff for all subsequent matters, if any.

WHEREFORE, the Defendant respectfully requests this Honorable _____ _____ _____ pro-se at trial with the assistance of standby counsel

Respectfully submitted,

S

Sean O. Murphy
Defendant