USA vs. SEAN D. MURPHY

2:11-cr-10(1)

**GOVERNMENT EXHIBITS ADMITTED INTO EVIDENCE**

| | |
|---|---|
| 1A1-1A196 | 15-1 |
| 1B1-1B36 | 16-1 - 16-3 |
| 1C-1-1C7 | 19-1 |
| 1D1-1D7 | |
| 1D9-1D23 | |
| 1E1-1E10 | |
| 2-1 - 2-2 | |
| 3-1 | |
| 4-1 | |
| 5-1 - 5-8 | |
| 6-1 - 6-7 | |
| 7-1 | |
| 8-1 | Exhibits released to the custody of Harry Trombitis, FBI for safe keeping pending appeal on October 27, 2011. |
| 9-1 - 9-2 | |
| 10-1 - 10-6 | _Harry W. Trombitis_ |
| | Agent Harry Trombitis, FBI |
| 11-1 | |
| 12-1 | _Lisa Wright_ |
| | Lisa Wright, Courtroom Deputy |
| 13-1 - 13-4 | |
| | 10/27/11 |
| 14-1 - 14-4 | 9:05 AM |