EXHIBIT 9

Juan Garcia Hernandez

Los Zetas in Rio Bravo

**Major Players**

| | | |
|---|---|---|
| Ciro | 62*2548496*2 | |
| Miguel | 956-220-2420 | |
| Moreno | 956-379-9835 | 135*829*3396 |
| Larry | 832-368-7755 | 143*732084*6 |
| Chucky | 143*489*4211 | 62*268053*4 |
| Angel | 143*490*2303 | |

**Back-up Players**

| | | |
|---|---|---|
| Carlos | 62*2548496*2 | |
| Cepillo | 72*592981*3 | |
| Ferry | 62*211707*5 | |
| Loco | 143*490*1763 | |
| Pechocho | 956-884-7130 | 135*836*8159 |
| Pinky | 62*13*8978 | |
| Tomas | 143*489*774 | |
| Gabe | 135*837*16801 | |

Mexican Connect   011-524-339882189