IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NUMBER |
| | ) | 2:11-CR-10(1) |
| PLAINTIFF, | ) | |
| VS. | ) | COLUMBUS, OHIO |
| | ) | OCTOBER 26, 2011 |
| | ) | |
| SEAN D. MURPHY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**TRANSCRIPT OF THE JURY TRIAL – DAY 7**
BEFORE THE HONORABLE GEORGE C. SMITH
UNITED STATES DISTRICT JUDGE

APPEARANCES OF COUNSEL:

FOR THE UNITED STATES:     SALVADOR DOMINGUEZ, AUSA
                          HEATHER HILL, AUSA

FOR THE DEFENDANT:        SEAN MURPHY, PRO SE
                          DAVID GRAEFF, STAND-BY COUNSEL

GEORGINA L. WELLS, OFFICIAL FEDERAL COURT REPORTER
(614)719-3225

1          I-N-D-E-X

2          VOLUME 7 – OCTOBER 26, 2011

3

4    JURY QUESTION ...................................... Page  3

5    JURY QUESTION ...................................... Page  4

6    JURY QUESTION ...................................... Page  5

7    JURY QUESTION ...................................... Page  6

8    JURY QUESTION ...................................... Page  6

9    JURY VERDICT ...................................... Page  7

10

11                    – – –

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          Wednesday Morning Session

2              October 26, 2011

3                  - - -

4          THEREUPON, there was a written question at 9:30 a.m.

5    given to the Court and following discussion out of the hearing

6    and presence of the jury with Court and counsel, the written

7    response was given to the jury as follows:

8          THE COURT:  The Court was presented with the

9    following question by the jury:

10          "Could we please have an explanation as to the

11    differences between Count 2 and Count 3?"  Signed "Jerry S".

12          And the answer, after discussion with all counsel

13    present is:

14          "Count 2 of the Indictment charges that the defendant

15    caused David Nassor to travel in interstate commerce for an

16    unlawful purpose, during the time frame alleged."

17          "Count 3 of the Indictment charges that the

18    defendant, Sean Murphy, Robert Doucette and Joseph Morgan

19    traveled in interstate commerce for an unlawful purpose, on the

20    date alleged."

21          Signed:  "George C. Smith, U.S.D.J."

22                  - - -

23          THEREUPON, there was a written question at 10:30 a.m.

24    given to the Court and following discussion out of the hearing

25    and presence of the jury with Court and counsel, the written

1 response was given to the jury as follows:

2 THE COURT: Here is the question:

3 "Court 2 of the Indictment charges that the defendant

4 caused David Nassor to travel in interstate commerce for an

5 unlawful purpose during the time frame alleged.

6 Both the Memphis trip and the Columbus, Ohio Brink's

7 scouting trip?"

8 "Count 3 of the Indictment charges that the

9 defendant, Sean Murphy, Robert Doucette and Joseph Morgan

10 traveled in interstate commerce for an unlawful purpose on the

11 date alleged.

12 Does this include the trip from:

13 Pre-Crime:

14 NH to PA (storage)

15 PA to OH (Columbus Brink's)

16 Post-Crime:

17 OH to PA?

18 PA to Lynn?

19 Any other activities?  Please list."

20 The response from the Court will be:

21 "Count 2 of the Indictment charges that the defendant

22 caused David Nassor to travel in interstate commerce in January

23 of 2009 for the Brink's scouting trip, for an unlawful purpose.

24 The Memphis trip occurred on or about December 1 of

25 2008."

1         "Count 3 of the Indictment charges that the

2    defendant, Sean Murphy, Robert Doucette and Joseph Morgan

3    traveled in interstate commerce, on or about January 16 of

4    2009, including the trip from the State of Massachusetts to the

5    Southern District of Ohio and any point in between, for an

6    unlawful purpose."

7         Signed:  "George C. Smith, U.S.D.J".

8              - - -

9         THEREUPON, there was a written question at 11:30 a.m.

10   given to the Court and following discussion out of the hearing

11   and presence of the jury with Court and counsel, the written

12   response was given to the jury as follows:

13        THE COURT:  The next question is:  "The plea

14   agreement for Robert D.  What exhibit was that?"

15        And our written response is:

16        "Robert Doucette testified regarding language

17   contained in his plea agreement.

18        The plea agreement of Robert Doucette was not offered

19   into evidence.

20        I remind you to use your collective memory."

21        Signed:  "George C. Smith, U.S.D.J."

22             - - -

23        THEREUPON, there was a written question at 12:00 p.m.

24   given to the Court and following discussion out of the hearing

25   and presence of the jury with Court and counsel, the written

1   response was given to the jury as follows:

2        THE COURT:  And then the next question is:

3        "We are referring to the plea agreement that Sal

4   showed as part of his rebuttal to Sean Murphy's

5   cross-examination of Robert Doucette.  It was shown on the

6   overhead.  Would this not be an exhibit?"  That was the

7   question asked.

8        And our written response is:

9        "Not all documents and/or exhibits that are testified

10  about and displayed have been sent back to the jury room with

11  you.  For example, you were able to examine the coin boxes from

12  Brink's, but these were not introduced as exhibits and sent

13  back to the jury room.

14       Is there a specific portion of Mr. Doucette's plea

15  agreement that you have a question about?"

16       Signed:  "George C. Smith, U.S.D.J."

17                         - - -

18       THEREUPON, there was a written question at 1:30 p.m.

19  given to the Court and following discussion out of the hearing

20  and presence of the jury with Court and counsel, the written

21  response was given to the jury as follows:

22       THE COURT:  The question was:

23       "The plea agreement was not in evidence.  What was

24  the date -- and the word 'prepared' and 'signed' with equal

25  signs and then a blank line."

1          The response is:  "The plea agreement is not in

2    evidence.  The plea was formally signed on March 17th of 2011.

3    It was filed with the court on March 25, 2011."

4          Signed:  "George C. Smith, U.S.D.J."

5                              - - -

6          THEREUPON, at 2:30 p.m., the jury indicating that

7    they had arrived at a verdict, the following proceedings took

8    place in open court with Court and counsel and Mr. Murphy:

9          THE COURT:  Good afternoon.  It is my understanding

10   that the jury has reached a verdict; is that correct?

11         THE JURY:  That's correct.

12         THE COURT:  And who has the verdict forms?

13         THE JUROR:  I do.

14         THE COURT:  Would you give those to Mrs. Wright?

15         Mr. Murphy, please stand.

16         "We, the members of the jury" -- "United States of

17   America, plaintiff, v. Sean D. Murphy, defendant:

18         We, the members of the jury, unanimously find the

19   defendant, Sean D. Murphy, on Count 1, guilty.

20         On Count 2, guilty.

21         On Count 3, guilty.

22         And on Count 4, guilty."

23         Mr. Murphy or Mr. Graeff, do you wish to have me poll

24   the jurors?

25         MR. GRAEFF:  With respect to Count 4, we would ask

1   that the jurors be polled, Your Honor.

2           THE COURT:  With respect to Count 4, which is 18

3   United States Code, Sections 2314 and 2, we will begin with

4   Juror 77; is this your verdict form?

5           THE JUROR:  Yes.

6           THE COURT:  Juror 79; is this your verdict form?

7           THE JUROR:  Yes.

8           THE COURT:  Juror Number 86; is this your verdict

9   form?

10          THE JUROR:  Yes.

11          THE COURT:  Juror Number 93; is this your verdict

12  form?

13          THE JUROR:  Yes.

14          THE COURT:  Juror Number 101; is this your verdict?

15          THE JUROR:  Yes.

16          THE COURT:  Juror Number 105; is this your verdict?

17          THE JUROR:  Yes.

18          THE COURT:  Juror Number 107; is this your verdict?

19          THE JUROR:  Yes.

20          THE COURT:  Juror Number 117; is this your verdict?

21          THE JUROR:  Yes.

22          THE COURT:  Juror Number 125; is this your verdict?

23          THE JUROR:  Yes.

24          THE COURT:  Juror Number 126; is this your verdict?

25          THE JUROR:  Yes.

1        THE COURT:  Juror Number 127; is this your verdict?

2        THE JUROR:  Yes.

3        THE COURT:  Juror Number 128; is this your verdict?

4        THE JUROR:  Yes.

5        THE COURT:  That completes the poll of the jury,

6   Jurors 1 through 12.  The alternates were excused before the

7   deliberations.

8        Ladies and gentlemen, I want to thank you for your

9   jury service during these last few weeks.  And you have had an

10  opportunity to see how important it is for people such as

11  yourselves to interrupt your daily lives and serve as jurors.

12  It is a constitutional right to have -- anyone charged with a

13  crime -- to have a jury, and we really do appreciate your

14  service.  And, actually, we could not function without you.

15       So, please accept the thanks of the members of the

16  United States District Court for the Southern District of Ohio,

17  my own personal thanks and the thanks of my staff, as well as

18  others concerned.

19       You are now excused from any further jury service

20  under this summons.  You have no further obligation under this

21  summons.  And please stop in and see Mrs. Green before you

22  leave to make sure that you are free to go, or if there is

23  anything that she has for you to sign or do.  And I imagine

24  that will be very quick.

25       Now, you are no longer bound by the admonition that I

1    have previously imposed upon you.  You are free to discuss the

2    case, if you choose to do so, and don't feel that you are

3    obligated to do so in any way to anyone.  But if you would like

4    to speak with the lawyers afterwards or any member of the

5    Court's staff, you may do so.  And if not, you are perfectly

6    free to go.  Again, thank you for your service.  You are

7    excused.

8            COURTROOM DEPUTY CLERK:  Ladies and gentlemen of the

9    jury, please rise.

10                        - - -

11           THEREUPON, the jury was discharged, and the following

12   proceedings were held in open court with the Court and counsel

13   and Mr. Murphy:

14           THE COURT:  Mr. Graeff, your client -- of course, the

15   Court is going to order a Presentence Report.  And there will

16   be an investigation into your background, Mr. Murphy, and you

17   will have an opportunity to meet with the Probation Officer

18   conducting the investigation to give any background that you

19   wish to give in furtherance of that report.

20           You will have an opportunity to file any objections

21   that you may have to the presentation of the Presentence Report

22   and an attempt to work those out prior to sentencing.

23           Is there anything additional that we need to address

24   today?

25           MR. DOMINGUEZ:  Not from the government, Your Honor.

1          MR. GRAEFF:  No, sir.

2          THE COURT:  The defendant will remain in custody

3    pending sentencing, and we are adjourned.

4                          – – –

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T E

2     United States of America

3     Southern District of Ohio

4          I, Georgina L. Wells, Official Court Reporter of the

5     United States District Court for the Southern District of Ohio,

6     do hereby certify that the foregoing 11 pages constitute a true

7     and correct transcription of my stenographic notes taken of the

8     said requested proceedings, held in the City of Columbus, Ohio,

9     in the matter therein stated beginning on October 26th, 2011.

10         In testimony whereof, I hereunto set my hand on the

11    23rd day of March, 2012.

12

13                         /s/Georgina L. Wells

14                         _____

15                         Georgina L. Wells, RMR
                            Official Court Reporter
16                         Southern District of Ohio

17

18

19

20

21

22

23

24

25