# Exhibit A

 **mapquest**

Trip to:
### [300-302] Brush Creek Rd
Warrendale, PA 15086
1.11 miles / 2 minutes
Notes



| | A | **924 Sheraton Dr**, Mars, PA 16046-9414 | |
|---|---|---|---|
| ● | | 1. Start out going **north** on **Sheraton Dr** toward **Freeport Rd**. Map | 0.2 Mi<br>0.2 Mi Total |
| ↰ | | 2. Take the 1st **left** onto **Freeport Rd**. Map<br>*If you reach the end of Dutilh Rd you've gone about 0.2 miles too far* | 0.09 Mi<br>0.3 Mi Total |
| ↰ |  | 3. Take the 1st **left** onto **Perry Hwy / US-19 S**. Map<br>*Eat'nPark is on the corner* | 0.4 Mi<br>0.7 Mi Total |
| ↱ | | 4. Turn **right** onto **Brush Creek Rd**. Map<br>*Brush Creek Rd is 0.3 miles past Teddy Bear Ln*<br>*If you reach Warrendale Village Dr you've gone about 0.8 miles too far* | 0.3 Mi<br>1.0 Mi Total |
| ↰ | | 5. Take the 1st **left** to stay on **Brush Creek Rd**. Map<br>*If you are on Thorn Hill Rd and reach Thorn Hill Dr you've gone about 0.3 miles too far* | 0.08 Mi<br>1.1 Mi Total |
| ■ | | 6. **[300-302] BRUSH CREEK RD**. Map<br>*If you reach Allegheny Dr you've gone a little too far* | |
| | B | **[300-302] Brush Creek Rd**, Warrendale, PA 15086 | |

Case: 2:11-cr-00010-GCS-ERD Doc #: 184-2 Filed: 09/26/14 Page: 3 of 4 PAGEID #: 2711

**Total Travel Estimate: 1.11 miles - about 2 minutes**



©2012 MapQuest, Inc. Use of directions and maps is subject to the MapQuest Terms of Use. We make no guarantee of the accuracy of their content, road conditions or route usability. You assume all risk of use. View Terms of Use





**Comfort Inn Cranberry Twp.** (PA316)
924 Sheraton Drive, Mars, PA, US, 16046
Phone: (724) 772-2700   Fax: (724) 772-2710

**Hotel Amenities:** Pet Friendly

- Business Center
- Fitness Center
- High Speed Internet
- Laundry, Guest



Book here by Dec. 6, 2012 and get a $50 restaurant gift card for stays of three or more consecutive nights at one hotel in the Pittsburgh, PA area. Click for details.



**Our Best Internet Rate Guarantee just got better!**
Find a lower Internet rate. Get a free night.*
Learn more



Comfort Inn Cranberry Township Hotel

**The Comfort Inn Cranberry Township, a Mars PA Hotel**

The Comfort Inn® Cranberry Twp. is conveniently located near Interstates 76 and 79, just 20 minutes from Pittsburgh, the **PNC Park** ballpark, **David L. Lawrence Convention Center, Mellon Arena, Point Park University** and **Pittsburgh International Airport**. The **Ross Park Mall** is only 12 miles from this Mars, PA hotel.

Station Square is a short drive away and offers the perfect place for dining, entertainment, unique shopping experiences and sightseeing. Enjoy shopping at the Prime Outlets - Grove City, rated one of the top outlet centers in America. The Thornhill Industrial Park, Butler Auto Auction and the BladeRunners Ice Complex are within minutes from the hotel.

Shopping and business districts are located one mile away. A variety of restaurants, cocktail lounges, night spots, business services, malls and specialty stores can be found in the surrounding area.

Guests of this Pennsylvania hotel will enjoy many amenities, including:

- Free high-speed Internet access
- Free *USA Today*
- Free local calls
- Free 24-hour coffee and tea
- Exercise room

**Your Morning Breakfast** is full of hot and delicious options, making breakfast at the Comfort Inn Cranberry Twp. the perfect way to start your day. Enjoy our free hot breakfast featuring eggs, meat, yogurt, fresh fruit, cereal and more, including your choice of hot waffle flavors!

Business travelers will appreciate conveniences like **free wireless high-speed Internet access in the lobby, spacious work desks** and access to **copy services**. The **conference room** accommodates up to 14 people.

All spacious rooms at this Pennsylvania hotel include **refrigerators**, hair dryers and cable television with free HBO. Some rooms also feature coffee makers. In addition, this Mars, PA hotel offers non-smoking rooms.

Coin-operated laundry facilities and one-day valet services are located on the premises. **Pets are welcome** with a small stay fee.

The Comfort Inn Cranberry Twp. provides exceptional guest services and superior amenities to anyone visiting the Mars area.

Pet accommodation: $20.00 USD stay. Pet Limit: 2 Pets, Per Room, 100 lbs max. limit.

**Contact Us**

**Hotel Details**
Guest Rooms: 103
Check in time: 3:00 PM
Check out time: 12:00 PM

Points required for Choice Privileges® reward night redemption:

Sep 16, 2012 - Nov 30, 2012 : 16000
Dec 1, 2012 - Jan 31, 2013 : 16000
Feb 1, 2013 - Apr 15, 2013 : 16000

Today's Weather