# Exhibit B



**BOARD OF COUNTY COMMISSIONERS**

WILLIAM L. McCARRIER
*CHAIRMAN*

A. DALE PINKERTON
*VICE CHAIRMAN*

JAMES ECKSTEIN
*SECRETARY*

# OFFICE OF THE PUBLIC DEFENDER
## Butler County

P.O. BOX 1208 • BUTLER, PA 16003-1208
TELEPHONE 724-284-5335 • TDD USERS CALL 724-284-5473 • FAX 724-284-0013
www.co.butler.pa.us

Kevin J. Flaherty, Esquire
*Chief Public Defender*

Terri M. Shultz, Esquire
*Assistant*

Charles M. Nedz, Esquire
*Assistant*

Ryan C. Helsel, Esquire
*Assistant*

Joseph L. Smith, Esquire
*Assistant*

---

## CONFIDENTIAL
## FACSIMILE TRANSMITTAL SHEET

---

**TO:** Attorney Susan Taylor

**COMPANY:**

**FAX NUMBER:** 508-999-0233

**PHONE NUMBER:**

**FROM:** Attorney Smith

**DATE:** 6-13-2013

**TOTAL NO. OF PAGES INCLUDING COVER:**

**SENDER'S FACSIMILE NUMBER:** 724-284-0013

**RE:** Letter Rogatory Massachusetts v. Sean Murphy

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Attorney Taylor,

See enclosed documents received from The Comfort Inn in Mars, Butler Co. as requested in your Letter Rogatory.

The information contained in this facsimile transmission contains information that is privileged and confidential and intended only for use of the individual or entity named above. If you are not the addressee or intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify the office at 724-284-5335.

# Departure List

Business Date: 1/19/2009      Property Code: PA316      Shift: No Shift    User: jauth.pa316

| Account | Guest Name / Company / Group | Arrival | Departure | Folio Status | GTD | Rate Code | Balance | Room | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 125774714 | BRICKETT, DAVID<br>MSI/NORFOLK SOUTHERN (62.99) A/R ACCT# 116 | 01/18/09 | 01/19/09 | I | DS | SCR | 71.81 | 102 | WOULD LIKE FIRST FLOOR.<br><br>Guest will use own c.c. upon arrival.jr |
| 125804987 | HEBERT, KEITH | 01/16/09 | 01/19/09 | I | AX | Rack | 293.57 | 105 | Requesting ground floor. Dont have any kings on ground floor. will have a dog<br>Do not cancel room. JR<br><br>Do not cancel room. JR |
| 125652799 | CALLAHAN, KAREN<br>KAREN CALLAHAN (64.99) | 01/18/09 | 01/19/09 | I | VI | S3A | 74.09 | 106 | |
| 125901461 | lovric, jasmine | 01/18/09 | 01/19/09 | I | VI | Rack | 81.81 | 108 | |
| 125892020 | RIPPEN, ALVIN L | 01/18/09 | 01/19/09 | I | CA | S3A | 0.00 | 201 | |
| 125685390 | GEIBEL, CLARENCE | 01/17/09 | 01/19/09 | I | DS | SSC | 164.72 | 202 | |
| 125498531 | GLAVEY JR, JOSEPH | 01/16/09 | 01/19/09 | I | VI | SSC | 247.08 | 206 | |
| 125889331 | Stoyer, Kenneth | 01/18/09 | 01/19/09 | I | AX | S3A | 71.81 | 207 | |
| 125560737 | RICHARDS, BRUCE | 01/18/09 | 01/19/09 | I | VI | SSV | 77.51 | 210 | |
| 125899716 | RIVERA, EDVIN<br>NATIVE FLORAL (67.99) | 01/18/09 | 01/19/09 | I | DB | Rack | 77.51 | 213 | |
| 125897899 | HUTCHISON, DONALD | 01/18/09 | 01/19/09 | I | CA | S3A | 0.00 | 214 | |
| 125898913 | FREEDMAN, ESTHER | 01/18/09 | 01/19/09 | I | VI | S3A | 92.33 | 216 | |
| 125889402 | Palchak, Carolyn | 01/18/09 | 01/19/09 | I | VI | S3A | 71.81 | 217 | |
| 125907409 | Bell, Stephen | 01/18/09 | 01/19/09 | I | MC | Rack | 71.81 | 220 | |
| 125903500 | HILL, JASON | 01/18/09 | 01/19/09 | I | VI | S3A | 92.33 | 222 | |
| 125895164 | GOANETZ, CHRISTINE | 01/18/09 | 01/19/09 | I | CA | Rack | 0.00 | 302 | |
| 125901868 | ober, dale | 01/18/09 | 01/19/09 | I | VI | Rack | 71.81 | 303 | |
| 125642739 | OLSON, CARL | 01/18/09 | 01/19/09 | I | VI | LEXP | 77.51 | 304 | |
| 125900555 | MINCER, SCOTT | 01/18/09 | 01/19/09 | I | VI | Rack | 87.77 | 306 | |

Date/Time of Printing: 01/19/2009 2:38AM    Software Version: 3.2.1 build 139j_b    Page 1 of 3

# Departure List

Business Date: 1/19/2009     Property Code: PA316     Shift: No Shift     User: jauth.pa316

| Account | Guest Name / Company / Group | Arrival | Departure | Folio Status | GTD | Rate Code | Balance | Room | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 125734882 | FEIERABEND, EARL | 01/17/09 | 01/19/09 | I | DB | SRD | 57.00 | 307 | |
| | GUEST PRIVILEGES PROGRAM A/R ACCT# 110 | | | | | | | | |
| 125897148 | KUZNICHI, KEVIN | 01/18/09 | 01/19/09 | I | VI | LDEAL | 92.07 | 308 | |
| 125873586 | SMITH, MATTHEW | 01/18/09 | 01/19/09 | I | VI | SSO | 87.19 | 314 | |
| 125907164 | BARTUSKA, JON | 01/18/09 | 01/19/09 | I | VI | RACK | 102.59 | 316 | |
| 125894166 | neyman, roy | 01/18/09 | 01/19/09 | I | VI | S3A | 92.33 | 320 | |
| 125659444 | BRYJA, ROBERT | 01/18/09 | 01/19/09 | I | CA | SIT | 77.51 | 323 | |
| 125868892 | Houk, Mary | 01/18/09 | 01/19/09 | I | CA | Rack | 0.00 | 402 | Guests house had smoke damage. Offered low rate for one night |
| 125891904 | palavacini, william | 01/18/09 | 01/19/09 | I | CA | S3A | 0.00 | 403 | |
| 125888129 | BOYLE, SHANE | 01/18/09 | 01/19/09 | I | DB | SRD | 28.50 | 404 | |
| | GUEST PRIVILEGES PROGRAM A/R ACCT# 110 | | | | | | | | |
| 125670708 | Hopper, Rick | 01/17/09 | 01/19/09 | I | MC | S3A | 174.38 | 406 | |
| 125892167 | phillips, joe | 01/18/09 | 01/19/09 | I | VI | S3A | 92.33 | 407 | |
| 125904087 | SHAW, MIKE | 01/18/09 | 01/19/09 | I | VI | Rack | 82.08 | 408 | |
| 125908008 | Wentworth, Matthew | 01/18/09 | 01/19/09 | I | VI | S3A | 85.49 | 417 | |
| 125908068 | Sego, Timothy | 01/18/09 | 01/19/09 | I | CA | S3A | 85.49 | 419 | |
| 125904114 | SHAW, MIKE | 01/18/09 | 01/19/09 | I | VI | Rack | 82.08 | 423 | |
| 125895122 | NUTT, STACY R | 01/18/09 | 01/19/09 | I | AX | SNP | 82.07 | 502 | |
| 125893577 | gold, cortney | 01/18/09 | 01/19/09 | I | VI | Rack | 71.81 | 503 | |
| 125894304 | newman, charolit | 01/18/09 | 01/19/09 | I | VI | S3A | 92.33 | 505 | |
| 125895693 | THOMAS, EUGENE | 01/18/09 | 01/19/09 | I | AX | Rack | 82.07 | 506 | |
| 125895080 | GOANETZ, CHRISTINA | 01/18/09 | 01/19/09 | I | CA | Rack | 102.59 | 507 | |
| 125649913 | demartino, ty | 01/18/09 | 01/19/09 | I | MC | Rack | 87.19 | 508 | |
| 125895664 | LARSEN, JIM | 01/18/09 | 01/19/09 | I | MC | LNET | 92.33 | 509 | |
| 125906058 | Kraiss, Lesa | 01/18/09 | 01/19/09 | I | VI | S3A | 91.19 | 519 | |
| 125899398 | KINSINGER, SANDRA | 01/18/09 | 01/19/09 | I | DS | Rack | 86.63 | 520 | |