# Exhibit D

UMBUS DISPATCH | **Metro & State** | THURSDAY, NOVEMBER 10, 2011 | BREAKING NEWS: DISPATCH.COM

# Sentenced burglar mum on money

By Kathy Lynn Gray
THE COLUMBUS DISPATCH

The government's star witness in the Brink's warehouse burglary had plenty to say on the stand last month but nothing to say yesterday as he was sentenced to two years and three months in federal prison.

The testimony of Robert Doucette, 41, helped convict Sean D. Murphy, the ringleader behind the $2.3 million heist, during an October jury trial.

Besides sentencing Doucette, of Lynn, Mass., U.S. District Judge George C. Smith also ordered him to pay a share of $1.3 million in restitution for his part in the


Robert Doucette


Sean D. Murphy

January 2009 burglary in South Linden.

"He was the only witness who could place Murphy at the scene of the crime," Smith said.

Although conceding that Doucette provided "substantial" assistance to the government's investigation, Smith said he remains concerned that more than half of the stolen money has not been found.

"The court wonders where Mr. Doucette's money is," Smith said.

Doucette and Joseph M. Morgan, 29, pleaded guilty in April to two charges from the burglary: racketeering and conspiracy to transport stolen merchandise and money across state lines. Morgan, who did not testify at Murphy's trial, was sentenced to four years and seven months in prison.

A jury found Murphy, 47, guilty of masterminding the heist after Doucette gave a play-by-play account of how the three defeated the warehouse's security system and burned their way into a money vault.

Murphy has not been sentenced yet, but he and Morgan also will contribute to the $1.3 million in restitution, the judge said.

The three were part of the Lynn Breakers, a burglary ring out of Lynn, Mass., where Murphy lived and operated several moving companies. They were indicted in the Brink's case in January.

Doucette could have been sentenced to 15 years in prison. The government asked the judge for a lesser sentence because of his help, which included showing investigators where the burglars had stashed $388,000 in stolen coins.

kgray@dispatch.com