UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

FILED
JOHN P. HEHMAN
CLERK
2014 SEP 26 PM 3:06
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES　　　　*
　　　　　　　　　　　*
　　　　　　　　　　　*
V.　　　　　　　　　　*
　　　　　　　　　　　*　CRIMINAL CASE NO. 2:11-CR-10(1)
　　　　　　　　　　　*　JUDGE SMITH
SEAN D. MURPHY　　　 *

## DECLARATION OF ANTHONY MOSCHOPOULOS

I, Anthony Moschopoulos, declare on oath;

1. My shop is across the street from Kevin Flemings shop.

2. In September 2013, I saw Robert Doucette's 2010 Chevy Camaro SS parked in front of Kevin Doucette's shop. I walked over to speak with Robert Doucette about his testimony at Sean Murphy's trial out in Ohio.

3. Robert Doucette stated that "he regrets lying" at Sean Murphy's federal trial in Ohio. Doucette stated that the federal prosecutor told him "not to change his story" when testifying at Murphy's trial.

4. Doucette said the federal prosecutor let him read Murphy's book, David Nassor's grand jury testimony and the rental agreements for the car and moving truck.

5. Doucette said he would do things differently if he could.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2nd DAY OF November 2013.

_Anthony Moschopoulos_
Anthony Moschopoulos