## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 11, 2014

Mr. John P. Hehman
Southern District of Ohio at Columbus
85 Marconi Boulevard
Suite 260 U.S. Courthouse
Columbus, OH 43215-0000

Re: Case No. 13-3777, *USA v. Sean Murphy*
Originating Case No. : 2:11-cr-00010-1

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc: Peter A. Patterson
    Mr. Colter Lawrence Paulson
    Ms. Kimberly Langston Rogers Robinson

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 13-3777
_____

Filed: December 11, 2014

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

SEAN D. MURPHY

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 11/19/2014 the mandate for this case hereby issues today.

COSTS:  None