UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 MAR 24 PM 12: 34
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

SEAN D. MURPHY,
　　Petitioner
)
)　Civil No. 2:14-cv-1706
v.
)　Crim. No. 2:11-CR-10
)
)　Judge George C. Smith
)　Mg. Judge Preston Deavers
UNITED STATES,
　　Respondent
)
)

## SUPPLEMENTAL AFFIDAVIT OF SEAN D. MURPHY

I, Sean D. Murphy, depose and say on oath:

1. I am the Petitioner in the above-entitled matter and I make this Supplemental Affidavit in support of my consolidated § 2255 Habeas Corpus Petition and Motion for New Trial.

2. I wrote several letters to Assistant United States Attorney ("AUSA") Salvador Dominguez prior to indictment in this matter through to the present.

3. In May 2010, I spoke with AUSA Salvador Dominguez and Special Agent ("SA") Harry

-1-

Trombitas of the Columbus FBI via telephone conference.

4. During my conversation with AUSA Salvador Dominguez and SA Harry Trombitas, I specifically told them that the crew stayed at the same hotel on Friday, January 16, 2009 and Sunday January 18, 2009, only a short distance from the Pennsylvania storage facility under the name William Palavacini.

5. In the § 2255 Petition I attached Hotel Departure records from the Comfort Inn in Mars, PA (Exhibit B of the Petition) showing that William Palavacini stayed in Room 403 on Sunday January 18, 2009 (Acct No. 125891904).

6. In one of my letters to AUSA Salvador Dominguez, I reminded him that I told him that the crew stayed at a hotel not far from the Pennsylvania storage facility on January 18, 2009 under the name William Palavacini.

7. At trial, the Government entered a Massachusetts Drivers License bearing the name William Palavacini into evidence.

Further, Sean O Murphy, sayeth naught.

Sean O Murphy

Notary Public:

My Commission expires: 5/8/2020



MEGHAN HAGUE
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
May 08, 2020