**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**SEAN MURPHY,**

    **Petitioner,**

  vs.

**UNITED STATES OF AMERICA**

    **Respondent.**

**Case No. 2-11-cr-0010
Judge George C. Smith
Magistrate Judge Elizabeth P. Deavers**

## ORDER

For good cause shown, Petitioner's Motion for an Extension of Time to file his Reply to Government's Response to § 2255 Petition (ECF No. 208) is **GRANTED**. Petitioner may have until **JUNE 5, 2015** to file his Reply.

**IT IS SO ORDERED.**

  June 2, 2015                                  */s/ Elizabeth A. Preston Deavers*
**DATED**                                           **ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE**