Elizabeth Preston Deavers         12-10-2015
Magistrate Judge
U.S. District Court
Columbus, OH 43215

    RE: <u>United States v. Sean D. Murphy</u>
         Nos. 2:11-CR-0010 GCS - EPD

Dear Magistrate Judge:
    You have had my consolidated Motion for New Trial / 2255 Petition under advisement for over 6 months.
    Merry Christmas.

                        Very truly yours,

                        Sean Murphy
                        Bristol County Jail
                        400 Faunce Corner Rd.
                        Dartmouth, MA 02747

cc: file
Salvador A. Dominguez, AUSA