# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 18, 2017

Mr. Richard W. Nagel
Southern District of Ohio at Columbus
85 Marconi Boulevard
Suite 260 U.S. Courthouse
Columbus, OH 43215-0000

      Re:  Case No. 16-3680, *Sean Murphy v. USA*
            Originating Case No. : 2:12-cv-01706 : 2:11-cr-00010-1

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                        Sincerely yours,

                        s/Jill Colyer
                        Case Manager
                        Direct Dial No. 513-564-7024

cc:  Mr. Sean D. Murphy
      Ms. Kimberly Robinson

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-3680
_____

Filed: December 18, 2017

SEAN D. MURPHY

    Petitioner - Appellant

v.

UNITED STATES OF AMERICA

    Respondent - Appellee


## MANDATE

  Pursuant to the court's disposition that was filed 10/24/2017 the mandate for this case hereby issues today.


COSTS:  None